WILLIAM PATE (SB # 45734)
William.pate@nlrb.gov
STEPHANIE CAHN (SB # 189277)
Stephanie.cahn@nlrb.gov
MOLLY KAGEL (SB # 304328)
Molly.Kagel@nlrb.gov
National Labor Relations Board, Region 21
312 North Spring Street, 10th Floor
Los Angeles, CA 90012
Telephone:  (213) 894-6512
Facsimile:   (213) 894-2778

Attorneys for Petitioner

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WILLIAM B. COWEN, Regional Director of Region 21 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD, <br><br> Petitioner, <br><br> v. <br><br> MASON-DIXON INTERNATIONAL D/B/A UNIVERSAL INTERMODAL SERVICES, SOUTHERN COUNTIES EXPRESS, INC., ROADRUNNER INTERMODAL SERVICES, LLC., AND UNIVERSAL TRUCKLOAD, INC., <br><br> Respondents. | Case No.:  2:21-cv-05683 <br><br> DECLARATION OF REGIONAL DIRECTOR WILLIAM B. COWEN <br><br> Date: <br> Time: <br> Courtroom: |

I, William B. Cowen, hereby declare that I am the Regional Director for Region 21 of the National Labor Relations Board, that I am duly authorized to execute and file the petition in this matter, that I have read the foregoing petition and know the contents thereof, that the statements therein are true and correct to the best of my knowledge and

belief, and that the exhibits attached to the petition are true and correct copies of documents maintained in Petitioner's files. A list of the exhibits attached to the petition is attached hereto. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated at Los Angeles, California, this 14 of July, 2021.

Respectfully submitted,

William B. Cowen
Regional Director
National Labor Relations Board, Region 21
312 North Spring Street, 10th Floor
Los Angeles, CA 90012

# EXHIBITS TO PETITION

**Exhibit 1 – Transcript of Administrative Law Hearing**

Exhibit 1(a) – Transcript Volume 1 ..................................................................... 20

Exhibit 1(b) – Transcript Volume 2 ..................................................................... 28

Exhibit 1(c) – Transcript Volume 3 ................................................................... 227

Exhibit 1(d) – Transcript Volume 4 ................................................................... 360

Exhibit 1(e) – Transcript Volume 5 ................................................................... 560

Exhibit 1(f) – Transcript Volume 6 ................................................................... 752

**Exhibit 2 – Joint Exhibits Admitted at the Administrative Law Hearing**

Exhibit 2(a) – Joint Exhibits 1 – 18 ................................................................. 1005

Stipulation and Description of Exhibits .......................................................... 1007

Petition in Case No. 21-RC-251460 ............................................................... 1019

Stipulated in Election Agreement in Case No. 21-RC-251460 ..................... 1024

Voter List in Case No. 21-RC-251460 ........................................................... 1031

Tally of Ballots in Case No. 21-RC-251460 .................................................. 1035

Order Approving Withdrawal of Objection & Cancelling Post-Election Hearing ........ 1037

Certification of Representative ........................................................................ 1039

Universal Intermodal Services, Inc.'s (UI) Agreement to Waive Participation in Class & Collective Action .......................................................................................... 1042

Personnel File of Jonathan Ledesma ............................................................. 1044

Termination Letter issued to Jonathan Ledesma .......................................... 1092

Personnel File of Romel Mallard ................................................................... 1094

Termination Letter mailed to Romel Mallard ............................................... 1145

November 2019 Memorandum ....................................................................... 1147

UI's December 20, 2019 Lay-off Letter ........................................................ 1149

Universal Truckload, Inc.'s (UT) December 18, 2019 Lay-off Letter .......... 1151

Roadrunner Intermodal Services, LLC's (RR) December 18, 2019 Lay-off Letter ..... 1153

Union's January 18, 2020 Demand to Bargain and Request for Information .............. 1155

UI January 31, 2020 Response to Union's Request for Bargaining ............................ 1163

Union's February 7, 2020 Response ........................................................................ 1165

February 2020 Emails between UI and Union about meeting ..................................... 1167

March 3, 2020 Production of Some Information ........................................................ 1171

June 6, 2020 Emails between Jose Torres & Michael Vagts ...................................... 1654

Confidential Settlement Agreement and General Release offered to Jose Torres ........ 1664

Settlement Cheque offered to Jose Torres ................................................................ 1670

July 2020 Emails between Michael Vagts and Ricardo Hidalgo about Jose Torres ..... 1672

List of Universal Logistics Holdings, Inc. (ULH) subsidiaries ................................... 1676

ULH Fourth Quarter 2019 Report ........................................................................... 1679

UI's Organizational Charts for its Compton, CA Facility .......................................... 1689

UT's Organizational Chart for its Slover Ave., Fontana, CA Facility ......................... 1693

RR's Organizational Chart ...................................................................................... 1695

Southern Counties Express. Inc.'s (SCE) Organizational Chart ................................. 1697

List of ULH and its Subsidiaries' facilities in CA, NV, and TX ................................ 1699

List of SCE and UI's Supervisors and Managers in Southern California .................... 1703

Current Status of Computer Equipment formerly used at UI's closed facility in Compton, CA ....................................................................................................................... 1706

List of ULH and its Subsidiaries' Active Chassis ..................................................... 1708

List of ULH and its Subsidiaries' Company Chassis .................................................. 1762

Current Status of Trucks formerly used at UI's closed facility in Compton, CA ......... 1828

Investigative Subpoena issued to UI on March 24, 2020 ........................................... 1830

UI's April 28, 2020 Response .................................................................................. 1837

Trial Subpoena issued to UI on May 19, 2021 .......................................................... 1841

Investigative Subpoena issued to ULH on March 24, 2020 ........................................ 1851

ULH's June 26, 2020 Response ............................................................................... 1857

Trial Subpoena issued to ULH on May 19, 2021 ...................................................... 1860

Trial Subpoena issued to Universal Managements Services, Inc. (UMS) on May 19, 2021 .......................................................................................................................1869

Investigative Subpoena issued to SCE on March 24, 2020 .........................................1878

SCE's June 24, 2020 Response...................................................................................1883

Trial Subpoena issued to SCE on May 19, 2021 ........................................................1887

Investigative Subpoena issued to UT on March 24, 2020 ...........................................1894

UT's June 17, 2020 Response.....................................................................................1899

Trial Subpoena issued to UT on May 19, 2021 ..........................................................1902

Investigative Subpoena issued to RR on March 24, 2020 ...........................................1909

UT's June 17, 2020 Response.....................................................................................1914

Trial Subpoena issued to UT on May 19, 2021 ..........................................................1918

Redacted - Exhibit 2(b) – Sealed Joint Exhibits 19-21...............................................1940

**Exhibit 3 – General Counsel's Exhibits Admitted and Rejected at the Administrative Law Hearing**

Exhibit 3(a) – General Counsel's Exhibits Admitted at the Administrative Law Hearing .......................................................................................................................2157

Stipulation Regarding the Supervisory, Managerial, and Agency Status of ULH, UMS, UI, UT, RR and SCE representatives ..........................................................................2158

Index and Description of Formal Documents...............................................................2161

Union Opposition to Respondents' Request for Appointment of Settlement Judge .....2166

Respondents' Request for Appointment of Settlement Judge ......................................2170

RR's Answer to Consolidated Complaint....................................................................2174

UI's Answer to Consolidated Complaint.....................................................................2181

UT's Answer to Consolidated Complaint....................................................................2188

SCE's Answer to Consolidated Complaint..................................................................2195

Affidavit of Service of Order Consolidating Cases, Consolidated Complaint, and Notice of Hearing..................................................................................................................2202

1   Order Consolidating Cases, Consolidated Complaint, and Notice of Hearing ............. 2205

2   Affidavit of Service of Charge 21-CA-255151 ................................................. 2233

3   Docket Letter for Charge 21-CA-255151 ...................................................... 2235

4   Charge 21-CA-255151 .......................................................................... 2241

5   Affidavit of Service of Charge 21-CA-254813 ................................................. 2243

6   Docket Letter for Charge 21-CA-25481 ....................................................... 2245

7   Charge 21-CA-25481 ........................................................................... 2249

8   Affidavit of Service of First Amended Charge for Charge 21-CA-259130 ................. 2251

9   Docket Letter for First Amended Charge for Charge 21-CA-259130 ...................... 2253

10  First Amended Charge for Charge 21-CA-259130 ......................................... 2258

11  Affidavit of Service of Charge 21-CA-259130 ................................................. 2260

12  Docket Letter for Charge 21-CA-259130 ...................................................... 2262

13  Charge 21-CA-259130 .......................................................................... 2269

14  Affidavit of Service of Second Amended Charge for Charge 21-CA-253662 ............. 2271

15  Docket Letter for Second Amended Charge for Charge 21-CA-253662 .................... 2273

16  Second Amended Charge for Charge 21-CA-253662 ...................................... 2278

17  Affidavit of Service of First Amended Charge for Charge 21-CA-253662 ................. 2280

18  Docket Letter for First Amended Charge for Charge 21-CA-253662 ...................... 2282

19  First Amended Charge for Charge 21-CA-253662 ......................................... 2287

20  Affidavit of Service of Charge 21-CA-253662 ................................................. 2289

21  Docket Letter for Charge 21-CA-253662 ...................................................... 2291

22  Charge 21-CA-253662 .......................................................................... 2297

23  Affidavit of Service of Charge 21-CA-264164 ................................................. 2299

24  Docket Letter for Charge 21-CA-264164 ...................................................... 2301

25  Charge 21-CA-264164 .......................................................................... 2308

26  Affidavit of Service of Second Amended Charge for Charge 21-CA-252574 ............. 2310

27  Docket Letter for Second Amended Charge for Charge 21-CA-252574 .................... 2312

28  Second Amended Charge for Charge 21-CA-252574 ...................................... 2317

1    Affidavit of Service of First Amended Charge for Charge 21-CA-252574 .................. 2319

2    Docket Letter for First Amended Charge for Charge 21-CA-252574 .......................... 2321

3    First Amended Charge for Charge 21-CA-252574 ...................................................... 2326

4    Affidavit of Service of Charge 21-CA-252574 ........................................................... 2328

5    Docket Letter for Charge 21-CA-252574 ................................................................... 2330

6    Charge 21-CA-252574 ............................................................................................... 2337

7    Affidavit of Service of Third Amended Charge for Charge 21-CA-252500 ............... 2339

8    Docket Letter for Third Amended Charge for Charge 21-CA-252500 ........................ 2341

9    Third Amended Charge for Charge 21-CA-252500 .................................................... 2346

10    Affidavit of Service of Second Amended Charge for Charge 21-CA-252500 ............ 2348

11    Docket Letter for Second Amended Charge for Charge 21-CA-252500 ..................... 2350

12    Second Amended Charge for Charge 21-CA-252500 .................................................. 2355

13    Affidavit of Service of First Amended Charge for Charge 21-CA-252500 ................. 2357

14    Docket Letter for First Amended Charge for Charge 21-CA-252500 .......................... 2359

15    First Amended Charge for Charge 21-CA-252500 ...................................................... 2364

16    Affidavit of Service of Charge 21-CA-252500 ........................................................... 2366

17    Docket Letter for Charge 21-CA-252500 ................................................................... 2368

18    Charge 21-CA-252500 ............................................................................................... 2374

19    February 2019 Internal Emails between UMS and UI Officials about Closure of UI's

20    Compton, CA Facility ................................................................................................ 2376

21    February 2019 Draft Notice of Closing for UI's Compton, CA Facility ..................... 2379

22    ULH's 10-K Filing for the Fiscal Year Ended December 31, 2019 ............................. 2381

23    Romel Mallard's Union Authorization Card ............................................................... 2509

24    Union Flyer ................................................................................................................ 2511

25    November 2019 Text Messages between Romel Mallard and Dispatcher .................... 2514

26    Picture of Labor Consultant Kirk Cummings ............................................................. 2516

27    Jonathan Ledesma's Union Authorization Card .......................................................... 2518

28    Kevin Poullard's Union Authorization Card ............................................................... 2520

Julio Carlos' Union Authorization Card ...................................................... 2522

December 2019 Text Messages between Julio Carlos and Dispatcher ........................ 2524

Maurice Cummings' Union Authorization Card ........................................... 2529

Todd Ellis' Union Authorization Card ...................................................... 2531

December 2019 Text Messages between Todd Ellis and Dispatcher ........................... 2533

December 2019 Text Messages between Todd Ellis and Dispatcher 2 ........................ 2535

Craigslist Postings by UI Seeking Employee Drivers ....................................... 2537

WhatsApp Communication between Employees about the UI Posting ........................ 2541

Craigslist Posting by UI Seeking Employee Drivers as Viewed on Phone ................... 2543

Application of Employment at UI given to Todd Ellis ....................................... 2545

Recruiter Business Card given to Todd Ellis ............................................... 2560

Union Authorization Card of David Johnson ............................................... 2562

UI Holiday Work Schedule for December 2019 ........................................... 2564

Letter sent by UI in December 2019 along with 2020 Calendar ............................. 2566

Union Authorization Card of Jose Torres ................................................... 2568

List of UI Facilities ........................................................................ 2570

Sign in Sheet for Company Held Meetings about the Union ................................ 2578

Chart of Moves made by Employer Drivers in July 2019 ................................... 2581

Chart of Moves made by Employee Drivers in August 2019 ................................ 2611

Chart of Moves made by Employee Drivers in September 2019 ............................. 2638

Chart of Moves made by Employee Drivers in October 2019 ............................... 2666

Chart of Moves made by Employee Drivers in November 2019 ............................. 2697

Chart of Moves made by Employee Drivers in December 2019 ............................. 2719

Exhibit 3(a) – General Counsel's Exhibits Rejected at the Administrative Law Hearing
.............................................................................................. 2732

Messages from a Union WhatsApp Group .................................................. 2733

**Exhibit 4 – Respondents' Exhibits Admitted at the Administrative Law Hearing**

Emails between Jose Torres and Michael Vagts 1 ..........................................................2738

Emails between Jose Torres and Michael Vagts 2 ..........................................................2740

Emails between Jose Torres and Michael Vagts 3 ..........................................................2744

Emails between Jose Torres and Michael Vagts 4 ..........................................................2747

Emails between Jose Torres and Michael Vagts 5 ..........................................................2750

Emails between Jose Torres and Michael Vagts 6 ..........................................................2753

Emails between Jose Torres and Michael Vagts 7 ..........................................................2756


**Exhibit 5 – Affidavit of Julie Gutman Dickenson**

Affidavit ........................................................................................................................2760


**Exhibit 6 – Affidavit of Ricardo Hidalgo**

Affidavit dated January 21, 2020........................................................................................2804

Affidavit dated April 7, 2020.............................................................................................2821

Affidavit dated August 19, 2020........................................................................................2826


**Exhibit 7 – UI's Position Statements During the Investigation**

UI's January 22, 2020 Position Statement.........................................................................2830

UI's March 27, 2020 Position Statement...........................................................................2890


**Exhibit 8 – RR's Position Statements During the Investigation**

RR's February 20, 2020 Position Statement.......................................................................2897


**Exhibit 9 – UT's Position Statements During the Investigation**

UT's February 20, 2020 Position Statement.......................................................................2913


**Exhibit 10 – Affidavit of Edribray Rodriguez**

Affidavit ........................................................................................................................2925

**Exhibit 10 – American Journal of Transportation Article**

Article dated April 13, 2021 ............................................................................................2929