# EXHIBIT 2(A)

Exhibit 2(a)
1005

OFFICIAL REPORT OF PROCEEDINGS

BEFORE THE

NATIONAL LABOR RELATIONS BOARD

REGION 21

In the Matter of:

| | |
|---|---|
| MASON-DIXON INTERMODAL D/B/A UNIVERSAL INTERMODAL SERVICES, <br>            Respondent, <br> and <br> MASON-DIXON INTERMODAL D/B/A UNIVERSAL INTERMODAL SERVICES AND SOUTHERN COUNTIES EXPRESS, INC., <br>            Respondent, <br> and <br> ROADRUNNER INTERMODAL SERVICES, LLC, <br>            Respondent, <br> and <br> UNIVERSAL TRUCKLOAD, INC., <br>            Respondent, <br> and <br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS, <br>         Charging Party. | Case Nos.  21-CA-252500 <br>           21-CA-252574 <br>           21-CA-264164 <br>           21-CA-253662 <br>           21-CA-259130 <br>           21-CA-254813 <br>           21-CA-255151 |

_____

_____

JOINT EXHIBITS

Place: Los Angeles, California (via Zoom Videoconference)

Dates: June 22, 2021

OFFICIAL REPORTERS
eScribers, LLC
E-Reporting and E-Transcription
7227 North 16th Street, Suite 207
Phoenix, AZ 85020
(602) 263-0885

Exhibit 2(a)
1006



www.escribers.net | 800-257-0885

**UNITED STATES OF AMERICA**
**BEFORE THE NATIONAL LABOR RELATIONS BOARD**
**Region 21**


| | | |
|---|---|---|
| **MASON-DIXON INTERMODAL D/B/A** | | |
| **UNIVERSAL INTERMODAL SERVICES** | **Cases** | **21-CA-252574** |
| | | **21-CA-252500** |
| **and** | | **21-CA-264164** |
| | | |
| **MASON-DIXON INTERMODAL D/B/A UNIVERSAL** | | |
| **INTERMODAL SERVICES & SOUTHERN COUNTIES** | | |
| **EXPRESS, INC.** | | **21-CA-253662** |
| | | **21-CA-259130** |
| **and** | | |
| | | |
| **ROADRUNNER INTERMODAL SERVICES, LLC** | | **21-CA-254813** |
| | | |
| **and** | | |
| | | |
| **UNIVERSAL TRUCKLOAD, INC.** | | **21-CA-255151** |
| | | |
| **and** | | |
| | | |
| **INTERNATIONAL BROTHERHOOD OF** | | |
| **TEAMSTERS** | | |


**<u>JOINT STIPULATION OF DOCUMENTS</u>**

Counsel for the Acting General Counsel; International Brotherhood of Teamsters (Union); and

Mason-Dixon Intermodal d/b/a Universal Intermodal Services (Respondent Universal

Intermodal), Southern Counties Express, Inc. (Respondent Southern Counties), Roadrunner

Intermodal Services, LLC (Respondent Roadrunner), and Universal Truckload, Inc. (Respondent

Universal Truckload), collectively referred to as "Respondents," hereby stipulate that the

following documents be entered into the record of this hearing without the necessity of further

authenticity or foundation.  All parties reserve their respective right to argue the relevance and/or

**JX-1**

Exhibit 2(a)
1007

EXHIBIT NO.<u>    JT1    </u> RECEIVED <u>  XX  </u> REJECTED <u>    </u>

CASE NO <u> 21-CA-252500, et al. </u> CASE NAME <u> MASON-DIXON INTERMODAL </u>

NO OF PAGES <u> 12 </u> DATE: <u> 6/15/21 </u> REPORTER: <u> T. RAY </u>

Exhibit 2(a)
1008

materiality of these documents.

1.    This Joint Stipulation of Documents (Stipulation) will be referred to as **Joint Exhibit (JX)**

      **1**.

2.    (a)    Attached as **JX 2(a)** to this Stipulation is the RC Petition filed by the Union on

      November 8, 2019, in case 21-RC-251460.

      (b)    Attached as **JX 2(b)** to this Stipulation is the Stipulated Election Agreement for

      case 21-RC-251460 signed by representatives for Respondent Universal Intermodal and

      the Union on November 18, 2019.

      (c)    Attached as **JX 2(c)** to this Stipulation is the Voter List produced by Respondent

      Universal Intermodal in connection with case 21-RC-251460.

      (d)    Attached as **JX 2(d)** to this Stipulation is the Tally of Ballots for case 21-RC-

      251460 dated December 4, 2019.

      (e)    Attached as **JX 2(e)** to this Stipulation is the Order Approving Withdrawal of

      Objection and Cancelling Post-Election Hearing for case 21-RC-251460 issued on

      January 8, 2020, by William B. Cowen, Regional Director for Region 21 of the National

      Labor Relations Board.

      (f)    Attached as **JX 2(f)** to this Stipulation is the Certification of Representative for

      case 21-RC-251460 issued on January 8, 2020, by William B. Cowen, Regional Director

      for Region 21 of the National Labor Relations Board.

3.    Attached as **JX 3** to this Stipulation is Respondents' Agreement to Waive Participation in

      Class and Collective Actions signed by an employee on May 17, 2019.

4.    (a)    Attached as **JX 4(a)** to this Stipulation is Respondent Universal Intermodal

      employee Jonathan Ledesma's (Ledesma) personnel file.

Exhibit 2(a)
1009

(b)　　Attached as **JX 4(b)** to this Stipulation is the termination letter dated November 27, 2019, sent by Respondent Universal Intermodal to Ledesma by certified mail.

5.　(a)　　Attached as **JX 5(a)** to this Stipulation is Respondent Universal Intermodal employee Romel Mallard's (Mallard) personnel file.

(b)　　Attached as **JX 5(b)** to this Stipulation is the termination letter dated November 26, 2019, sent by Respondent Universal Intermodal to Mallard.

6.　(a)　　Attached as **JX 6(a)** to this Stipulation is a photograph of a letter posted by Respondent Universal Intermodal on the bulletin board at the facility located at 2035 Bella Vista Way in Compton, California (the Compton Facility) on about November 22, 2019.

(b)　　Attached as **JX 6(b)** to this Stipulation is a photograph of the letter issued by Respondent Universal Intermodal to its employees dated December 20, 2019, notifying them that Compton Facility was closing, and they were no longer employed by Respondent Universal Intermodal.

(c)　　Attached as **JX 6(c)** to this Stipulation is a photograph of the letter issued by Respondent Universal Truckload to its employees dated December 18, 2019, notifying them that as of December 20, 2019, they would no longer be employed by Respondent Universal Truckload.

(d)　　Attached as **JX 6(d)** to this Stipulation is a photograph of the letter issued by Respondent Roadrunner to its employees dated December 18, 2019, notifying them that as of December 20, 2019, they would no longer be employed by Respondent Roadrunner.

7.　From January 18, 2020, to March 11, 2020, Respondents and the Union exchanged correspondence regarding bargaining and requests for information, attached to this Stipulation as **JX 7(a) to JX 7(f)**.

Exhibit 2(a)
1010

(a)      January 18, 2020, letter from Union Counsel Julie Gutman Dickinson (Gutman Dickinson) of Bush Gottlieb, a Law Corporation, to Tony Milles (Milles) of Respondent Universal Intermodal and John S. Ferrer (Ferrer) of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., former counsel for Respondent Universal Intermodal is attached to this Stipulation as **JX 7(a)**).

(b)      January 31, 2020, letter from Ferrer to Gutman Dickinson is attached to this Stipulation as **JX 7(b)**).

(c)      February 7, 2020, letter from Gutman Dickinson to Ferrer is attached to this Stipulation as **JX 7(c)**).

(d)      Emails sent between Gutman Dickinson and Ferrer from February 11, 2020, at 8:10 a.m., to February 25, 2020, at 3:16:25 p.m., with the subject line "Universal Intermodal Services – Teamsters" are attached to this Stipulation as **JX 7(d)**).

(e)      March 4, 2020, email and letter from Martha Rodriguez (Rodriguez) of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. on behalf of Ferrer to Gutman Dickinson, with attachments A through D attached to this Stipulation as **JX 7(e)**).

(f)      Emails sent between Gutman Dickinson and  Ferrer and between Gutman Dickinson and Rodriguez on behalf of Ferrer from March 4, 2020, to March 11, 2020, with the subject "Universal's Response to Union's RFI," with attachments are attached to this Stipulation as **JX 7(f)**).

8.      From June 15, 2020, to July 7, 2020, Respondents and Respondent Universal Intermodal employee Jose Torres Mariscal (Torres) exchanged emails and correspondence regarding Torres' claims of owed expenses, attached to this stipulation as **JX 8(a) to JX 8(d).**

(a)      Emails sent between Torres and Director of Labor and Contractor Relations of

Exhibit 2(a)
1011

Universal Management Services, Inc. Mike Vagts (Vagts) from June 15, 2020, at 11:56:07 a.m. Pacific Daylight Time (PDT) to June 16, 2020 at 1:56:39 p.m. PDT, with the subject line "Check" is attached to this Stipulation as **JX 8(a)**.[1]

(b)      Emails sent between Torres and Vagts from June 29, 2020 at 11:14 a.m. to July 7, 2020, at 7:05:21 a.m. PDT, with the subject line "Emails," and subsequently forwarded by Torres to Union International Organizer Ricardo Hidalgo (Hidalgo) on July 7, 2020, at 2:39:19 p.m.  is attached to this Stipulation as **JX 8(b)**.

(c)       "Confidential Settlement Agreement and General Release" between Torres and Respondent Universal Intermodal signed by Vagts on July 7, 2020 and sent to Torres on the same day is attached to this Stipulation as **JX 8(c)**.

(d)      A check issued to Torres by Respondent Universal Intermodal for $250.00 and dated July 23, 2020, with "MV/NLRB SETTLEMENT" listed under "Description" is attached to this Stipulation as **JX 8(d)**.

9.      From July 15, 2020, to July 28, 2020, Vagts and Union International Organizer Hidalgo exchanged emails with the subject line "Jose Torres Mariscal" regarding Vagt's correspondence with Torres, attached to this stipulation as **JX 9**.

10.    (a)      Attached as **JX 10(a)** to this Stipulation is all principal subsidiaries of Universal Logistic Holdings, Inc. and the jurisdiction of the corresponding incorporation or organization.

(b)      Attached as **JX 10(b)** to this Stipulation is a news release dated February 6, 2020, entitled, "Universal Logistics Holdings Report Fourth Quarter 2019 Financial Results;

---

[1] The last email in this exchange is dated August 11, 2020, at 11:3010 a.m. and sent by Torres to Elvira Pereda, Field Attorney for Region 21 of the National Labor Relations Board in connection to the investigation proceedings for these cases.

Exhibit 2(a)
1012

Declares Dividend; Provides 2020 Outlook."

11.     (a)     Attached as **JX 11(a)** to this Stipulation is the organizational chart for Respondent Universal Intermodal from January, 2019 to December, 2019.

        (b)     Attached as **JX 11(b)** to this Stipulation is the organizational chart for Respondent Universal Truckload.

        (c)     Attached as **JX 11(c)** to this Stipulation is the organization chart for Respondent Roadrunner.

        (d)     Attached as **JX 11(d)** to this Stipulation is the organizational chart for Respondent Southern Counties.

12.     (a)     Attached as **JX 12(a)** is a list of managers at the facilities of Respondent Universal Intermodal, Respondent Universal Truckload, and Respondent Roadrunner in California, Nevada, and Texas.

        (b)     Attached as **JX 12(b)** is a list of managers at the facilities of Respondent Universal Intermodal, Respondent Southern Counties, Respondent Universal Truckload, and Respondent Roadrunner in Southern California.

13.     (a)     Attached as **JX 13(a)** to this Stipulation is an accounting of the computer equipment formerly utilized at the Compton Facility and its location status after the Compton Facility ceased operations.

        (b)     Attached as **JX 13(b)** to this Stipulation is a chart of the status of all Respondents' active chassis as of April 6, 2020 and its use status after the Compton Facility ceased operations.

        (c)     Attached as **JX 13(c)** to this Stipulation is a chart of the status of all Respondents' chassis as of April 6, 2020 and its use status after the Compton Facility ceased operations.

Exhibit 2(a)
1013

(d)      Attached as **JX 13(d)** to this Stipulation is an accounting of the current location of all trucks used by Respondent Universal Intermodal and Respondent Universal Truckload employees prior to their lay-off.

14.    (a)      Attached as **JX 14(a)** to this Stipulation is Subpoena Duces Tecum B-1-18P63IF dated March 24, 2020 sent to Respondent Universal Intermodal seeking documents related to allegations raised in charges 21-CA-252500, 21-CA-252574, and 21-CA-253662.

(b)      Attached as **JX 14(b)** to this Stipulation is Respondent Universal Intermodal's written response, without attachments, to Subpoena Duces Tecum B-1-18P63IF dated April 28, 2020.

(c)      Attached as **JX 14(c)** to this Stipulation is Subpoena Duces Tecum B-1-1CM5JSJ dated May 19, 2021 sent to Respondent Universal Intermodal seeking documents related to the current trial.

15.    (a)      Attached as **JX 15(a)** to this Stipulation is Subpoena Duces Tecum B-1-18P1O0H dated March 24, 2020 sent to Universal Logistics Holdings, Inc. seeking documents related to allegations raised in charges 21-CA-252500, 21-CA-252574, 21-CA-253662, 21-CA-254813, and 21-CA-255151.

(b)      Attached as **JX 15(b)** to this Stipulation is Universal Logistics Holdings, Inc.'s written response, without attachments, to Subpoena Duces Tecum B-1-18P1O0H dated June 26, 2020.

(c)      Attached as **JX 15(c)** to this Stipulation is Subpoena Duces Tecum B-1-1CM5WPT dated May 19, 2021 sent to Universal Logistics Holdings, Inc. seeking documents related to the current trial.

(d)      Attached as **JX 15(d)** to this Stipulation is Subpoena Duces Tecum B-1-1CM669Z

Exhibit 2(a)
1014

dated May 19, 2021 sent to Universal Management Services, Inc. seeking documents related to the current trial.

16.    (a)    Attached as **JX 16(a)** to this Stipulation is Subpoena Duces Tecum B-1-18P3VRV dated March 24, 2020 sent to Respondent Southern Counties seeking documents related to allegations raised in charges 21-CA-252500, 21-CA-252574, 21-CA-253662, 21-CA-254813, and 21-CA-255151.

(b)    Attached as **JX 16(b)** to this Stipulation is Respondent Southern Counties' written response, without attachments, to Subpoena Duces Tecum B-1-18P3VRV dated June 24, 2020.

(c)    Attached as **JX 16(c)** to this Stipulation is Subpoena Duces Tecum B-1-1CM57L3 dated May 19, 2021 sent to Respondent Southern Counties seeking documents related to the current trial.

17.    (a)    Attached as **JX 17(a)** to this Stipulation is Subpoena Duces Tecum B-1-18P4HMJ dated March 24, 2020 sent to Respondent Universal Truckload seeking documents related to allegations raised in charge 21-CA-255151.

(b)    Attached as **JX 17(b)** to this Stipulation is Respondent Universal Truckload's written response, without attachments, to Subpoena Duces Tecum B-1-18P4HMJ dated June 17, 2020.

(c)    Attached as **JX 17(c)** to this Stipulation is Subpoena Duces Tecum B-1-1CM5LWN dated May 19, 2021 sent to Respondent Universal Truckload seeking documents related to the current trial.

18.    (a)    Attached as **JX 18(a)** to this Stipulation is Subpoena Duces Tecum B-1-18P6E39 dated March 24, 2020 sent to Respondent Roadrunner Intermodal seeking documents

Exhibit 2(a)
1015

related to allegations raised in charge 21-CA-254813.

(b)      Attached as **JX 18(b)** to this Stipulation is Respondent Roadrunner Intermodal's written response, without attachments, to Subpoena Duces Tecum B-1-18P6E39 dated June 17, 2020.

(c)      Attached as **JX 18(c)** to this Stipulation is Subpoena Duces Tecum B-1-1CM5TGV dated May 19, 2021 sent to Respondent Roadrunner Intermodal seeking documents related to the current trial.

19.    (a)      Attached as **JX 19(a)** to this Stipulation is a list of clients that were serviced by Respondent Universal Intermodal out of its Compton Facility from January, 2019, to December, 2019.

(b)      Attached as **JX 19(b)** to this Stipulation is a list of clients that were serviced by Respondent Universal Intermodal out of the facility located at 15033 Slover Avenue in Fontana, California (Slover Facility) from January, 2019, to December, 2019.

(c)      Attached as **JX 19(c)** to this Stipulation is a list of clients that were serviced by Respondent Universal Intermodal out of the Slover Facility from January, 2020, to March, 2020.

(d)      Attached as **JX 19(d)** to this Stipulation is a list of clients that were serviced by Respondent Roadrunner from January, 2019, to December, 2019.

(e)      Attached as **JX 19 (e)** to this Stipulation is a list of clients that were serviced by Respondent Roadrunner from January, 2020, to March, 2020

(f)      Attached as **JX 19(f)** to this Stipulation is a list of clients that were serviced by Respondent Southern Counties from January, 2019, to December, 2019.

(g)      Attached as **JX 19(g)** to this Stipulation is a list of clients that were serviced by

Exhibit 2(a)
1016

Respondent Southern Counties from January, 2020, to March, 2020.

(h)     The parties request that **JX 19(a) – (g)** be admitted under seal.

20.  (a)     Attached as **JX 20(a)** to this Stipulation is a Service Agreement dated May 20, 2014 between Respondent Universal Intermodal and Air Express International USA., Inc.

(b)     Attached as **JX 20(b)** to this Stipulation is a Service Provider Agreement dated August 19, 2010 between Respondent Universal Intermodal and Expeditors International of Washington, Inc.

(c)     Attached as **JX 20(c)** to this Stipulation is a Quality Agreement executed on January 3, 2017 between Respondent Universal Intermodal and Kuehne + Nagel Inc.

(d)     The parties request that **JX 20(a) – (c)** be admitted under seal.

21.  (a)     Attached as **JX 21(a)** to this Stipulation is a Drayage Transportation Agreement dated May 3, 2019 between Respondent Southern Counties and Big Lots Stores, Inc.

(b)     Attached as **JX 21(b)** to this Stipulation is a Transportation Agreement dated March 1, 2019 between Respondent Southern Counties and Lowe's Home Centers, LLC.

(c)     Attached as **JX 21(c)** to this Stipulation is a Transportation Agreement signed on March 28, 2019 between Respondent Southern Counties and Lowe's Home Centers, LLC.

(d)     Attached as **JX 21(d)** to this Stipulation is a Drayage Services Addendum dated December 18, 2018 between Respondent Southern Counties and Wal-Mart Transportation, LLC.

(e)     Attached as **JX 21(e)** to this Stipulation is a Truckload Transportation Agreement dated September 24, 2013 between Respondent Southern Counties and Wal-Mart Transportation, LLC.

(f)     The parties request that **JX 21(a) – (e)** be admitted under seal.

Exhibit 2(a)
1017

**NATIONAL LABOR RELATIONS BOARD**

DATED: _June 12_____, 2021          BY:_____

                                          Phuong Do
                                          Molly Kagel
                                          Counsels for the General Counsel

**MASON-DIXON INTERMODAL D/B/A UNIVERSAL INTERMODAL SERVICES**

DATED: _June 14_____, 2021          BY:_____

                                          Daniel Adlong, Counsel for
                                          Respondent Universal Intermodal

**MASON-DIXON INTERMODAL D/B/A UNIVERSAL INTERMODAL SERVICES & SOUTHERN COUNTIES EXPRESS, INC.**

DATED: _June 14_____, 2021          BY:_____

                                          Daniel Adlong, Counsel for
                                          Respondent Southern Counties

**ROADRUNNER INTERMODAL SERVICES, LLC**

DATED: _June 14_____, 2021          BY:_____

                                            Daniel Adlong, Counsel for
                                          Respondent Roadrunner

**UNIVERSAL TRUCKLOAD, INC.**

DATED: _June 14_____, 2021          BY:_____

                                            Daniel Adlong, Counsel for
                                          Respondent Universal Truckload

**INTERNATIONAL BROTHERHOOD OF TEAMSTERS**

DATED: _6/14_____, 2021          BY:_____

              ~~Julie Gutman Dickinson~~ Jason
              Counsel for the Union   Wojciechowski

Exhibit 2(a)
1018

FORM NLRB-502 (RC)
(4-15)

| UNITED STATES GOVERNMENT | DO NOT WRITE IN THIS SPACE | | |
|---|---|---|---|
| NATIONAL LABOR RELATIONS BOARD **R C P E T I T I O N** | Case No. 21-RC-251460 | Date Filed | 11-08-2019 |

INSTRUCTIONS: *Unless e-Filed using the Agency's website, www.nlrb.gov, submit an original of this Petition to an NLRB office in the Region in which the employer concerned is located. The petition must be accompanied by both a showing of interest (see 6b below) and a certificate of service showing service on the employer and all other parties named in the petition of: (1) the petition; (2) Statement of Position form (Form NLRB-505); and (3) Description of Representation Case Procedures (Form NLRB 4812). The showing of interest should only be filed with the NLRB and should not be served on the employer or any other party.*

1. PURPOSE OF THIS PETITION: RC-CERTIFICATION OF REPRESENTATIVE - A substantial number of employees wish to be represented for purposes of collective bargaining by Petitioner and Petitioner desires to be certified as representative of the employees. The Petitioner alleges that the following circumstances exist and requests that the National Labor Relations Board proceed under its proper authority pursuant to Section 9 of the National Labor Relations Act.

| 2a. Name of Employer Mason-Dixon Intermodal d/b/a Universal Intermodal Services | 2b. Address(es) of Establishment(s) involved *(Street and number, city, State, ZIP code)* 2035 E. Bella Way, Compton, CA 90220 | |
|---|---|---|
| 3a. Employer Representative – Name and Title Tony Miles, General Manager, Intermodal Services | 3b. Address *(If same as 2b – state same)* 9515 10th Ave South, Seattle, WA 98108 | |

| 3c. Tel. No. 206-762-6100 | 3d. Cell No. 586-718-4606 | 3e. Fax No. 586-467-0904 | 3f. E-Mail Address tmiles@universalintermodal.com |
|---|---|---|---|

| 4a. Type of Establishment *(Factory, mine, wholesaler, etc.)* trucking | 4b. Principal product or service trucking | 5a. City and State where unit is located: Compton & Fontana, CA |
|---|---|---|

| 5b. Description of Unit Involved | 6a. No. of Employees in Unit: 27 |
|---|---|
| Included: All full-time and regular part-time drivers working out of Compton and Fontana, California yards | |
| Excluded: All other employees, guards and supervisors as defined by the Act | 6b. Do a substantial number (30% or more) of the employees in the unit wish to be represented by the Petitioner? Yes ✓ No |

| Check One: | 7a. Request for recognition as Bargaining Representative was made on (Date) N/A and Employer declined recognition on or about (Date) *(If no reply received, so state).* |
|---|---|
| | 7b. Petitioner is currently recognized as Bargaining Representative and desires certification under the Act. |

| 8a. Name of Recognized or Certified Bargaining Agent *(If none, so state).* None | 8b. Address | |
|---|---|---|

| 8c. Tel No. | 8d Cell No. | 8e. Fax No. | 8f. E-Mail Address |
|---|---|---|---|

| 8g. Affiliation, if any | 8h. Date of Recognition or Certification | 8i. Expiration Date of Current or Most Recent Contract, if any *(Month, Day, Year)* |
|---|---|---|

9. Is there now a strike or picketing at the Employer's establishment(s) involved? **No** If so, approximately how many employees are participating? _____

*(Name of labor organization)* _____, has picketed the Employer since *(Month, Day, Year)* _____

10. Organizations or individuals other than Petitioner and those named in items 8 and 9, which have claimed recognition as representatives and other organizations and individuals known to have a representative interest in any employees in the unit described in item 5b above. *(If none, so state).*

| 10a. Name **None** | 10b. Address | 10c. Tel. No. | 10d. Cell No. |
|---|---|---|---|
| | | 10e. Fax No. | 10f. E-Mail Address |

| 11. Election Details: If the NLRB conducts an election in this matter, state your position with respect to any such election. | 11a. Election Type: ✓ Manual   Mail   Mixed Manual/Mail |
|---|---|

| 11b. Election Date(s): November 27, 2019 | 11c. Election Time(s): 5:00 a.m. - 8:00 a.m. & 4:00 p.m. - 7:00 p.m | 11d. Election Location(s): 2035 E. Bella Way, Compton, CA |
|---|---|---|

| 12a. Full Name of Petitioner *(including local name and number)* International Brotherhood of Teamsters Port Division | 12b. Address *(street and number, city, state, and ZIP code)* 25 Louisiana, N.W., Washington, D.C. 20901 |
|---|---|

| 12c. Full name of national or international labor organization of which Petitioner is an affiliate or constituent *(if none, so state)* None | | |
|---|---|---|

| 12d. Tel No. 202-624-8711 | 12e. Cell No. | 12f. Fax No. 202-624-6884 | 12g. E-Mail Address |
|---|---|---|---|

13. Representative of the Petitioner who will accept service of all papers for purposes of the representation proceeding.

| 13a. Name and Title Ricardo Hidalgo, Lead Organizer | 13b. Address *(street and number, city, state, and ZIP code)* International Brotherhood of Teamsters Port Division, 3888 Cherry Ave., Long Beach, CA 90807 |
|---|---|

| 13c. Tel. No. 310-251-6876 | 13d. Cell. No. 310-251-6876 | 13e. Fax No. | 13f. E-Mail Address rhidalgo@teamster.org |
|---|---|---|---|

I declare that I have read the above petition and that the statements are true to the best of my knowledge and belief.

| Name *(Print)* Ricardo Hidalgo | Signature | Title INTERNATIONAL Organizer | Date 11/8/19 |
|---|---|---|---|

**WILLFULL FALSE STATEMENTS ON THIS PETITION CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**

PRIVACY ACT STATEMENT

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing representation and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information will cause the NLRB to decline to invoke its processes.

Exhibit 2(a)
1019

1

JX 2(a)

000001

```
                 JT2A                        XX
EXHIBIT NO._____  RECEIVED _____  REJECTED _____


       21-CA-252500, et al.            MASON-DIXON INTERMODAL
CASE NO _____ CASE NAME _____


             5              6/15/21           T. RAY
NO OF PAGES _____ DATE: _____ REPORTER: _____
```

Exhibit 2(a)
1020

NLRB REGION 21
LOS ANGELES, CA

2019 NOV -8 PM 12: 23

Exhibit 2(a)
1021

**MASON-DIXON INTERMODAL d/b/a/ UNIVERSAL INTERMODAL
SERVICES
and**

**INTERNATIONAL BROTHERHOOD OF TEAMSTERS PORT DIVISION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this _____ day of November, 2019,
a true and correct copy of

a)   RC Petition seeking to represent drivers at Mason-Dixon Intermodal
d/b/a Universal Intermodal Services

b)   *Description of Representation Case Procedures in Certification and
Decertification Cases*

c)   *Statement of Position form*

was served on the Employer Representative, Tony Milles via email to
tmilles@universalintermodal.com and via U.S. Mail, postage pre-paid, addressed to
Tony Milles, General Manager, Intermodal Services, 9515 10th Ave South, Seattle,
WA 98108.

Ricardo Hidalgo
International Organizer
International Brotherhood of Teamsters Port Campaign

Exhibit 2(a)
1022                                        3                                        000003

NLRB REGION 21
LOS ANGELES, CA

2019 NOV -8 PM 12: 23

Exhibit 2(a)
1023

4

000004

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
## STIPULATED ELECTION AGREEMENT

**MASON-DIXON INTERMODAL D/B/A UNIVERSAL INTERMODAL SERVICES**                         **Case 21-RC-251460**

The parties **AGREE AS FOLLOWS:**

**1.   PROCEDURAL MATTERS.**  The parties waive their right to a hearing and agree that any notice of hearing previously issued in this matter is withdrawn, that the petition is amended to conform to this Agreement, and that the record of this case shall include this Agreement and be governed by the Board's Rules and Regulations.

**2.   COMMERCE.**  The Employer is engaged in commerce within the meaning of Section 2(6) and (7) of the National Labor Relations Act and a question affecting commerce has arisen concerning the representation of employees within the meaning of Section 9(c).

The Employer, Mason-Dixon Intermodal d/b/a Universal Intermodal Services, a Michigan corporation, with a principal office located at 2035 Vista Bella Way, Compton, California, the only facility involved in this matter, is engaged in the business of providing transportation services.  During the past 12 months, a representative period, the Employer purchased and received goods valued in excess of $50,000 at its Compton, California facility from points located outside the State of California.

**3.   LABOR ORGANIZATION.**  The Petitioner is an organization in which employees participate, and which exists for the purpose, in whole or in part, of dealing with employers concerning grievances, labor disputes, wages, rates of pay, hours of employment, or conditions of work and is a labor organization within the meaning of Section 2(5) of the Act.

**4.   ELECTION.** A secret-ballot election under the Board's Rules and Regulations shall be held under the supervision of the Regional Director on the date and at the hours and places specified below.

|  |  |  |  |
|---|---|---|---|
| **DATE:** | December 4, 2019 | **HOURS:** | 5:00 a.m. to 8:00 a.m. <u>and</u> 4:00 p.m. to 7:00 p.m. |

**PLACE:**  In the break room at the Employer's facility located at 2035 Vista Bella Way, Compton, California.

If the election is postponed or canceled, the Regional Director, in his or her discretion, may reschedule the date, time, and place of the election.

**5.   UNIT AND ELIGIBLE VOTERS.**  The following unit is appropriate for the purposes of collective bargaining within the meaning of Section 9(b) of the Act:

**INCLUDED:** All full-time and regular part-time port drivers employed by the Employer working or dispatched out of the Employer's facility currently located at 2035 Vista Bella Way, Compton, California;

**EXCLUDED:** All other employees, dispatchers, mechanics, office clerical employees, professional employees, confidential employees, managerial employees, guards, and supervisors as defined in the Act.

Initials: _____

Page 1

**JX 2(b)**

JT2B                          XX
EXHIBIT NO._____  RECEIVED _____  REJECTED _____


        21-CA-252500, et al.          MASON-DIXON INTERMODAL
CASE NO _____ CASE NAME _____


        7                6/15/21          T. RAY
NO OF PAGES _____ DATE: _____ REPORTER: _____

Exhibit 2(a)
1025

Those eligible to vote in the election are employees in the above unit who were employed during the **payroll period ending November 16, 2019**, including employees who did not work during that period because they were ill, on vacation, or were temporarily laid off.

Employees engaged in any economic strike, who have retained their status as strikers and who have not been permanently replaced are also eligible to vote. In addition, employees engaged in an economic strike which commenced less than 12 months before the election date, who have retained their status as strikers but who have been permanently replaced, as well as their replacements are eligible to vote. Employees who are otherwise eligible but who are in the military services of the United States may vote if they appear in person at the polls or by mail as described above in paragraph 4.

Ineligible to vote are (1) employees who have quit or been discharged for cause after the designated payroll period for eligibility, (2) employees engaged in a strike who have been discharged for cause since the commencement thereof and who have not been rehired or reinstated before the election date, and (3) employees engaged in an economic strike which began more than 12 months before the election date who have been permanently replaced.

      **6.   VOTER LIST.**  Within 2 business days after the Regional Director has approved this Agreement, the Employer must provide to the Regional Director and all of the other parties a voter list of the full names, work locations, shifts, job classifications, and contact information (including home addresses, available personal email addresses, and available personal home and cellular telephone numbers) of all eligible voters. The Employer must also include, in a separate section of that list, the same information for those individuals whom the parties have agreed should be permitted to vote subject to challenge. The list must be filed in common, everyday electronic file formats that can be searched. Unless otherwise agreed to by the parties, the list must be provided in a table in a Microsoft Word file (.doc or docx) or a file that is compatible with Microsoft Word (.doc or docx). The first column of the list must begin with each employee's last name and the list must be alphabetized (overall or by department) by last name. The font size of the list must be the equivalent of Times New Roman 10 or larger. That font does not need to be used but the font must be that size or larger. When feasible, the list must be filed electronically with the Regional Director and served electronically on the parties. The Employer must file with the Regional Director a certificate of service of the list on all parties.

      **7.   THE BALLOT.**  The Regional Director, in his or her discretion, will decide the language(s) to be used on the election ballot. All parties should notify the Region as soon as possible of the need to have the Notice of Election and/or ballots translated.

The question on the ballot will be "Do you wish to be represented for purposes of collective bargaining by **INTERNATIONAL BROTHERHOOD OF TEAMSTERS**?" The choices on the ballot will be "Yes" or "No".

      **8.   NOTICE OF ELECTION.**  The Regional Director, in his or her discretion, will decide the language(s) to be used on the Notice of Election. The Employer must post copies of the Notice of Election in conspicuous places, including all places where notices to employees in the unit are customarily posted, at least three (3) full working days prior to 12:01 a.m. of the day of the election. The Employer must also distribute the Notice of Election electronically, if the Employer customarily communicates with employees in the unit electronically. Failure to post or distribute the Notice of Election as required shall be grounds for setting aside the election whenever proper and timely objections are filed.

Initials: _____

**9.  NOTICE OF ELECTION ONSITE REPRESENTATIVE.**  The following individual will serve as the Employer's designated Notice of Election onsite representative:

Joe Lugo, General Manager, Universal Intermodal Services; phone: (956) 535-3239; email: JLugo@UniversalIntermodal.com.

**10. ACCOMMODATIONS REQUIRED.**  All parties should notify the Region as soon as possible of any voters, potential voters, or other participants in this election who have handicaps falling within the provisions of Section 504 of the Rehabilitation Act of 1973, as amended, and 29 C.F.R. 100.503, and who in order to participate in the election need appropriate auxiliary aids, as defined in 29 C.F.R. 100.503, and request the necessary assistance.

**11. OBSERVERS.**   Each party may station an equal number of authorized, nonsupervisory-employee observers at the polling places to assist in the election, to challenge the eligibility of voters, and to verify the tally.

**12. TALLY OF BALLOTS.**  Upon conclusion of the election, the ballots will be counted and a tally of ballots prepared and immediately made available to the parties.

**13. POSTELECTION AND RUNOFF PROCEDURES.**  All procedures after the ballots are counted shall conform with the Board's Rules and Regulations.

| **MASON-DIXON INTERMODAL D/B/A UNIVERSAL INTERMODAL SERVICES** | **INTERNATIONAL BROTHERHOOD OF TEAMSTERS** |
|---|---|
| (Employer) | (Petitioner) |

By _____  11/18/2019      By _____
   (Name)        (Date)                (Name)       (Date)

Recommended:    *Danielle Giever*  11-18-19
              DANIELLE GIEVER, Field Examiner  (Date)

Date approved:        Digitally signed by WILLIAM COWEN
             Date: 2019.11.18 15:21:06 -08'00'

**Regional Director, Region 21**
**National Labor Relations Board**

Exhibit 2(a)
1027

3

000007

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
## STIPULATED ELECTION AGREEMENT

**MASON-DIXON INTERMODAL D/B/A UNIVERSAL
INTERMODAL SERVICES**

**Case 21-RC-251460**

The parties **AGREE AS FOLLOWS:**

**1. PROCEDURAL MATTERS.** The parties waive their right to a hearing and agree that any notice of hearing previously issued in this matter is withdrawn, that the petition is amended to conform to this Agreement, and that the record of this case shall include this Agreement and be governed by the Board's Rules and Regulations.

**2. COMMERCE.** The Employer is engaged in commerce within the meaning of Section 2(6) and (7) of the National Labor Relations Act and a question affecting commerce has arisen concerning the representation of employees within the meaning of Section 9(c).

The Employer, Mason-Dixon Intermodal d/b/a Universal Intermodal Services, a Michigan corporation, with a principal office located at 2035 Vista Bella Way, Compton, California, the only facility involved in this matter, is engaged in the business of providing transportation services. During the past 12 months, a representative period, the Employer purchased and received goods valued in excess of $50,000 at its Compton, California facility from points located outside the State of California.

**3. LABOR ORGANIZATION.** The Petitioner is an organization in which employees participate, and which exists for the purpose, in whole or in part, of dealing with employers concerning grievances, labor disputes, wages, rates of pay, hours of employment, or conditions of work and is a labor organization within the meaning of Section 2(5) of the Act.

**4. ELECTION.** A secret-ballot election under the Board's Rules and Regulations shall be held under the supervision of the Regional Director on the date and at the hours and places specified below.

**DATE:**  December 4, 2019     **HOURS:** 5:00 a.m. to 8:00 a.m.
                                                       **and**
                                           4:00 p.m. to 7:00 p.m.

**PLACE:** In the break room at the Employer's facility located at 2035 Vista Bella Way, Compton, California.

If the election is postponed or canceled, the Regional Director, in his or her discretion, may reschedule the date, time, and place of the election.

**5. UNIT AND ELIGIBLE VOTERS.** The following unit is appropriate for the purposes of collective bargaining within the meaning of Section 9(b) of the Act:

**INCLUDED:** All full-time and regular part-time port drivers employed by the Employer working or dispatched out of the Employer's facility currently located at 2035 Vista Bella Way, Compton, California;

**EXCLUDED:** All other employees, dispatchers, mechanics, office clerical employees, professional employees, confidential employees, managerial employees, guards, and supervisors as defined in the Act.

Initials: _____

Those eligible to vote in the election are employees in the above unit who were employed during the **payroll period ending November 16, 2019**, including employees who did not work during that period because they were ill, on vacation, or were temporarily laid off.

Employees engaged in any economic strike, who have retained their status as strikers and who have not been permanently replaced are also eligible to vote. In addition, employees engaged in an economic strike which commenced less than 12 months before the election date, who have retained their status as strikers but who have been permanently replaced, as well as their replacements are eligible to vote. Employees who are otherwise eligible but who are in the military services of the United States may vote if they appear in person at the polls or by mail as described above in paragraph 4.

Ineligible to vote are (1) employees who have quit or been discharged for cause after the designated payroll period for eligibility, (2) employees engaged in a strike who have been discharged for cause since the commencement thereof and who have not been rehired or reinstated before the election date, and (3) employees engaged in an economic strike which began more than 12 months before the election date who have been permanently replaced.

      **6. VOTER LIST.** Within 2 business days after the Regional Director has approved this Agreement, the Employer must provide to the Regional Director and all of the other parties a voter list of the full names, work locations, shifts, job classifications, and contact information (including home addresses, available personal email addresses, and available personal home and cellular telephone numbers) of all eligible voters. The Employer must also include, in a separate section of that list, the same information for those individuals whom the parties have agreed should be permitted to vote subject to challenge. The list must be filed in common, everyday electronic file formats that can be searched. Unless otherwise agreed to by the parties, the list must be provided in a table in a Microsoft Word file (.doc or docx) or a file that is compatible with Microsoft Word (.doc or docx). The first column of the list must begin with each employee's last name and the list must be alphabetized (overall or by department) by last name. The font size of the list must be the equivalent of Times New Roman 10 or larger. That font does not need to be used but the font must be that size or larger. When feasible, the list must be filed electronically with the Regional Director and served electronically on the parties. The Employer must file with the Regional Director a certificate of service of the list on all parties.

      **7. THE BALLOT.** The Regional Director, in his or her discretion, will decide the language(s) to be used on the election ballot. All parties should notify the Region as soon as possible of the need to have the Notice of Election and/or ballots translated.

The question on the ballot will be "Do you wish to be represented for purposes of collective bargaining by **INTERNATIONAL BROTHERHOOD OF TEAMSTERS**?" The choices on the ballot will be "Yes" or "No".

      **8. NOTICE OF ELECTION.** The Regional Director, in his or her discretion, will decide the language(s) to be used on the Notice of Election. The Employer must post copies of the Notice of Election in conspicuous places, including all places where notices to employees in the unit are customarily posted, at least three (3) full working days prior to 12:01 a.m. of the day of the election. The Employer must also distribute the Notice of Election electronically, if the Employer customarily communicates with employees in the unit electronically. Failure to post or distribute the Notice of Election as required shall be grounds for setting aside the election whenever proper and timely objections are filed.

Initials: _____

Page 2

**9. NOTICE OF ELECTION ONSITE REPRESENTATIVE.** The following individual will serve as the Employer's designated Notice of Election onsite representative:

Joe Lugo, General Manager, Universal Intermodal Services; phone: (956) 535-3239; email: JLugo@UniversalIntermodal.com.

**10. ACCOMMODATIONS REQUIRED.** All parties should notify the Region as soon as possible of any voters, potential voters, or other participants in this election who have handicaps falling within the provisions of Section 504 of the Rehabilitation Act of 1973, as amended, and 29 C.F.R. 100.503, and who in order to participate in the election need appropriate auxiliary aids, as defined in 29 C.F.R. 100.503, and request the necessary assistance.

**11. OBSERVERS.** Each party may station an equal number of authorized, nonsupervisory-employee observers at the polling places to assist in the election, to challenge the eligibility of voters, and to verify the tally.

**12. TALLY OF BALLOTS.** Upon conclusion of the election, the ballots will be counted and a tally of ballots prepared and immediately made available to the parties.

**13. POSTELECTION AND RUNOFF PROCEDURES.** All procedures after the ballots are counted shall conform with the Board's Rules and Regulations.

| **MASON-DIXON INTERMODAL D/B/A UNIVERSAL INTERMODAL SERVICES** | **INTERNATIONAL BROTHERHOOD OF TEAMSTERS** |
|---|---|
| (Employer) | (Petitioner) |

By _____    By _Culied Lutm Dedn_ 11/18/19
   (Name)    (Date)        (Name)    (Date)

Recommended: _Danielle Giever_ 11-18-19

DANIELLE GIEVER, Field Examiner (Date)

Date approved:

Digitally signed by
WILLIAM COWEN
Date: 2019.11.18
15:21:49 -08'00'

**Regional Director, Region 21**
**National Labor Relations Board**

Exhibit 2(a)
1030
6



000010

# VOTER LIST

## Case 21-RC-251460

| Full Employee Name (Last, First) | Work Location | Shift | Job Classification | Home Address | Home Phone # | Cell Phone # | Personal E-Mail |
|---|---|---|---|---|---|---|---|
| 1. Alcala, Albert | 2035 Vista Bella Way, Compton, CA | Night | Port Driver | San Diego CA | | (619) 551-2646 | aalcala43@yahoo.com |
| 2. Alvarez, Alex | 2035 Vista Bella Way, Compton, CA | Night | Port Driver | Irvine CA | (949) 748-6545 | (949) 467-0468 | alvarez.alez89@gmail.com |
| 3. Cabus, Lincoln | 2035 Vista Bella Way, Compton, CA | Night | Port Driver | Buena Park CA | (714) 994-5422 | (714) 686-9290 | |
| 4. Carlos, Julio | 2035 Vista Bella Way, Compton, CA | Night | Port Driver | Hemet CA | | (951) 581-3136 | juliodagruntcarlos@yahoo.com |
| 5. Cheng, Daw | 2035 Vista Bella Way, Compton, CA | Night | Port Driver | West Covina CA | | (909) 418-8502 | tommycheng@live.com |
| 6. Cummings, Maurice | 2035 Vista Bella Way, Compton, CA | Night | Port Driver | San Jacinto CA | | (909) 749-5285 | namaurice10@gmail.com |
| 7. Ellis, Todd | 2035 Vista Bella Way, Compton, CA | Night | Port Driver | Long Beach CA | | (310) 484-5981 | todd.ellis41@gmail.com |
| 8. Fernandez, Lazaro La Torre | 2035 Vista Bella Way, Compton, CA | Day | Port Driver | Stanton CA | | (714) 561-4230 | larrylatorre@gmail.com |
| 9. Garcia, Rene | 2035 Vista Bella Way, Compton, CA | Day | Port Driver | Los Angeles CA | | (323) 283-4623 | |
| 10. Johnson, David | 2035 Vista Bella Way, Compton, CA | Night | Port Driver | Los Angeles CA | | (213) 453-4955 | davidjohnson297@yahoo.com |

Exhibit 2(a)
1031

1

JX 2(c)

000011

JT2C                          XX
EXHIBIT NO._____   RECEIVED _____ REJECTED _____


        21-CA-252500, et al.        MASON-DIXON INTERMODAL
CASE NO _____ CASE NAME _____


          4              6/15/21              T. RAY
NO OF PAGES _____ DATE: _____ REPORTER: _____

Exhibit 2(a)
1032

# VOTER LIST

## Case 21-RC-251460

| Full Employee Name (Last, First) | Work Location | Shift | Job Classification | Home Address | Home Phone # | Cell Phone # | Personal E-Mail |
|---|---|---|---|---|---|---|---|
| 11.  King, George Alex | 2035 Vista Bella Way, Compton, CA | Day | Port Driver | Los Angeles, CA | | (256) 577-6520 | nlb4zod@gmail.com |
| 12.  Ledesma, Jonathon | 2035 Vista Bella Way, Compton, CA | Day | Port Driver | Chandler AZ | (323) 585-0315 | (323) 835-3170 | johntang63@gmail.com |
| 13.  Lopez, Carlos | 2035 Vista Bella Way, Compton, CA | Day | Port Driver | Gardena CA | (310) 245-9784 | (310) 245-9784 | calin85@yahoo.com |
| 14.  Lopez, David | 2035 Vista Bella Way, Compton, CA | Day | Port Driver | Adelanto, CA | (310) 439-0337 | (310) 439-0337 | davidmitubo@gmail.com |
| 15.  Mallard, Romel | 2035 Vista Bella Way, Compton, CA | Night | Port Driver | Paramount CA | | (323) 437-8029 | romel_mallard@aol.com |
| 16.  Martinez, Victor | 2035 Vista Bella Way, Compton, CA | Night | Port Driver | Romoland CA | | (951) 733-9905 | chivato15@yahoo.com |
| 17.  Melendez, Walter | 2035 Vista Bella Way, Compton, CA | Day | Port Driver | Lynwood CA | | (323) 925-6186 | walz177@gmail.com |
| 18.  Ortiz, Alfredo | 2035 Vista Bella Way, Compton, CA | Night | Port Driver | Long Beach CA | | (323) 459-1337 | |
| 19.  Parra, Jesus | 2035 Vista Bella Way, Compton, CA | Night | Port Driver | Montclair, CA | | (626) 464-1986 | jesusp7000@gmail.com |
| 20.  Payan, Michael | 2035 Vista Bella Way, Compton, CA | Day | Port Driver | Sun City CA | (714) 716-3468 | (714) 716-3468 | payanmichael@yahoo.com |

Exhibit 2(a)
1033                                        2                                        000012

# VOTER LIST

## Case 21-RC-251460

| Full Employee Name (Last, First) | Work Location | Shift | Job Classification | Home Address | Home Phone # | Cell Phone # | Personal E-Mail |
|---|---|---|---|---|---|---|---|
| 21.  Pelaez, Fabian | 2035 Vista Bella Way, Compton, CA | Night | Port Driver | Carson CA ▓ | (323) 216-8367 | (323) 499-9963 | |
| 22.  Poullard, Kevin | 2035 Vista Bella Way, Compton, CA | Day | Port Driver | Beaumont CA ▓ | | (323) 973-9649 | |
| 23.  Rivas, Rene | 2035 Vista Bella Way, Compton, CA | Night | Port Driver | Los Angeles CA ▓ | | (323) 423-8672 | reneemersonrivas@yahoo.com |
| 24.  Tatge, Richard | 2035 Vista Bella Way, Compton, CA | Day | Port Driver | Yucaipa CA ▓ | | (909) 520-2981 | richtatge@yahoo.com |
| 25.  Toney, Dontae | 2035 Vista Bella Way, Compton, CA | Night | Port Driver | #43 Gardena CA ▓ | | (310) 930-8966 | |
| 26.  Torres, Jose | 2035 Vista Bella Way, Compton, CA | Night | Port Driver | Rosemead CA ▓ | (626) 572-7123 | (626) 223-6537 | jrtm1970@yahoo.com |
| 27.  Vallejo, Horacio | 2035 Vista Bella Way, Compton, CA | Day | Port Driver | Temple City CA ▓ | | (626) 200-0085 | |
| 28.  Zuniga, Saul | 2035 Vista Bella Way, Compton, CA | Day | Port Driver | Los Angeles CA ▓ | | (323) 540-7945 | zunigasaul319854@yahoo.com |

Exhibit 2(a)
1034

3

000013

FORM NLRB-760
(7-10)

UNITED STATES OF AMERICA
**NATIONAL LABOR RELATIONS BOARD**

Date Filed

Nov 8, 2019

MASON-DIXON INTERMODAL D/B/A UNIVERSAL
INTERMODAL SERVICES

Employer

and

INERNATIONAL BROTHERHOOD OF TEAMSTERS

Petitioner

| | |
|---|---|
| Case No. 21-RC-251460 | |
| Date Issued 12/04/2019 | |
| City Compton | State CA |

**Type of Election:**
(Check one:)

☒ Stipulation
☐ Board Direction
☐ Consent Agreement
☐ RD Direction
   Incumbent Union (Code)

*(If applicable check either or both:)*

☐ 8(b) (7)

☐ Mail Ballot

# TALLY OF BALLOTS

The undersigned agent of the Regional Director certifies that the results of tabulation of ballots case in the election held in the above case, and concluded on the date indicated above, were as follows:

1. Approximate number of eligible voters .................................................... 28

2. Number of Void ballots ........................................................................... 0

3. Number of Votes cast for  PETITIONER .................................................... 20

4. Number of Votes cast for

5. Number of Votes cast for

6. Number of Votes cast against participating labor organization(s) ............... 4

7. Number of Valid votes counted (sum 3, 4, 5, and 6) ................................ 24

8. Number of challenged ballots .................................................................. 3

9. Number of Valid votes counted plus challenged ballots (sum of 7 and 8) ..... 27

10. Challenges are (not) sufficient in number to affect the results of the election.

11. A majority of the valid votes counted plus challenged ballots (Item 9) has (not) been cast for  PETITIONER

For the Regional Director

The undersigned acted as authorized observers in the counting and tabulating of ballots indicated above. We hereby certify that the counting and tabulating were fairly and accurately  done, that the secrecy of the ballots was maintained, and that  the  results were as indicated above.  We also acknowledge service of this tally.

For  EMPLOYER

For  PETITIONER

For

Exhibit 2(a)
1035

**JX 2(d)**

000014

JT2D                       XX
EXHIBIT NO._____  RECEIVED _____  REJECTED _____


        21-CA-252500, et al.         MASON-DIXON INTERMODAL
CASE NO _____ CASE NAME _____


            2            6/15/21           T. RAY
NO OF PAGES _____ DATE: _____ REPORTER: _____

Exhibit 2(a)
1036

**UNITED STATES OF AMERICA**
**BEFORE THE NATIONAL LABOR RELATIONS BOARD**
**REGION 21**

**MASON-DIXON INTERMODAL D/B/A**
**UNIVERSAL INTERMODAL SERVICES**

     **Employer**

   **and**         **Case 21-RC-251460**

**INTERNATIONAL BROTHERHOOD OF**
**TEAMSTERS**

     **Petitioner**

**ORDER APPROVING WITHDRAWAL OF OBJECTION AND**
**CANCELLING POST-ELECTION HEARING**

On December 20, 2019, the undersigned issued a Decision Overruling Objection,

Ordering Directing Hearing, and Notice of Hearing on Objection in this matter, which set a post-

election hearing on Employer Objection 3 beginning at 9 a.m. on January 9, 2020.  However, on

January 8, 2020, the Employer requested in writing to withdraw its Objection 3.

   **IT IS ORDERED** that the Employer's request to withdraw the objection is approved.

   **IT IS FURTHER ORDERED** that the post-election hearing previously scheduled in this

matter is cancelled.

   Dated:  January 8, 2020

            _____
            William B. Cowen, Regional Director
            National Labor Relations Board, Region 21
            US Court House, Spring Street
            312 North Spring Street, 10th Floor
            Los Angeles, CA 90012

**JX 2(e)**

JT2E                          XX
EXHIBIT NO._____   RECEIVED _____   REJECTED _____

        21-CA-252500, et al.              MASON-DIXON INTERMODAL
CASE NO _____ CASE NAME _____

        2                 6/15/21              T. RAY
NO OF PAGES _____ DATE: _____ REPORTER: _____

Exhibit 2(a)
1038

**UNITED STATES OF AMERICA**
**BEFORE THE NATIONAL LABOR RELATIONS BOARD**
**REGION 21**

**MASON-DIXON INTERMODAL D/B/A**
**UNIVERSAL INTERMODAL SERVICES**

**Employer**

   **and**                                    **Case 21-RC-251460**

**INTERNATIONAL BROTHERHOOD OF**
**TEAMSTERS**

**Petitioner**

**TYPE OF ELECTION:** STIPULATED

**CERTIFICATION OF REPRESENTATIVE**

An election has been conducted under the Board's Rules and Regulations. The Tally of Ballots shows that a collective-bargaining representative has been selected. Timely objections were filed but were withdrawn with my approval.

As authorized by the National Labor Relations Board, it is certified that a majority of the valid ballots has been cast for

INTERNATIONAL BROTHERHOOD OF TEAMSTERS

and that it is the exclusive collective-bargaining representative of the employees in the following appropriate unit:

Included: All full-time and regular part-time port drivers employed by the Employer working or dispatched out of the Employer's facility currently located at 2035 Vista Bella Way, Compton, California.

Excluded: All other employees, dispatchers, mechanics, office clerical employees, professional employees, confidential employees, managerial employees, guards, and supervisors as defined in the Act.



January 8, 2020

_____

WILLIAM B. COWEN
Regional Director, Region 21
National Labor Relations Board

Attachment: Notice of Bargaining Obligation

**JX 2(f)**

Exhibit 2(a)
1039                                                    1                                                    000016

```
             JT2F                        XX
EXHIBIT NO._____  RECEIVED _____  REJECTED _____


       21-CA-252500, et al.          MASON-DIXON INTERMODAL
CASE NO _____ CASE NAME _____


            3                6/15/21           T. RAY
NO OF PAGES _____ DATE: _____ REPORTER: _____
```

Exhibit 2(a)
1040

## NOTICE OF BARGAINING OBLIGATION

In the recent representation election, a labor organization received a majority of the valid votes cast.  Except in unusual circumstances, unless the results of the election are subsequently set aside in a post-election proceeding, the employer's legal obligation to refrain from unilaterally changing bargaining unit employees' terms and conditions of employment begins on the date of the election.

The employer is not precluded from changing bargaining unit employees' terms and conditions during the pendency of post-election proceedings, **as long as** the employer (a) gives sufficient notice to the labor organization concerning the proposed change(s); (b) negotiates in good faith with the labor organization, upon request; and (c) good faith bargaining between the employer and the labor organization leads to agreement or overall lawful impasse.

This is so even if the employer, or some other party, files objections to the election pursuant to Section 102.69 of the Rules and Regulations of the National Labor Relations Board (the Board).  If the objections are later overruled and the labor organization is certified as the employees' collective-bargaining representative, the employer's obligation to refrain from making unilateral changes to bargaining unit employees' terms and conditions of employment begins on the date of the election, not on the date of the subsequent decision by the Board or court.  Specifically, the Board has held that, absent exceptional circumstances,[1] an employer acts at its peril in making changes in wages, hours, or other terms and conditions of employment during the period while objections are pending and the final determination about certification of the labor organization has not yet been made.

It is important that all parties be aware of the potential liabilities if the employer unilaterally alters bargaining unit employees' terms and conditions of employment during the pendency of post-election proceedings.  Thus, typically, if an employer makes post-election changes in employees' wages, hours, or other terms and conditions of employment without notice to or consultation with the labor organization that is ultimately certified as the employees' collective-bargaining representative, it violates Section 8(a)(1) and (5) of the National Labor Relations Act since such changes have the effect of undermining the labor organization's status as the statutory representative of the employees.  This is so even if the changes were motivated by sound business considerations and not for the purpose of undermining the labor organization.  As a remedy, the employer could be required to: 1) restore the status quo ante; 2) bargain, upon request, with the labor organization with respect to these changes; and 3) compensate employees, with interest, for monetary losses resulting from the unilateral implementation of these changes, until the employer bargains in good faith with the labor organization, upon request, or bargains to overall lawful impasse.

---

[1] Exceptions may include the presence of a longstanding past practice, discrete event, or exigent economic circumstance requiring an immediate response.

Exhibit 2(a)                                        2                                                000017
1041

**UNIVERSAL INTERMODAL SERVICES, INC.**

## AGREEMENT TO WAIVE PARTICIPATION IN CLASS AND COLLECTIVE ACTIONS

In exchange for Universal Intermodal Services, Inc. ("Company") agreeing to hire you, you agree to bring any claim you may have against the Company on an individual basis only and not on behalf of or with any other present or former employee, and you expressly agree to waive any right you may have to bring or participate in any class or collective action, private attorney general action, group action, or to join with any other current or former employee in bringing a lawsuit or asserting claims against the Company or its current, future, and former parents, subsidiaries, affiliates, shareholders, members, directors, officers, employees, insurers, benefit plans, agents, and the predecessors, successors, and assigns of each of them. This waiver applies both during the time you are employed by the Company and after your employment ends. Signing this waiver does not change the at-will nature of your employment with the Company. By signing below, you acknowledge that this waiver is a condition of your employment with the Company.

You may choose to opt out of this condition of employment within your first 60 days of employment by delivering written notice of your decision to the Company via US mail, Attn: Qualifications and Onboarding 12341 East Nine Mile Road Warren, MI 48089 or by emailing fileupdate@goutsi.com. If you violate this agreement and/or the Company is required to enforce this waiver in court or in any other forum, you agree to pay the Company's reasonable attorneys' fees and costs associated with doing so. If any term of this waiver is unenforceable in any jurisdiction, such unenforceability shall not affect any other term of this waiver or render unenforceable such term in any other jurisdiction.

The foregoing has been read and agreed to:

Signature: _____

Employee's Printed Name: Daniel Johnson

Date: 05/14/19

Exhibit 2(a)
1042

**JX 3**

JT3                              XX
EXHIBIT NO._____   RECEIVED _____  REJECTED _____

      21-CA-252500, et al.          MASON-DIXON INTERMODAL
CASE NO _____ CASE NAME _____

          2              6/15/21          T. RAY
NO OF PAGES _____ DATE: _____ REPORTER: _____

Exhibit 2(a)
1043

# APPLICATION FOR EMPLOYMENT

# Universal Intermodal Services, Inc.

| LAST NAME | FIRST NAME | MIDDLE | DATE | POSITION |
|-----------|------------|--------|------|----------|
| Ledesma | Jonathan | R | 7/14/16 | |

Recruiter  Javier Velasco
Phone  586-582-2457
Email  jvelasco@universalintermodal.com

Exhibit 2(a)
1044

1

000019

**JX 4(a)**

```
              JT4A                     XX
EXHIBIT NO._____  RECEIVED _____ REJECTED _____


     21-CA-252500, et al.          MASON-DIXON INTERMODAL
CASE NO _____ CASE NAME _____


           48            6/15/21          T. RAY
NO OF PAGES _____ DATE: _____ REPORTER: _____
```

Exhibit 2(a)
1045

Recruiter-
Javier Velasco

**UNIVERSAL INTERMODAL SERVICES, INC.**
12755 E. Nine Mile Warren, MI 48089
Driver Application

TO BE READ AND SIGNED PRIOR TO COMPLETING THE APPLICATION

PLEASE READ CAREFULLY: This company is an equal opportunity employer and seeks to employ and promote the most qualified personnel and to do this in such a manner that will not discriminate against any individual because of: race, color, gender, religion, age, veteran status, disability, or any other category protected by federal, state, and local laws. This commitment applies to all aspects of the employment relationship including hiring, promotion, training, compensation, discipline, discharge and any term or condition of employment. Those applicants requiring accommodation for the application and/or interview process should notify a representative of this company for assistance. This application is valid for consideration of employment for six months only.

Please complete this application and all fields completely with the understanding that any incorrect or false statement or misinformation furnished, intended or otherwise, will subject the applicant to discharge at any time.

"I understand that information I provide regarding current and/or previous employers may be used, and those employer(s) will be contacted, for the purpose of investigating my safety performance history as required by 49 CFR 391.23 (d) & (e). I understand that I have the right to:

◆ Review information provided by current / previous employers;

◆ Have errors in the information corrected by previous employers and for those previous employers to re-send the corrected information to the prospective employer; and

◆ Have a rebuttal statement attached to the alleged erroneous information, if the previous employer(s) and I cannot agree on the accuracy of the information."

Signature: _Jonathan Ledesma_     Date: _7/16/18_

*Do not leave any questions blank. If "none" or "not applicable" indicate as such.*

## PERSONAL DATA

NAME: _Ledesma_ (Last)   _Jonathan_ (First)   _Ramirez_ (Middle)   Date of Birth: _█████ 984_

Social Security Number: _████████_

Have you worked or attended school under any other name: ☐ YES ☒ NO     If yes, list name(s) _____

Home Phone: _(323) 585-0315_     Cell Phone: _(323) 835-3170_

Email Address: _johntanga@mail.com_

PRESENT ADDRESS: _████████_ Street   _Los Angeles_ City   _CA_ State   _███_ Zip   How Long? _33 years_

*Within last 10 years:*

Previous Address: _____ Street _____ City _____ State _____ Zip     How Long? _____

Previous Address: _____ Street _____ City _____ State _____ Zip     How Long? _____

Have you ever applied for a job with us before?   ☐ YES ☒ NO     "If Yes"   When _____   Where _____

How were you referred? _____

List any friends working for us: _____   Relatives: _____

Emergency Contact Name: _Aracely Ledesma_

Cell Phone Number: _(323) 559-1948_     Home Phone Number: _____

## EDUCATION

| INSTITUTION | NAME AND ADDRESS | # OF YEARS COMPLETED |
|---|---|---|
| Secondary School | | |
| University | | |
| Other Training | | |

Exhibit 2(a)
1046

2

000020

Have you taken any truck driving courses? (If yes, when and where): _yes, Feb. 2016_

_Premier Truck Driving School  Fontana, CA_

Do you hold any safe driving awards and from whom? _____

## CHARACTER REFERENCES

References should be other than relatives and employees of this company. If you have been self-employed at any time in the preceding five years, list person(s) who can verify this self-employment.

1. Name _Francisco Frias_   Occupation _Driver_   Place Employed _UPS_

   Address ███████   City _Pomona_   State _CA_   Phone _(213)864-9337_

2. Name _Emma Coffman_   Occupation _Warehouse_   Place Employed _Amazon_

   Address ███████   City _Phoenix_   State _AZ_   Phone _(323) 347-0037_

## DRUG AND ALCOHOL TESTING

| | | |
|---|---|---|
| Did a DOT alcohol test, conducted within the past two years, confirm a BAC (breath alcohol concentration) of 0.04 or greater? | ☐ YES | ☒ NO |
| Did a DOT Controlled Substance (drug) test within the past 2 years result in a confirmed "Positive" result? | ☐ YES | ☒ NO |
| Did the Applicant refuse to be tested as required by the DOT regulations? | ☐ YES | ☒ NO |

If **YES** to any of the above, complete the following section:

Date of Positive test or refusal: _____   Type of test   ☐ Alcohol   ☐ Controlled Substance   ☐ Both

Did you return to duty with your organization following evaluation by a Substance Abuse Professional (SAP)?   ☐ YES   ☐ NO

SAP's Name _____   SAP's Phone _____

**Was follow up testing required and performed?**   ☐ YES   ☐ NO

## LICENSE INFORMATION

Section 383.21 FMCSR states "No person who operates a commercial vehicle shall at any time have more than one driver's license". I verify that I do not have more than one motor vehicle license, the information for which is listed below.

License Number ███████   State _CA_

Endorsements _Tank_   Expiration Date _7/31/2020_

| | | |
|---|---|---|
| Have you ever been denied a license, permit, or privilege to operate a motor vehicle? | ☐ YES | ☒ NO |
| If Yes, give details _____ | | |
| Has any license, permit or privilege ever been suspended or revoked? | ☐ YES | ☒ NO |
| If yes, give details _____ | | |
| Have you ever been convicted of reckless/unsafe driving or DUI/DWI? | ☐ YES | ☒ NO |
| If yes, give details. _____ | | |

## MILITARY EXPERIENCE

Have you served in the U.S Military:   ☐ YES   ☒ NO   Dates of Service: _____

Which Branch: _____   Detail experience gained: _____

## ACCIDENT INFORMATION

List any motor vehicle accidents you have had within the preceding **FIVE** years regardless of whether you were issued a ticket.
*(For both commercial and personal vehicles)*     *(IF NO ACCIDENTS LIST "NONE")*

| DATE | CITY | STATE | NUMBER OF FATALITIES | NUMBER OF INJURIES | WERE YOU DRIVING A TRUCK? | DID YOUR COMPANY HOLD YOU RESPONSIBLE? | DESCRIBE THE ACCIDENT |
|------|------|-------|------|------|------|------|------|
| | | | | | | | None |
| | | | | | | | |
| | | | | | | | |

## TRAFFIC CONVICTIONS & FORFEITURES

List any violations of motor vehicle laws or ordinances of which you were convicted or forfeited bond or collateral within the preceding **FIVE** years.  *(For both commercial and personal vehicles)*     *(IF NO CONVICTIONS OR FORFEITURES YOU MUST LIST "NONE")*

| DATE | CITY | STATE | MOVING VIOLATION DESCRIPTION | POINTS | PENALTY |
|------|------|-------|------|------|------|
| | | | None | | |
| | | | | | |
| | | | | | |

Have you ever been discharged from an employer or contract services?     ☐ YES    ☒ NO    If yes, when and why: _____

## DRIVING EXPERIENCE

Please complete the following driving experience you have had in the preceding 10 years:

| CLASS OF EQUIPMENT | TYPE OF EQUIPMENT (CIRCLE ALL THAT APPLY) | OVER THE ROAD (CIRCLE ONE) | TYPE OF MATERIALS HAULED | NUMBER OF YEARS & MONTHS | APPROX MILES |
|------|------|------|------|------|------|
| STRAIGHT TRUCK | VAN / REEFER / TANK / FLAT / OD | YES OR NO | meat & misc. | 2y 5m | |
| TRACTOR & SEMI-TRAILER | VAN / REEFER / TANK / FLAT / OD | YES OR NO | meat & misc. | 2y 5m | |
| TRACTOR – TWO TRAILERS | VAN / REEFER / TANK / FLAT / OD | YES OR NO | | | |
| TRACTOR – THREE TRAILERS | VAN / REEFER / TANK / FLAT / OD | YES OR NO | | | |
| OTHER: _____ | VAN / REEFER / TANK / FLAT / OD | YES OR NO | | | |

## WORK HISTORY: Give a *COMPLETE* and consecutive history of your employment for the last 10 years, starting with the present or most recent employer. Please account for all months. REMEMBER- AN INCOMPLETE DATA SHEET WILL PREVENT PROCESSING

**MOST RECENT EMPLOYER:**

Company Scott's Diversified C.   Phone (480) 907-8838   Contact Katy

City & State Gilbert, Arizona   Dates Feb. 2018   To July 2018

Position Driver & Labor   Reason for leaving to search for better opportunities

Tractor Trailer? ☒Yes ☐ No   Type of Trailer Flat / Belly Dump   OTR or Local? Local

Were you subject to FMCSRs while employed? ☐ Yes  ☐ No
Was your job designated as a safety –sensitive function in any DOT-regulated mode subject to the drug and alcohol testing requirements of
49 CFR Part 40?  ☐ Yes        No
ACCOUNT FOR ANY PERIOD BETWEEN JOBS- Include dates (month & year) and reason _____

Company Rancho Foods   Phone (323) 585-0503   Contact Omar

City & State Vernon California   Dates April 2016   To Feb 2018

Position Driver   Reason for leaving to search for better opportunities

Tractor Trailer? ☒Yes ☐ No   Type of Trailer reefer   OTR or Local? Both
Were you subject to FMCSRs while employed? ☒ Yes ☐ No
Was your job designated as a safety –sensitive function in any DOT-regulated mode subject to the drug and alcohol testing requirements of
49 CFR Part 40?  ☒ Yes        ☐ No
ACCOUNT FOR ANY PERIOD BETWEEN JOBS- Include dates (month & year) and reason _____

Exhibit 2(a)
1048

4

000022

Company _Unemployed_____ Phone (___)_____ Contact_____

City & State_____ Dates_____ To_____

Position_____ Reason for leaving _going to school_____

**Tractor Trailer?** ☐ Yes ☐ No    Type of Trailer_____ OTR or Local?_____

Were you subject to FMCSRs while employed? ☐ Yes ☐ No
Was your job designated as a safety –sensitive function in any DOT-regulated mode subject to the drug and alcohol testing requirements of
49 CFR Part 40?   ☐ Yes        ☐ No
**ACCOUNT FOR ANY PERIOD BETWEEN JOBS- Include dates (month & year) and reason** _____

---

Company _____ Phone (___)_____ Contact_____

City & State_____ Dates_____ To_____

Position_____ Reason for leaving _____

**Tractor Trailer?** ☐ Yes ☐ No    Type of Trailer_____ OTR or Local?_____

Were you subject to FMCSRs while employed? ☐ Yes ☐ No
Was your job designated as a safety –sensitive function in any DOT-regulated mode subject to the drug and alcohol testing requirements of
49 CFR Part 40?   ☐ Yes        ☐ No
**ACCOUNT FOR ANY PERIOD BETWEEN JOBS- Include dates (month & year) and reason** _____

---

Company _____ Phone (___)_____ Contact_____

City & State_____ Dates_____ To_____

Position_____ Reason for leaving _____

**Tractor Trailer?** ☐ Yes ☐ No    Type of Trailer_____ OTR or Local?_____

Were you subject to FMCSRs while employed? ☐ Yes ☐ No
Was your job designated as a safety –sensitive function in any DOT-regulated mode subject to the drug and alcohol testing requirements of
49 CFR Part 40?   ☐ Yes        ☐ No
**ACCOUNT FOR ANY PERIOD BETWEEN JOBS- Include dates (month & year) and reason** _____

---

Company _____ Phone (___)_____ Contact_____

City & State_____ Dates_____ To_____

Position_____ Reason for leaving _____

**Tractor Trailer?** ☐ Yes ☐ No    Type of Trailer_____ OTR or Local?_____

Were you subject to FMCSRs while employed? ☐ Yes ☐ No
Was your job designated as a safety –sensitive function in any DOT-regulated mode subject to the drug and alcohol testing requirements of
49 CFR Part 40?   ☐ Yes        ☐ No
**ACCOUNT FOR ANY PERIOD BETWEEN JOBS- Include dates (month & year) and reason** _____

---

Company _____ Phone (___)_____ Contact_____

City & State_____ Dates_____ To_____

Position_____ Reason for leaving _____

**Tractor Trailer?** ☐ Yes ☐ No    Type of Trailer_____ OTR or Local?_____

Were you subject to FMCSRs while employed? ☐ Yes ☐ No
Was your job designated as a safety –sensitive function in any DOT-regulated mode subject to the drug and alcohol testing requirements of
49 CFR Part 40?   ☐ Yes        ☐ No
**ACCOUNT FOR ANY PERIOD BETWEEN JOBS- Include dates (month & year) and reason** _____

Exhibit 2(a)                            5                            000023
1049

12755 E. Nine Mile
WARREN, MI  48089

AUTHORIZATION FOR CRIMINAL BACKGROUND INVESTIGATION

**(PLEASE PRINT CLEARLY)**

Have you ever been convicted of a crime or do you have any criminal charges pending against you?  ☐Yes  ☒No

If "Yes", must provide specific information (dates/detail) of the circumstances of all incidents: _____

_____

_____

*(Only answer "Yes" if the crime indicated has not been sealed, expunged, dismissed, or annulled by a court)*
*(Answering "Yes" to this question will not necessarily disqualify an applicant from employment)*

**Please make sure your full name is entered exactly as it appears on your government-issued identification.**

First Name: Jonathan

Middle Name: Ramirez

Last Name: Ledesma

Current Home Street Address: 7▮▮▮▮▮

City: Los Angeles      State: California      Zip: ▮▮▮▮▮

Phone: (323) 835-3170

I certify that all information above has been answered truthfully, accurately and completely to the best of my knowledge. Furthermore, I understand that any incorrect or false statement or misinformation furnished by me, intended or otherwise, may subject me to discharge at any time.

_Jonathan Ledesma_
**Applicant Signature**          Date  7/16/18

*For California, Minnesota, or Oklahoma applicants Only:*

☒ I request a copy of my consumer report be sent to the home address listed above.

## Meal and Rest Break Policy
### California

The Company complies with applicable federal and state meal and rest break laws. Operative and hourly employees are provided with meal and rest breaks, the number of which is determined by how many hours an employee works during a shift.

**Meal Break**

A meal break is a 30 minute period when an employee is relieved of all work duties and responsibilities. Employees are free to leave the premises for their meal break or employees may take their meal breaks at their work station but should not perform any work tasks during the meal break. Because a meal break is unpaid, employees must clock out for the duration of their meal break and clock back in when working resumes.

Employees are required to take a meal break before the end of their fifth hour on duty. A second meal break is provided before the end of the tenth hour of work when an employee works more than 10 hours in a shift. The second meal break may be waived through written mutual employer/employee consent provided the first meal period was not waived and the employee will not work more than 12 hours during that shift.

**Rest Break**

A rest break is a net 10-minute period of paid time when the employee is relieved of all work duties and responsibilities. A rest break is taken for every four hours worked or major fraction thereof. An example of breaks required to be taken is as follows:

| Shift Length | Required Rest Break Periods |
|---|---|
| 3.5 - 6 hours | 1st 10-minute break |
| 6 - 10 hours | 2nd 10-minute break |
| 10 - 14 hours | 3rd 10-minute break |

- Employees must remain on Company premises (drivers should stay with their vehicle) during rest breaks
- Employees must schedule rest breaks at their discretion consistent with the above parameters
- Employees should take rest breaks so far as is practicable in the middle of each four hour work period or major fraction thereof
- Rest breaks cannot be combined together
- Rest breaks cannot be added on to meal breaks
- Rest breaks cannot be taken at the very beginning or very end of a shift

Unless notified by the employee, the Company considers all meal and rest breaks to have been provided to the employee in compliance with this policy. If you have questions about this policy or believe that you have not been provided a meal or rest break that complies with this policy, please contact your immediate supervisor, human resources, or you can call the H.R. Hotline at (866) 691-5307.

## Meal Breaks – 2nd Unpaid Meal Breaks Waiver

Waiving 2nd Unpaid Meal Breaks

- My position and duties may require me to work shifts which are more than 10 hours long.
- Employees are relieved of all duties during 30 minute Meal Breaks and such breaks are UNPAID.
- I may waive my 2nd Unpaid Meal Break only under the following conditions:
    - o   When my shift is between 10 and 12 hours long.
    - o   If I did NOT waive the 1st Unpaid Meal Break for that particular shift.

- In order for this waiver to be valid, an authorized Company official must authorize this waiver by marking this it as "Approved" and signing in the space provided.

Revoking the 2nd Unpaid Meal Break Waiver

- I may revoke my 2nd Unpaid Meal Break Waiver as needed, provided that…
    - o   The revocation is in writing;
    - o   Written revocation includes the specific date or dates for the 2nd Unpaid Meal Break; and
    - o   The written revocation is received, and signed by an authorized Company representative BEFORE actually taking the 2nd Unpaid Meal Break(s).

I, the undersigned employee, acknowledge receiving a copy of the Meal and Break Policy and hereby voluntarily agree to waive my 2nd Unpaid Meal Breaks as described in this 2nd Unpaid Meal Breaks Waiver.

_____                              7/24/18
Employee Signature                                                           Date

_____
Employee Name (*Please Print*)

*Meal & Rest Breaks Policy & Waiver (HR) REV: 11.2016*

Exhibit 2(a)                                          8                                          000026
1052

**To:**   State of California Employees
**RE:**   California Paid Sick Leave Policy

In compliance with California Labor Code AB1522, an employee working in the State of California is entitled to Paid Sick Leave ("PSL"). Effective January 1st, employees PSL balance will be reset to 3 days (24 hours). PSL may be used for the diagnosis, care, preventative care, or treatment of a health condition for the employee or the employee's family members (see below for definition of "family member"). PSL can also be used for employees who are victims of domestic violence, sexual assault, or stalking. The guidelines for usage of PSL are set forth below.

PAID SICK LEAVE Usage:

- Newly hired employees working in the State of California will be granted 3 days (24 hours) of PSL upon hire but are prohibited from utilizing PSL until their 90th day of employment.
- Existing employees working in the State of California (if employed 90 days or more) are awarded 24 hours of PSL on January 1 of each calendar year, which does not carry over from year to year.
- PSL may be used for the diagnosis, care, preventative care, or treatment of a health condition for the employee or the employee's family members, including a biological, adoptive, foster, or stepchild, a legal ward, or a child to whom the employee stands in loco parentis; a biological, adoptive, foster, or stepparent; the legal guardian of an employee or the employee's spouse or registered domestic partner; or a person who stood in loco parentis when the employee was a minor child; an employee's spouse or registered domestic partner; an employee's grandparent; an employee's grandchild; or an employee's sibling.
- PSL may also be used for employees who are victims of domestic violence, sexual assault, or stalking.
- When used, PSL will be paid at the employee's regular rate of pay at the time it is utilized. Employees who have more than one rate of pay in the 90-day period preceding the use of PSL (e.g. base rate and overtime), PSL will be paid at the average hourly rate during the preceding 90-day period (i.e., total wages paid divided by the total hours worked during the 90-day period).
- PSL may be taken in increments of no less than 2 hours.
- When absent full days, PSL will be paid based on the number of hours of PSL an employee requests to use, so long as the amount requested does not exceed the most hours worked by employee in a given day during the previous 90 days. If employee does not request to use a specific number of hours of PSL for a full-day absence, then the amount of PSL to be used for a full-day absence will be calculated based on the number of hours that an employee typically works per day. If the number of hours that an employee works per day varies, a full day of PSL will be based on the average number of hours per day that the employee worked during the previous 90 days.
- If the need for PSL is foreseeable, an employee must provide reasonable advance notice, which we request to be no less than two hours before your scheduled shift. If the need for PSL is not foreseeable, such as in the event of an emergency, an employee must provide notice as soon as practicable under the circumstances.
- PSL days that remain unused at the end of the calendar year will be paid out to the employee. Employees must be employed for at least 90 days to be eligible for unused PSL payout.
- If an employee resigns or is terminated, they will be paid for all unused PSL. Employees must be employed for at least 90 days to be eligible for unused PSL payout.
- Should an employee qualify for and utilize Family Medical Leave under FMLA or CFRA (approved through HR-1), available PSL will be applied by default during that time. All employees requesting medical leave must contact HR-1 (x2358).

I hereby acknowledge receipt of the California Paid Sick Leave Policy, which I have read and understand.

_____     7/24/18
Employee Signature                         Date

_Jonathan Ledesma_
Employee Name (Please Print)

**Please return this signed Policy to HR-1, Your Service Provider, <u>Attention: CA PSL</u>.**

## LIFE INSURANCE BENEFICIARY ASSIGNMENT

Life insurance coverage is provided by your employer at no cost to you. This applies whether or not you elect medical or dental coverage. Please complete and return this form at your earliest convenience. If not returned, we will accept this as you declining this coverage.

Jonathan  R. Ledesma _____ ████████ _____ Universal Intermodal
Print name of Insured                    Social Security Number        Company Name

Beneficiary Designation* (Example: Mary A. Doe, not Mrs. J. Doe)

Aracely _____ Ledesma _____ Wife
First Name          Middle Initial          Last Name          Relationship

Address of Beneficiary if different than Insured's _____

7/24/18 _____ ████ 84 _____ _____
Date Signed          Insured Date of Birth          Signature of Insured

## *Instructions for Beneficiary Assignment

| | |
|---|---|
| **To designate one person** | Insert the name and relationship in the spaces provided. If your beneficiary is not related to you, show relationship as "Friend." |
| **"Estate"** | If you wish to name your estate, insert "Estate" on that line. |
| **Member of religious order** | To show a member of religious order do the following: Mary I. Jones, niece, known in religious life as Sister Mary Agnes |
| **More than one beneficiary** | See the following examples: |
| **Two** | John J. Jones, father and Mary R. Jones, mother |
| **Three or more** | James O. Jones, brother; Peter I. Jones, brother; and Martha N. Jones, sister |
| **Unnamed children** | My children, living at my death, from my marriage to Lois P. Jones |
| **One contingent beneficiary** | Lois P. Jones, wife, if living; otherwise Herbert I. Jones, son |
| **More than one contingent** | Lois P. Jones, wife, if living; otherwise Herbert I. Jones, son, Alice B. Jones, daughter, and Ann Y. Jones, daughter |
| **Unnamed children as contingent beneficiaries** | Lois P. Jones, wife if living; otherwise my children living at my death from my marriage to said wife |

It is inadvisable to name a beneficiary who is a permanent resident of a foreign country. If such a person is named, furnish full address.

If none of the above is suitable, explain in the blank space what is desired, or attach a note. If you name more than one beneficiary, settlement will be made in equal shares to the designated beneficiary(ies) that survive you, unless otherwise provided in the designation. If no named beneficiary survives you, settlement will be made to your estate, unless otherwise provided in the Group Policy.

**DO NOT SUBMIT FORM THAT HAS BEEN ALTERED WITH CORRECTION FLUID OR CROSS OUT, REQUEST NEW FORM. MAKE A COPY OF COMPLETED FORM TO RETAIN IN YOUR RECORDS FOR REVIEW AND INFORMATION. NOTIFY INSURED'S HUMAN RESOURCES DEPARTMENT FOR QUESTIONS OR IF NEW FORM IS NEEDED FOR UPDATE.**

RETURN COMPLETED FORMS TO HUMAN RESOURCES-ATTN: KRISTEN ULFIG, 12225 STEPHENS, WARREN, MI 48089

Exhibit 2(a)                    10                    000028
1054

2018 LSHV Enrollment/Change Form

| Clear | Save | Print | Email |

# Cherokee Insurance Company
## 2018 Enrollment/Change Application
Page 1 of 2

  Blue Cross Blue Shield

DENTEMAX

---

### Employee Information

*To be filled out by applicant: Please complete this form in its entirety, incomplete forms will be returned. Social Security Number is required for the applicant, spouse and dependent.*

| Last Name: | Legal First Name: | Middle Initial: | | DOB: | Male ☒ |
|---|---|---|---|---|---|
| Ledesma | Jonathan | Ramirez | | ▆▆/84 | Female ☐ |

| Address: | Apt: | City: | State: | Zip: | Social Security Number: |
|---|---|---|---|---|---|
| ▆▆ | ▆ | St. Los Angeles, CA | | ▆▆ | ▆▆▆ |

---

### Enrollment/Change Reason

Your employer sponsors medical and dental insurance to participating Full Time employees. An employee is only able to enroll in or change employer sponsored insurance during the first 90 days of full time employment (effective on 91st day), the open enrollment period (effective Jan 1st), or within 30 days of a qualifying event ( loss of spousal or parental coverage, new dependents through birth/adoption/marriage). You may also use this form to terminate your coverage at any time.

#### 1. Enrollment/Change Reason

- ☐ New Hire
- ☒ Voluntarily waive participation in the employee health insurance plan
- ☐ Change in employment status
- ☐ Drop Coverage; Indicate the coverage you want to drop ☐ Medical ☐ Dental
- ☐ Drop Spouse and/or Dependent
- ☐ Rehire/Transfer   Date:_____
- ☐ Qualifying life event; check the box in Section 2. Indicate name of person who incurred the event:_____

#### 2. Qualifying life event (supporting documentation is required)*

- ☐ Marriage
- ☐ Divorce/Legal Separation
- ☐ Birth, Adoption, Guardianship
- ☐ Death of a Dependent

---

### Benefit Plan Elections

| Medical (BCBS PPO) | | Dental (Dentemax) | |
|---|---|---|---|
| **Plan** | **Coverage Level** | **Plan** | **Coverage Level** |
| ☐ Low Plan | ☐ Single | ☐ Enroll | ☐ Single |
| ☐ Standard Plan | ☐ Double | ☒ Waive Dental Coverage | ☐ Double |
| ☐ High Plan | ☐ Family | | ☐ Family |
| ☐ Value HDHP Plan | | | |
| ☒ Waive Medical Coverage | | | |

---

### Other Insurance Info

| Does anyone being enrolled have other health care coverage? If yes, complete the following: | Have you or any of your dependents previously been a Cherokee Insurance member? ☐ Yes ☐ No | Are you to provide medical coverage for a child(ren) listed on this application according to a qualified medical child support order (QMSCO)? ☐ Yes ☐ No If yes, please attach document. |
|---|---|---|
| ☐Self ☐ Spouse ☐ Dependent | Name _____ | |
| Type of coverage ☐BCBS ☐ Other _____ | Former Number_____ | Does a qualified medical child support order (QMSCO) exist for and dependent child(ren) listed on this application? ☐ Yes ☐ No |
| Medicare Number _____ | Name/#_____ | |
| Effective Date for Part A _____ | Name/#_____ | If yes, please attach document. |
| Effective Date for Part B _____ | Name/#_____ | |

---

Exhibit 2(a)
1055                              11                              000029

2018 LSHV Enrollment/Change Form

# Cherokee Insurance Company
## 2018 Enrollment/Change Application
Page 2 of 2

  Blue Cross Blue Shield

DENTEMAX



| Employee Last Name | First Name | MI | Social Security Number |
|---|---|---|---|
| Ledesma | Jonathan | R | ▓▓▓▓▓▓▓ |

### Dependent Information

**Important:** List family members you are covering. Legal first name, middle initial and last name.

If last name is different from yours, include a copy of **Marriage Certificate (Spouse)** or **Birth Certificate (Child)**, failure to provide the proper documents will result in their enrollment being rejected. You must complete the following section for everyone you are enrolling. Incomplete forms will be returned.

| Action | Name (First, MI, Last) | Relationship* | Date of Birth | Social Security Number | Sex | Coverage |
|---|---|---|---|---|---|---|
| ☐ Add ☐ Drop | | | | | ☐ Male ☐ Female | ☐ Medical ☐ Dental |
| ☐ Add ☐ Drop | | | | | ☐ Male ☐ Female | ☐ Medical ☐ Dental |
| ☐ Add ☐ Drop | | | | | ☐ Male ☐ Female | ☐ Medical ☐ Dental |
| ☐ Add ☐ Drop | | | | | ☐ Male ☐ Female | ☐ Medical ☐ Dental |
| ☐ Add ☐ Drop | | | | | ☐ Male ☐ Female | ☐ Medical ☐ Dental |
| ☐ Add ☐ Drop | | | | | ☐ Male ☐ Female | ☐ Medical ☐ Dental |

*Relationship Codes: 0: Subscriber   1: Spouse   2: Son (Dependent)   3: Daughter (Dependent)   4: Step Son (Dependent)   5: Step Daughter (Dependent)

☐ **PARTICIPATION:** I hereby request the coverage indicated on this form, and authorize my employer to deduct the contributions upon the applicable date. All of the information I have given in this application is true and complete. I know that if I give any false or misleading information on purpose my enrollment may be rejected or my enrollment may be terminated back to the date of the application. I know that if I leave out important information on this form my enrollment may be rejected or my enrollment may be terminated back to the date of the application. I know that I must also give true and complete information for my dependents (such as children, spouse or partner) or their enrollment may be rejected or terminated back to the date of the application.

☑ **NON-PARTICIPATION:** I am voluntarily waiving participation in the employee benefit plan. I understand that this agreement is irrevocable through December 31 unless I experience a qualified life or family change (marriage, divorce, death of a spouse or change in my spouse's employment) and I must elect this coverage within 30 days of the family status change.

| _Signature of Employee_ | _7/24/18_ Date |
|---|---|

### SEND THIS FORM TO HR-1 BENEFIT ELECTIONS

Please submit this form with you required documentation to HR-1 Benefit Elections by one of the three methods listed to the right.

| Fax: | (586) 819-0035 |
| Mail: | 12225 Stephens Rd Ste 100, Warren, MI 48089 |
| Email: | HRBenefitElections@hr-1.net |

**CHEROKEE USE ONLY**

| EMP ID: | HIRE DATE: | EFF DATE: | DIV: |
|---|---|---|---|
| | | | |

Exhibit 2(a)
1056                                    12                                    000030



**Universal**

Universal Intermodal

## ACCIDENT AND INCIDENT REPORTING

REV 5 15 18

All accidents and incidents must be reported immediately to operations and local offices. Universal Intermodal Services, Inc. (the "Company") provides accident cards which provide a 24 hour/7 day a week accident and incident reporting phone number to be used if after hours and local offices cannot be contacted. The accident and incident reporting phone number is (800) 854-3636 x1244. Call the report number until you are in contact and speak with a person directly.

An accident is defined by an undesirable or unfortunate happening that occurs unintentionally and usually results in harm, injury, or loss; casualty; and/or mishap.

Do not leave the scene of an accident or incident before reporting it. If there is an injury subsequent of the accident or incident, do not continue work before the accident or incident is reported and the injury field is completed on the handwritten accident report.

For Contractors: Failure to report an accident or incident will cause immediate cancellation of contract with full separation from the Company.

For Employees: an employee who fails to report an accident or incident will be subject to corrective counseling up to and including termination.

If involved in an incident, immediately ask these 3 questions to determine severity of accident which are governed by federal regulations:

1. Were there any injuries/fatalities requiring transportation away from the scene?
2. Was there any disabling damage to any vehicles requiring a tow?
3. Were any citations issued to you?

If any of the answers to the above questions are yes, then you may be required or asked to do post accident drug and alcohol testing. If testing is needed then by law you must proceed directly for testing after being released from the scene. With regulated time constraints it's very important the Company is involved in this process.

There are steps that should be taken at the scene to ensure all needed information is collected:

1. Take pictures of the scene: each vehicle, road, area view, signs, tire marks, etc.
2. Gather the other driver and passenger's information including licenses, vehicle, plates and insurance.
3. Gather any witness's and get contact information.
4. Write down responding emergency officials: i.e. Police, Patrol, Sherriff, etc.

Additional forms will be required as soon as you are able to fill them out. No matter what the event may be, a written accident report must be filled out completely and accurately. The report must be written and signed by you only. This is your statement which will be used through the whole investigation and processing of the incident.

We cannot impress upon you how important it is to report every incident no matter how small or insignificant you or someone feels it is. We cannot protect you or the Company without being fully informed.

7/24/18

Page 1 of 3

This document is only valid when issued directly by an authorized representative of Universal Logistics Holdings, Inc. (the "Company") This document is comprised of confidential information proprietary to the Company. Unauthorized copies or distribution is strictly prohibited.

Owner: Intermodal Safety Director          Approver: VP of Safety          Controller: SASAS

Exhibit 2(a)                    13                    000031
1057

## Communication Devices Agreement

CARRIER has provided certain Devices or Equipment ("Devices") to the undersigned party ("DRIVER") under one or more of the following circumstances:

- Devices provided to DRIVER for use in DRIVER's vehicle;
- Devices installed in CARRIER's vehicles operating in interstate commerce as mandated by FMCSA
- Devices for use as required to meet business requirements.

This Agreement is in place to protect CARRIER's interest rights in certain devices as well as to establish notice of Consent to Conduct Business Using Electronic Methods for information received from said devices.

DRIVER shall be responsible for the timely return of each such device or to ensure each such device and/or equipment is accounted for in its original conditions upon entering/leaving any CARRIER's vehicle.

If the device is lost, damaged, not returned timely, or requires replacement; and proper investigation shows DRIVER as the last known responsible party, DRIVER agrees to reimburse CARRIER the entire cost incurred by CARRIER in repairing or replacing the device and/or components, together with all collection costs, including attorneys' fees (if applicable). Full cost for non-return or damaged device not in original condition will be the amount of $518 to be deducted from DRIVER'S next paycheck subject to state requirements.

TYPE OF DEVICE

Handheld Tablet $250   Protective Case $18   Connector Cable $50
Mounting Device $60   Electronic Logging Device $140

DRIVER to have HOS profile: Name Jonathon Ledesma
Domiciled Location: Rancho Dominguez, CA Location Number: 9004
                    City/State

## Consent to Conduct Business Using Electronic Methods

Pursuant to Regulatory Guidance Concerning Electronic Signatures and Documents, 74 Fed. Reg. 411 (Jan. 4, 2011), issued by the Federal Motor Carrier Safety Administration ("FMCSA"), CARRIER and DRIVER hereby consent and agree to conduct business using the following electronic method(s): email, fax and other electronic means. This consent encompasses the use of electronic methods to transmit and effect the signature of any document, including, without limitation, any supplement, modification, amendment, notice, consent and/or waiver, required by the Agreement or required by FMCSA regulations to be generated and maintained (or exchanged by private parties), including, without limitation, applications, driver histories and other qualification records, leases formed under 49 C.F.R. Part 376, driver-vehicle inspection reports, and records of duty status. DRIVER agrees that the above electronic method, which CARRIER has adopted to effect electronic signatures: (1) identifies and authenticates DRIVER as the source of the electronic communication; (2) indicates DRIVER's approval of the information contained in the electronic communication; and (3) produces an electronic document with the same integrity, accuracy, and accessibility as a paper document or handwritten signature. The PARTIES may elect, with respect to any document, to use a manual/hardcopy signature, provided that such election shall not preclude the other PARTY from applying an electronic signature to the same document.

DRIVER acknowledges that it  has been issued or has responsibility for a  vehicle equipped with the Devices  noted above.  Should DRIVER separate from CARRIER, for any reason, this equipment must be returned or examined  by appropriate company representative and deemed in original condition.  DRIVER has read and understands the information above and agrees with the terms presented by CARRIER.

| CARRIER | DRIVER |
|---|---|
| By: _____ | By: _Jonathan Ledesma_ |
| Printed: _____ | Printed: _Jonathan Ledesma_ |
| Dated: _____ | Dated: _7/24/18_ |

Exhibit 2(a)                                14                                000032
1058

CODE OF BUSINESS CONDUCT AND ETHICS

OF

UNIVERSAL LOGISTICS HOLDINGS, INC.

I.    **OVERVIEW**

     A.    This Code of Business Conduct and Ethics (the "Code") sets forth the guiding principles by which we intend to operate our company and conduct our daily business with our shareholders, customers, vendors and with each other, including:

         1.    honest and ethical conduct, including the ethical handling of actual or apparent conflicts of interest between personal and professional relationships;

         2.    full, fair, accurate, timely and understandable disclosure in the periodic reports required to be filed by the Company;

         3.    compliance with applicable governmental rules and regulations;

         4.    prompt internal reporting of Code violations to the appropriate persons identified in the Code; and

         5.    accountability for adherence to the Code.

     B.    These principles apply to all of the directors, officers and employees of Universal Logistics Holdings, Inc. and all of its subsidiaries ("Universal").

II.    **PRINCIPLES**

     A.    **Complying with Laws, Rules, Regulations, Policies and Procedures**

         1.    All directors, officers and employees of Universal are expected to understand, respect and comply with the laws, rules, regulations, policies and procedures, including state and local laws in the areas in which Universal operates, that apply to them in their position with Universal. Employees are responsible for talking to their managers or compliance officer, or with Universal's legal department, to determine which laws, rules, regulations and policies apply to their position and what training is necessary to understand and comply with them.

         2.    If a law conflicts with a policy in this Code, employees, officers and directors must comply with the law. If a local custom or policy conflicts with a policy in this Code, employees, officers and directors must comply with this Code.

     B.    **Insider Trading**

         1.    Universal has a securities trading policy and all employees, officers and directors must sign a certification acknowledging that they have reviewed this

policy and agree to be bound by its terms. This policy, among other things, provides that employees, officers and directors may not buy or sell stock in Universal when they are in possession of material, non- public information. They also are prohibited from passing on such information to others who might make an investment decision based on it.

2. Employees, officers and directors also may not trade in stocks of other companies about which they learn material, non-public information through the course of their employment or service. Any questions as to whether information is material or has been adequately disclosed should be directed to Universal's legal department.

## C.   Conflicts of Interest

1. All directors, officers and employees of Universal shall act and perform their duties ethically and honestly. Honest conduct refers to conduct that is free from fraud or deception. Ethical conduct refers to conduct that conforms to accepted professional standards of conduct, including the unbiased handling of actual or apparent conflicts of interest between personal and professional relationships

2. All directors, officers and employees of Universal should avoid any actions or interests that conflict or give the appearance of a conflict with Universal's interests. A "conflict of interest" exists whenever an individual's private interests interfere or conflict (or appear to interfere or conflict) with the interests of Universal. A conflict situation can arise when an employee, officer or director takes action or has interests that may make it difficult to perform his or her work for Universal objectively and effectively. Conflicts of interest may also arise when a director, officer, or employee or a member of his or her family receives improper personal benefits as a result of his or her position with Universal, whether from a third party or from Universal.

3. Conflicts of interest may not always be clear-cut, so if a question arises, an officer or employee should consult with their supervisor or manager. Any employee, officer or director who becomes aware of a material transaction or relationship that is a conflict of interest or potential conflict of interest, or who has a question about whether a conflict or interest exists, should bring it to the attention of a supervisor, manager or other appropriate personnel, such as Universal's legal department, and take reasonable steps to handle the conflict of interest in an ethical manner that avoids the conflict from having an adverse effect on Universal.

4. Conflicts of interests are prohibited as a matter of corporate policy unless they have been approved by Universal. In certain limited cases, activities giving rise to potential conflicts of interest may be permitted if they are determined not to be harmful to Universal.

## D.   Corporate Opportunity

Exhibit 2(a)
1060                                                    16                                                    000034

    1. Directors, officers and employees are prohibited from (i) taking for themselves personally opportunities that properly belong to Universal or are discovered through the use of corporate property, information, or position; (ii) using corporate property, information or position for personal gain; and (iii) competing with Universal. Directors, officers and employees owe a duty to Universal to advance its legitimate interests when the opportunity to do so arises.

E.   **Confidentiality**

    1. Directors, officers and employees must maintain the confidentiality of confidential information entrusted to them by Universal, except when disclosure is specifically required by laws, regulations or legal proceedings, or when such disclosure is specifically authorized. Confidential information includes all non-public information that might be of use to competitors of Universal or its customers, or their employees if disclosed. Directors, officers and employees, in the course of their work for Universal may also receive confidential information from Universal's customers or suppliers. This information should also be treated as confidential information, and not disclosed outside of Universal.

    2. This obligation to protect confidential information does not end when an employee, officer or director leaves Universal. Any questions about whether information is confidential should be directed to Universal's legal department.

F.   **Fair Dealing**

    1. Universal seeks to outperform its competition fairly and honestly. It seeks competitive advantages through superior and diligent performance, never through unethical or illegal business practices. Stealing proprietary information, possessing or utilizing trade secret information that was obtained without the owner's consent or inducing such disclosures by past or present employees of other companies is prohibited.

    2. Each director, officer and employee is expected to deal fairly with Universal's customers, suppliers, competitors, officers and employees. No one should take unfair advantage of anyone through manipulations, concealment, abuse of privileged information, misrepresentation of material facts or any other unfair dealing.

G.   **Protection and Proper Use of Assets**

    1. All of Universal's assets should be used for legitimate business purposes. Directors, officers and employees who use Universal's assets are expected to use them in a reasonable manner, and to avoid wasting Universal's assets.

    2. Universal's assets include intellectual property such as trademarks, business and marketing plans, salary information and any unpublished financial

data and reports.    Unauthorized use or distribution of this information is a violation of Universal's company policy.

H.    **Public Company Reporting**

1.    As a public company, it is important that Universal's filings with the Securities and Exchange Commission (the "SEC") and other public communications be accurate and timely. Depending on his or her position with Universal, an employee, officer or director may be called upon to provide necessary information to assist Universal in making its public reports and other public communications complete, fair and understandable.

2.    Universal expects its employees, officers and directors to take this responsibility seriously and to provide prompt accurate answers to Universal's inquiries related to its public disclosure requirements. In that regard, such employees, officers and directors shall take such action as is reasonably appropriate to:

a.    establish and maintain effective disclosure controls and procedures and internal control over financial reporting;

b.    ensure that the Company's periodic reports are timely filed with the SEC and comply with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"); and

c.    ensure that information contained in the Company's periodic reports and financial statements fairly presents in all material respects the financial condition and results of operations of the Company.

3.    In addition, such employees, officers and directors shall not knowingly:

a.    make, or permit or direct another to make, materially false or misleading entries in the Company's financial statements or records;

b.    fail to correct materially false and misleading financial statements or records;

c.    sign, or permit another to sign, a document containing materially false and misleading information;

d.    falsely respond, or fail to respond, to specific inquiries of the Company's independent auditor or outside legal counsel; or

e.    take any action which has the effect of overriding Universal's financial controls.

I.    **Financial Statements and Other Records**

Universal's books, records, accounts and financial statements should be maintained in reasonable detail, appropriately reflect Universal's transactions and conform to applicable legal requirements. Unrecorded or "off the books" funds or assets

Exhibit 2(a)                                    18                                    000036
1062

should not be maintained unless permitted by applicable law or regulation.  Records should be retained or destroyed according to Universal's record retention policies.

III.    REPORTING ILLEGAL OR UNETHICAL BEHAVIOR & ACCOUNTING COMPLAINTS

A.    **Reporting**

Employees, officers and directors who suspect or know of violations of this Code or illegal or unethical business or workplace conduct by employees, officers or directors have an obligation to promptly contact either their supervisor or superiors or Universal's Chief Financial Officer. If the individuals to whom such information is conveyed are not responsive, or if there is a reason to believe that reporting to such individuals is inappropriate in particular cases, then the employee, officer or director should report the information to an executive officer of Universal. If the employee, officer or director is still not satisfied with the response, he or she should contact the Audit Committee of the Board of Directors. If concerns or complaints relate to accounting, internal accounting controls or auditing matters, they may be reported on a confidential and anonymous basis using the procedures established by the Audit Committee for that purpose.

B.    **Non-Retaliation**

Universal prohibits retaliation of any kind against individuals who have made good faith reports or complaints of violation of this Code or other known or suspected illegal or unethical conduct.

IV.    ACCOUNTABILITY

The principles and responsibilities set forth in the Code are important to Universal and must be taken seriously. Each employee, officer or director has a duty to ensure that his or her actions adhere to the requirements of the Code. Any violation of the Code may result in disciplinary action, including termination of employment with Universal, and, if warranted, legal proceedings against the violating party.

V.    AMENDMENT, MODIFICATION AND WAIVER

This Code shall be reviewed annually by the Board of Directors and may be amended or modified by the Board of Directors at any time. Waivers of the Code for directors or executive officers may only be granted by the Board of Directors. Waivers of this Code that relate to Universal's principal executive officer, principal financial officer, principal accounting officer or controller, or persons performing similar functions, or to directors or other executive officers, of the Company will be promptly disclosed to the shareholders and in Universal's public filings, with the reasons for the waiver, to the extent required by the Exchange Act, and the rules and regulations promulgated thereunder, and the applicable rules of The Nasdaq Stock Market.

Exhibit 2(a)                                                                19                                                                000037
1063

## Company Code of Business Conduct and Ethics Acknowledgement

Employee acknowledges that the Company's Code of Business Conduct and Ethics (the "Code") prohibits disclosure of the Company's confidential information, including its trade secrets, both during and after the term of Employee's employment. Notwithstanding anything to the contrary in the Code, Employee will not be held criminally or civilly liable under any federal or state trade secret law for any disclosure of a trade secret that: (i) is made: (A) in confidence to a federal, state, or local government official, either directly or indirectly, or to an attorney; and (B) solely for the purpose of reporting or investigating a suspected violation of law; or (ii)is made in a complaint or other document that is filed under seal in a lawsuit or other proceeding. If Employee files a lawsuit for retaliation by the Company for reporting a suspected violation of law, Employee may disclose the Company's trade secrets to Employee's attorney and use the trade secret information in the court proceeding if Employee: (i) files any document containing the trade secret under seal; and (ii) does not disclose the trade secret, except pursuant to court order.

Employee further acknowledges he/she has received, read and fully understands the Code in its entirety. Employee acknowledges further that he/she has had the opportunity to consider the terms of the Code and has adequate opportunity to inquire further regarding any questions he/she has about the terms and conditions of the Code. Further, by executing this signature page, this acknowledgement serves as confirmation that all pages of the Code have been received and read.

_____     _____
Employee Signature                                      Date

_____
Employee Name (Please Print)

Exhibit 2(a)                                                    20                                                    000038
1064

## CALL OFF PROCEDURE AND POLICY

To be successful, you need to be at work and on time every day! This is very important to our company and customers.

We realize circumstances may arise which make it difficult to be at work. If at any time you are unable to report for work it is your responsibility to call your Supervisor or Manager.

Email alone is not an accepted form of communication with regard to calling off work.

Unless an employee is able to provide medical documentation of their inability to report the absence, an instance where notification is not received by your Supervisor or Manager will be considered a No Call No Show. A No Call No Show is unacceptable, and subject to management review for disciplinary measures up to and including termination. On the 3rd consecutive No Call/No Show day your employment will be separated as a "voluntary quit".

Similarly, if you are going to be late for your scheduled hours, you must call your Supervisor or Manager before the time is missed or as soon as possible. Again, email is not an accepted form of communication when an employee will be late for work.

In either case, should you reach your Supervisor's or Manager's voice mail, please leave a message with the following information:

1. Your first and last name
2. Reason for absence or tardiness
3. Expected duration of absence/tardiness
4. Phone number where you may be reached

If employee is out three or more days due to illness, a doctor's note releasing the employee back to work will be required to return to work and must be received on or before the employee returns to work. It is the employee's responsibility to obtain the doctor's release.

I have received, read and understand the Company's Call Off Procedure and Policy.

Employee Name (Print)

Employee Signature          Date  7/24/16

Exhibit 2(a)
1065                                    21                                    000039

REV: 05.09.2014



**Container Sales Policy**

This policy is to clarify any misunderstanding on container sales from customers of Universal Intermodal Services Inc. ("UISI") to any UISI or Universal employees.

It has always been our Company Policy that employees were not to purchase any containers or chassis from our depot customers located in any UISI depot or city. We believe that this practice is a conflict of interest (when an employee takes action or has interests in personal gain from our customer base). This practice may make it difficult to perform his or her work objectively and effectively with the interests of UISI/Universal.

Please acknowledge your understanding of this policy by your signature.

_____       7/24/18
Employee Signature                                   Date

Jonathan Ledesma
Employee Name (Please Print)

Exhibit 2(a)                                22                                000040
1066

## PERSONNEL CONDUCT STANDARDS
### Universal Intermodal Services, Inc.

There are some uniform standards of conduct of employees that must be maintained.
The following rules are in effect for employees.

I. Violation of the following may be considered just cause for discharge:

    a. Immoral, indecent, or violent conduct, including fighting or using threatening or abusive language to company officials and co-workers.

    b. Falsifying work or attendance records, employment application or falsely claiming sick leave.

    c. Leaving place of employment during work hours without permission.

    d. Entering place of employment outside of work hours without permission.

    e. Theft or dishonesty.

    f. Intoxication or drinking of any alcoholic beverage during working hours. Refusal to take sobriety test shall establish a presumption of intoxication.

    g. Being in the possession of or under the influence of any controlled substance either while on duty or on company property.

    h. Permitting unauthorized riders in company trucks.

    i. Proven carelessness or negligence, resulting in serious injury.

    j. Any inbound or outbound parcels may be subject to examination by management.

    k. Performing work or service for self or any other person other than directed by supervision during working hours.

    l. Carrying or possession of firearms or weapons of any kind while on duty, or on company property.

    m. Sleeping during scheduled work hours.

II. Violation of the following shall result in the penalties as outlined below:

| | |
|---|---|
| First infraction | Written warning |
| Second infraction | Three days suspension without pay |
| Third infraction | Immediate discharge |

Letter of disciplinary action on the first or second infraction shall remain in effect for a period of one year.

    a. Willful idleness

    b. Unauthorized stopping on service trips

    c. Negligence or carelessness

    d. Gambling while on company property

    e. Using trucks or company equipment for personal use without permission

    f. Refusal or failure to obey specific working instructions of the supervisor. (First offense- three days suspension)

    g. Failure to protect work shift without reasonable excuse, or failure to notify supervisor of absence prior to start of work shift, by at least one hour

    h. Employees must obtain prior approval from supervisor for absences for personal reasons

    i. When requested, an employee must furnish a doctor's certificate for time off for illness or injury

    j. Horse playing, wrestling, throwing materials, etc.

_____        7/24/18
    Signature                 Date



## Request for C-TPAT Badge

All employees are required to carry a C-TPAT identification badge

To obtain a badge, log on to:

http://www.universalintermodal.com/operations/request-c-tpat-id/

- Fill in the requested information and upload a photo of the new employee
- Once completed hit the "submit" button
- The request will be received at the corporate office
- The badge will be processed at the corporate office and sent to the terminal

_Javier Velasco_ (Terminal Manager / Depot Manager) verify
that the above process has been completed for:
_Johathan Ledesma_ (New Hire) on _07 / 24 / 18_
                                                  MM  DO  YY

Exhibit 2(a)
1068
24
000042

Procedure for Reporting Complaints for Accounting, Internal Accounting Controls or Auditing Matters in Accordance with Universal Truckload Services, Inc.'s Whistleblower Policy

Congress and the U.S. Securities and Exchange Commission have adopted laws and regulations designed to improve corporate governance in public companies, assist companies in accurately recording and reporting their financial condition, and encourage appropriate behavior.

In order to comply with these laws and regulations, and to improve our ability to confirm the accuracy of the financial and other information we report, we have adopted improvements to our internal control system. In addition, the Audit Committee of our Board of Directors has adopted new procedures for reporting complaints about accounting, internal accounting controls and auditing matters. Under these procedures you may submit complaints regarding these matters on a confidential, anonymous basis. Our Audit Committee and management have selected Ethicspoint, Inc. to help us administer this program, and make it easier to submit complaints on a confidential and anonymous basis. Ethicspoint offers this type of service for a number of public companies.

Process for Accounting / Finance related complaints

The process will work as follows:

- A person has a complaint about accounting, internal accounting controls or auditing matters.

- The person contacts Ethicspoint by telephone at 1-866-384-4277, or email at www.ethicspoint.com and files a confidential and anonymous report.

- Ethicspoint issues a file number for future reference. (The person and the company refer to the file number in correspondence.)

- Ethicspoint forwards the report to the Audit Committee.

- The Audit Committee reviews the report and takes action, which may include objectively researching facts, obtaining independent auditor confirmation, or addressing the issue with the appropriate level of management.

- If appropriate, the Audit Committee will respond back to Ethicspoint with the file number and resolution for subsequent communication by Ethicspoint to the person who made the report.

As an alternative, persons may submit signed complaints regarding accounting, internal accounting controls or auditing matters to the Audit Committee on a non-confidential basis. These signed, non-confidential reports should be submitted to the Audit Committee by delivering them to Nicole Kopinez at our office at 12255 East Nine Mile Rd. Warren, MI 48089, who will forward them to the Audit Committee. The Audit Committee will review these complaints and take such action as the Audit Committee deems appropriate.

_____
Signature

7/24/18
_____
Date

Exhibit 2(a)
1069

25

000043

**Universal Intermodal Services, Inc.**
**(UISI)**
12755 East Nine Mile Rd • Warren, MI 48089 • 1-866-938-1598

**Terminal Location – Universal Intermodal – Los Angeles (9004)**
2035 Vista Bella Way, Rancho Dominguez, CA 90220 • 310-609-1684

| Wage and Benefits | Workers Compensation |
|---|---|
| **Wages:**<br>• Rate of pay is $19.00 per hour<br>• When employee works 12 or more compensable hours in a shift, employee will be paid an additional hour of wages at their regular rate of pay.<br><br>**Holidays**<br>Six Paid Holidays: New Year's Day, Memorial Day, 4th of July, Labor Day, Thanksgiving, and Christmas.<br><br>**Vacation**<br>UISI provides full time employees with Vacation days. The days provided can be used as sick or vacation days. Full time employees will be eligible for 2 Vacation days during their first full calendar year of employment and 7 Vacation days during their second full calendar year of employment and every calendar year thereafter. Employees accrue 2 vacation days every 8 calendar weeks. A vacation day cannot be scheduled until after it has been accrued.<br><br>**California Paid Sick Leave**<br>Employees in the State of California are entitled to Paid Sick Leave under state Labor Code § 245 which provides that an employee: (a) May accrue or be provided with up to 3 days or 24 hours of Paid Sick Leave per year; (b) May not be terminated or retaliated against for using or requesting the use of Paid Sick Leave; and (c) Has the right to file a complaint against an employer who retaliates or discriminates against an employee for (1) Requesting or using available Paid Sick Leave; (2) Attempting to exercise the right to use available Paid Sick Leave; (3) Filing a complaint or alleging a violation of California Labor Code; (4) Cooperating in an investigation or prosecution of an alleged violation of California Labor Code or practice or act that is prohibited by California Labor Code.<br><br>The Company provides 3 days (24 hours) of Paid Sick Leave upon hire and prohibits the use of Paid Sick Leave until the 90th day of employment. Please refer to the California Paid Sick Leave Policy for more information.<br><br>**Additional Information**<br>Employees will receive payroll via direct deposit or check every Friday, beginning their 2nd Friday of employment. | **Insured by:**<br>Cherokee Insurance Co.<br><br>**Claims Administrator:**<br>Cherokee Insurance<br><br>**Address:**<br>P.O. Box 159<br>Warren, MI 48089<br><br>**Telephone Number:**<br>800-201-0450<br>Ext. 3447 or 3411<br><br>**Policy No:** WC180002 |

| Bonus Incentive Plan | |
|---|---|
| Bonus may be earned each week based on reaching gross revenue billed to customer (amounts listed below). Earned bonus will be paid out with the appropriate week's regular payroll. | |
| **Weekly Gross Revenue Goal** | **Gross Employee Bonus Payout** |
| $ 2,500.00 | $ 50.00 |
| $ 3,000.00 | $ 100.00 |
| $ 3,500.00 | $ 150.00 |

Exhibit 2(a)                                    26                                    000044
1070

**Acknowledgement of Receipt**

Employee understands that this notice is part of the Company's recordkeeping requirements as indicated by CA Labor Code section 2810.5(b) Furthermore, employee's signature acknowledges the receipt of this wage-related notice.

_____     7/24/16
Employee Signature                   Date

_____
Employee Name (Please Print)
Jonathan Ledesma

Exhibit 2(a)                                      27                                      000045
1071

Universal Intermodal Services, Inc.
(UISI)
12755 East Nine Mile Rd • Warren, MI 48089 • 1-866-938-1598

**Terminal Location – Universal Intermodal – Los Angeles (9004)**
2035 Vista Bella Way, Rancho Dominguez, CA 90220 • 310-609-1684

| Wage and Benefits |
| --- |

**Wages:**
- Rate of pay is $24.00 per hour for night shift differential.
- Working 12 or more compensable hours in a shift will result in one additional hour of pay at employee's base rate of pay.
- Pay day is every Friday via check or direct deposit (where available) beginning the 2nd week of work.
- Overtime is not applicable. Drivers whose hours are regulated by the U.S. Department of Transportation are exempt from overtime.

**Holidays**
Six Paid Holidays: New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day , and Christmas Day.

**Vacation**
UISI provides full time employees with Vacation days. Vacation can be used for any reason, including planned vacation, doctor's appointments, personal business or illness. Full time employees are eligible for 2 Vacation days during their first full calendar year of employment and 7 Vacation days during their second full calendar year of employment and every calendar year thereafter. Employees accrue 2 vacation days every 8 calendar weeks in their year of hire and 3 vacation days every 8 calendar week in their second year of hire and each year thereafter. Vacation days cannot be scheduled until after they are accrued.

**California Paid Sick Leave**
Employees in the State of California are entitled to Paid Sick Leave under state law which provides that an employee: (a) May accrue or be provided with up to 3 days or 24 hours of Paid Sick Leave per year; (b) May not be terminated or retaliated against for using or requesting the use of Paid Sick Leave; and (c) Has the right to file a complaint against an employer who retaliates or discriminates against an employee for (1) Requesting or using available Paid Sick Leave; (2) Attempting to exercise the right to use available Paid Sick Leave; (3) Filing a complaint or alleging a violation of California Labor Code; (4) Cooperating in an investigation or prosecution of an alleged violation of California Labor Code or practice or act that is prohibited by California Labor Code.

The Company provides 3 days (24 hours) of Paid Sick Leave upon hire and prohibits the use of Paid Sick Leave until the 90th day of employment. Please refer to the California Paid Sick Leave Policy for more information.

| Workers Compensation |
| --- |

**Insured by:**
Cherokee Insurance Co.

**Claims Administrator:**
Cherokee Insurance

**Address:**
P.O. Box 159
Warren, MI 48089

**Telephone Number:**
800-201-0450
Ext. 3447 or 3411

**Policy No:** WC180002

**Acknowledgement of Receipt**
Employee understands that this notice is part of the Company's recordkeeping requirements as indicated by CA Labor Code section 2810.5(b) Furthermore, employee's signature acknowledges the receipt of this wage-related notice.

Exhibit 2(a)
1072

_Jonathan Ledesma_ (signature)

**Employee Signature**

Date  1/10/19

_Jonathan Ledesma_

**Employee Name** (Please Print)

Exhibit 2(a)
1073

29

000047



Exhibit 2(a)
1074

30

000048

**Arizona**

**COMMERCIAL DRIVER LICENSE**
USA
NOT FOR FEDERAL IDENTIFICATION

9 CLASS A
9a END N
12 REST NONE
4d DLN ████████
3 DOB ████ 1984

1 LEDESMA
2 JONATHAN RAMIREZ
8 ████████
CHANDLER, AZ ████████

4b EXP 07/31/2023   4a ISS 03/26/2018
15 SEX M   18 EYES BRO
16 HGT 5'-09"   19 HAIR BRO
17 WGT 198 lb



DONOR ♥   ████ /84

5 DD 3856E0676L1649J4

Exhibit 2(a)
1075
31
000049



**CLASS:** A-Vehicle Combination with GVWR 26,001 lbs or more.     Rev 02/14/2014
**ENDORSEMENTS:**     **RESTRICTIONS:**
N-Tank Vehicle     None

You Must Report a
Change of Address
Within 10 Days

 /1984



18085AZ0147303240101

Exhibit 2(a)
1076     32     000050

## EEO/OFCCP Compliance Self-Identification Form

Any information you provide will be kept confidential and may only be used in accordance with the provisions of applicable laws, executive orders, and regulations, including those that require the information to be summarized and reported to the federal government for civil rights enforcement purposes. When reported, data will not identify any specific individual.

EMPLOYEE NAME: Jonathan Ledesma

CO #/EE ID:

Birth Date: ████████ /84

Please check ALL of the following as it applies to you:

### Gender

☐ I choose not to self-identify     ☒ Male          ☐ Female

### Citizenship

☐ I choose not to self-identify     ☒ US     ☐ Canada     ☐ Mexico     ☐ Other

### Ethnicity (U.S. only) required for EEOC compliance

☐ I choose not to self-identify     ☐ Pacific Islander
☐ White                            ☐ Asian
☐ Black                            ☐ American Indian
☒ Hispanic                         ☐ Two or More Races

### Canadian Only:

Do you consider yourself to be a visible minority?     ☐ I choose not to self-identify     ☐ Yes     ☐ No
Do you consider yourself to have a disability?         ☐ I choose not to self-identify     ☐ Yes     ☐ No

### Veteran Status (U.S. only)

☐ I choose not to self-identify
☒ Non-Veteran                  Please complete the field below if you have checked any of the
☐ Vietnam Veteran              applicable boxes to the left:
☐ Other Veteran                Discharge Date [            ]
☐ Disabled Veteran
☐ Special Disabled Veteran
☐ Armed Forces Service Medal Veteran

### Person with a Disability

The term "disability" means, with respect to the Rehabilitation Act of 1973 and the Americans with Disabilities Act, refers to an individual who has:

    (A) a physical or mental impairment that substantially limits one or more of the major life activities of such individual;
    (B) a record of such an impairment; or
    (C) being regarded as having such an impairment.

☐ I choose not to self-identify     ☒ Not Disabled     ☐ Disabled

If disabled, do you require reasonable accommodation to perform your job?  ☐ Yes  ☐ No

If Yes, please explain: _____

1.7.11

Exhibit 2(a)          33          000051
1077

## Employee Information

| | |
|---|---|
| EMPLOYEE NAME: | Jonathan Ledesma |
| LOCATION NAME: | Rancho Domingu~ |
| CO #/FE ID: | |

**Address:** ▓▓

**City/State/Province:** LOS Angeles, CA

**Zip/Postal Code:** ▓▓

Professional Memberships or Training

**Home Phone:**

**Cell Phone:** (323) 935-3170

**Home Email:** john-tangle3@gmail.com

### Do you have a Driver's License?

☒ yes   ☐ no

**Driver's License number:** ▓▓

**State of Issue:** CA

**Expiration Date:** 7/31/2020

### Person to Notify in Case of Emergency

**Name:** Aracely Ledesma

**Address:**

**City, State/Province:** Los Angeles, CA

**Zip/Postal Code:** ▓▓

**Home Phone:**

**Work Phone:**

**Cell Phone:** (323) 559-1948

### Formal Education

**Undergraduate**

**Institution Name:**

**City, State/Province:**

**Degree Type:**

**Major:**

**Degree Date:** | Grade Pt Ave:

**Graduate**

**Institution Name:**

**City, State/Province:**

**Degree Type:**

**Major:**

**Degree Date:** | Grade Pt Ave:

| Foreign Languages | Level of Proficiency |
|---|---|
| | |
| | |
| | |
| | |

1.7.11

Exhibit 2(a)
1078

34

000052

# Form W-4 (2018)

**Future developments.** For the latest information about any future developments related to Form W-4, such as legislation enacted after it was published, go to *www.irs.gov/FormW4.*

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** You may claim exemption from withholding for 2018 if **both** of the following apply.

• For 2017 you had a right to a refund of **all** federal income tax withheld because you had **no** tax liability, **and**

• For 2018 you expect a refund of **all** federal income tax withheld because you expect to have **no** tax liability.

If you're exempt, complete **only** lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2018 expires February 15, 2019. See Pub. 505, Tax Withholding and Estimated Tax, to learn more about whether you qualify for exemption from withholding.

## General Instructions

If you aren't exempt, follow the rest of these instructions to determine the number of withholding allowances you should claim for withholding for 2018 and any additional amount of tax to have withheld. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

You can also use the calculator at *www.irs.gov/W4App* to determine your tax withholding more accurately. Consider

using this calculator if you have a more complicated tax situation, such as if you have a working spouse, more than one job, or a large amount of nonwage income outside of your job. After your Form W-4 takes effect, you can also use this calculator to see how the amount of tax you're having withheld compares to your projected total tax for 2018. If you use the calculator, you don't need to complete any of the worksheets for Form W-4.

Note that if you have too much tax withheld, you will receive a refund when you file your tax return. If you have too little tax withheld, you will owe tax when you file your tax return, and you might owe a penalty.

**Filers with multiple jobs or working spouses.** If you have more than one job at a time, or if you're married and your spouse is also working, read all of the instructions including the instructions for the Two-Earners/Multiple Jobs Worksheet before beginning.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you might owe additional tax. Or, you can use the Deductions, Adjustments, and Other Income Worksheet on page 3 or the calculator at *www.irs.gov/W4App* to make sure you have enough tax withheld from your paycheck. If you have pension or annuity income, see Pub. 505 or use the calculator at *www.irs.gov/W4App* to find out if you should adjust your withholding on Form W-4 or W-4P.

**Nonresident alien.** If you're a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

## Specific Instructions

### Personal Allowances Worksheet

Complete this worksheet on page 3 first to determine the number of withholding allowances to claim.

**Line C. Head of household please note:** Generally, you can claim head of household filing status on your tax return only if you're unmarried and pay more than 50% of the costs of keeping up a home for yourself and a qualifying individual. See Pub. 501 for more information about filing status.

**Line E. Child tax credit.** When you file your tax return, you might be eligible to claim a credit for each of your qualifying children. To qualify, the child must be under age 17 as of December 31 and must be your dependent who lives with you for more than half the year. To learn more about this credit, see Pub. 972, Child Tax Credit. To reduce the tax withheld from your pay by taking this credit into account, follow the instructions on line E of the worksheet. On the worksheet you will be asked about your total income. For this purpose, total income includes all of your wages and other income, including income earned by a spouse, during the year.

**Line F. Credit for other dependents.** When you file your tax return, you might be eligible to claim a credit for each of your dependents that don't qualify for the child tax credit, such as any dependent children age 17 and older. To learn more about this credit, see Pub. 505. To reduce the tax withheld from your pay by taking this credit into account, follow the instructions on line F of the worksheet. On the worksheet, you will be asked about your total income. For this purpose, total income includes all of

---

Separate here and give Form W-4 to your employer. Keep the worksheet(s) for your records.

---

| Form **W-4** | **Employee's Withholding Allowance Certificate** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Whether you're entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS. | **2018** |

| 1 Your first name and middle initial | Last name | 2 Your social security number |
|---|---|---|
| Jonathan  R | Ledesma | |

3  ☐ Single   ☒ Married   ☐ Married, but withhold at higher Single rate.
Note: If married filing separately, check "Married, but withhold at higher Single rate."

City or town, state, and ZIP code
Los Angeles

4  If your last name differs from that shown on your social security card, check here. You must call 800-772-1213 for a replacement card.  ▶ ☐

| 5 | Total number of allowances you're claiming (from the applicable worksheet on the following pages) | 5 | 4 |
|---|---|---|---|
| 6 | Additional amount, if any, you want withheld from each paycheck | 6 | $ |
| 7 | I claim exemption from withholding for 2018, and I certify that I meet **both** of the following conditions for exemption. | | |

• Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, **and**
• This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.
If you meet both conditions, write "Exempt" here    ▶ | 7 |

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature
(This form is not valid unless you sign it.) ▶ *Jonathan Ledesma*     Date ▶ 7/24/18

| 8 Employer's name and address (Employer: Complete boxes 8 and 10 if sending to IRS and complete boxes 8, 9, and 10 if sending to State Directory of New Hires.) | 9 First date of employment | 10 Employer identification number (EIN) |
|---|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 4.     Cat. No. 10220Q     Form **W-4** (2018)

Exhibit 2(a)
1079                                          35                                          000053

Form W-4 (2018)

your wages and other income, including income earned by a spouse, during the year.

**Line G. Other credits.** You might be able to reduce the tax withheld from your paycheck if you expect to claim other tax credits, such as the earned income tax credit and tax credits for education and child care expenses. If you do so, your paycheck will be larger but the amount of any refund that you receive when you file your tax return will be smaller. Follow the instructions for Worksheet 1-6 in Pub. 505 if you want to reduce your withholding to take these credits into account.

## Deductions, Adjustments, and Additional Income Worksheet

Complete this worksheet to determine if you're able to reduce the tax withheld from your paycheck to account for your itemized deductions and other adjustments to income such as IRA contributions. If you do so, your refund at the end of the year will be smaller, but your paycheck will be larger. You're not required to complete this worksheet or reduce your withholding if you don't wish to do so.

You can also use this worksheet to figure out how much to increase the tax withheld from your paycheck if you have a large amount of nonwage income, such as interest or dividends.

Another option is to take these items into account and make your withholding more accurate by using the calculator at *www.irs.gov/W4App*. If you use the calculator, you don't need to complete any of the worksheets for Form W-4.

## Two-Earners/Multiple Jobs Worksheet

Complete this worksheet if you have more

than one job at a time or are married filing jointly and have a working spouse. If you don't complete this worksheet, you might have too little tax withheld. If so, you will owe tax when you file your tax return and might be subject to a penalty.

Figure the total number of allowances you're entitled to claim and any additional amount of tax to withhold on all jobs using worksheets from only one Form W-4. Claim all allowances on the W-4 that you or your spouse file for the highest paying job in your family and claim zero allowances on Forms W-4 filed for all other jobs. For example, if you earn $60,000 per year and your spouse earns $20,000, you should complete the worksheets to determine what to enter on lines 5 and 6 of your Form W-4, and your spouse should enter zero ("-0-") on lines 5 and 6 of his or her Form W-4. See Pub. 505 for details.

Another option is to use the calculator at *www.irs.gov/W4App* to make your withholding more accurate.

**Tip:** If you have a working spouse and your incomes are similar, you can check the "Married, but withhold at higher Single rate" box instead of using this worksheet. If you choose this option, then each spouse should fill out the Personal Allowances Worksheet and check the "Married, but withhold at higher Single rate" box on Form W-4, but only one spouse should claim any allowances for credits or fill out the Deductions, Adjustments, and Additional Income Worksheet.

## Instructions for Employer

Employees, do not complete box 8, 9, or 10. Your employer will complete these boxes if necessary.

New hire reporting. Employers are

required by law to report new employees to a designated State Directory of New Hires. Employers may use Form W-4, boxes 8, 9, and 10 to comply with the new hire reporting requirement for a newly hired employee. A newly hired employee is an employee who hasn't previously been employed by the employer, or who was previously employed by the employer but has been separated from such prior employment for at least 60 consecutive days. Employers should contact the appropriate State Directory of New Hires to find out how to submit a copy of the completed Form W-4. For information and links to each designated State Directory of New Hires (including for U.S. territories), go to *www.acf.hhs.gov/programs/css/employers*.

If an employer is sending a copy of Form W-4 to a designated State Directory of New Hires to comply with the new hire reporting requirement for a newly hired employee, complete boxes 8, 9, and 10 as follows.

**Box 8.** Enter the employer's name and address. If the employer is sending a copy of this form to a State Directory of New Hires, enter the address where child support agencies should send income withholding orders.

**Box 9.** If the employer is sending a copy of this form to a State Directory of New Hires, enter the employee's first date of employment, which is the date services for payment were first performed by the employee. If the employer rehired the employee after the employee had been separated from the employer's service for at least 60 days, enter the rehire date.

**Box 10.** Enter the employer's employer identification number (EIN).

Exhibit 2(a)
1080

36

000054

Form W-4 (2018)     Page **3**

## Personal Allowances Worksheet (Keep for your records.)

| | | |
|---|---|---|
| A | Enter "1" for yourself . . . . . . . . . . . . . . . . . . . . . . . . . . | A ____ |
| B | Enter "1" if you will file as married filing jointly . . . . . . . . . . . . . . . . . . . | B ____ |
| C | Enter "1" if you will file as head of household . . . . . . . . . . . . . . . . . . . | C ____ |
| D | Enter "1" if: { • You're single, or married filing separately, and have only one job; or • You're married filing jointly, have only one job, and your spouse doesn't work; or • Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less. } | D ____ |

E    **Child tax credit.** See Pub. 972, Child Tax Credit, for more information.
- If your total income will be less than $69,801 ($101,401 if married filing jointly), enter "4" for each eligible child.
- If your total income will be from $69,801 to $175,550 ($101,401 to $339,000 if married filing jointly), enter "2" for each eligible child.
- If your total income will be from $175,551 to $200,000 ($339,001 to $400,000 if married filing jointly), enter "1" for each eligible child.
- If your total income will be higher than $200,000 ($400,000 if married filing jointly), enter "-0-" . . . . . . . .   E ____

F    **Credit for other dependents.**
- If your total income will be less than $69,801 ($101,401 if married filing jointly), enter "1" for each eligible dependent.
- If your total income will be from $69,801 to $175,550 ($101,401 to $339,000 if married filing jointly), enter "1" for every two dependents (for example, "-0-" for one dependent, "1" if you have two or three dependents, and "2" if you have four dependents).
- If your total income will be higher than $175,550 ($339,000 if married filing jointly), enter "-0-" . . . . . . .   F ____

| | | |
|---|---|---|
| G | **Other credits.** If you have other credits, see Worksheet 1-6 of Pub. 505 and enter the amount from that worksheet here . . . . | G ____ |
| H | Add lines A through G and enter the total here . . . . . . . . . . . . . . . . . . . ▶ | H ____ |

For accuracy, complete all worksheets that apply.
- If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, or if you have a large amount of nonwage income and want to increase your withholding, see the **Deductions, Adjustments, and Additional Income Worksheet** below.
- If you have **more than one job at a time** or are **married filing jointly** and you and your spouse both work, and the combined earnings from all jobs exceed $52,000 ($24,000 if married filing jointly), see the **Two-Earners/Multiple Jobs Worksheet** on page 4 to avoid having too little tax withheld.
- If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 above.

## Deductions, Adjustments, and Additional Income Worksheet

**Note:** Use this worksheet *only* if you plan to itemize deductions, claim certain adjustments to income, or have a large amount of nonwage income.

| | | |
|---|---|---|
| 1 | Enter an estimate of your 2018 itemized deductions. These include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your income. See Pub. 505 for details . . . . . . . . . . . . . . . . . . . . . | 1 $ ____ |
| 2 | Enter: { $24,000 if you're married filing jointly or qualifying widow(er) $18,000 if you're head of household $12,000 if you're single or married filing separately } . . . . . . . . | 2 $ ____ |
| 3 | Subtract line 2 from line 1. If zero or less, enter "-0-" . . . . . . . . . . . . . . . | 3 $ ____ |
| 4 | Enter an estimate of your 2018 adjustments to income and any additional standard deduction for age or blindness (see Pub. 505 for information about these items) . . . . . . . . . . . . . | 4 $ ____ |
| 5 | Add lines 3 and 4 and enter the total . . . . . . . . . . . . . . . . . . . . | 5 $ ____ |
| 6 | Enter an estimate of your 2018 nonwage income (such as dividends or interest) . . . . . . . | 6 $ ____ |
| 7 | Subtract line 6 from line 5. If zero, enter "-0-". If less than zero, enter the amount in parentheses . . . | 7 $ ____ |
| 8 | Divide the amount on line 7 by $4,150 and enter the result here. If a negative amount, enter in parentheses. Drop any fraction . . . . . . . . . . . . . . . . . . . . . . . . | 8 ____ |
| 9 | Enter the number from the **Personal Allowances Worksheet**, line H above . . . . . . . . . | 9 ____ |
| 10 | Add lines 8 and 9 and enter the total here. If zero or less, enter "-0-". If you plan to use the **Two-Earners/ Multiple Jobs Worksheet**, also enter this total on line 1, page 4. Otherwise, **stop here** and enter this total on Form W-4, line 5, page 1 . . . . . . . . . . . . . . . . . . . . . | 10 ____ |

Form W-4 (2018)

Page **4**

### Two-Earners/Multiple Jobs Worksheet

Note: Use this worksheet *only* if the instructions under line H from the **Personal Allowances Worksheet** direct you here.

| | | |
|---|---|---|
| 1 | Enter the number from the **Personal Allowances Worksheet**, line H, page 3 (or, if you used the **Deductions, Adjustments, and Additional Income Worksheet** on page 3, the number from line 10 of that worksheet) . . . . . . . . . . . . . . . . . . . . . . . . . | **1** _____ |
| 2 | Find the number in **Table 1** below that applies to the **LOWEST** paying job and enter it here. **However,** if you're married filing jointly and wages from the highest paying job are $75,000 or less and the combined wages for you and your spouse are $107,000 or less, don't enter more than "3" . . . . . . . . . . . . | **2** _____ |
| 3 | If line 1 is **more than or equal to** line 2, subtract line 2 from line 1. Enter the result here (if zero, enter "-0-") and on Form W-4, line 5, page 1. **Do not use the rest of this worksheet** . . . . . . . . . . . . | **3** _____ |

Note: If line 1 is **less than** line 2, enter "-0-" on Form W-4, line 5, page 1. Complete lines 4 through 9 below to figure the additional withholding amount necessary to avoid a year-end tax bill.

| | | |
|---|---|---|
| 4 | Enter the number from line 2 of this worksheet . . . . . . . . . . . **4** _____ | |
| 5 | Enter the number from line 1 of this worksheet . . . . . . . . . . . **5** _____ | |
| 6 | Subtract line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** _____ |
| 7 | Find the amount in **Table 2** below that applies to the **HIGHEST** paying job and enter it here . . . . . | **7** $ _____ |
| 8 | Multiply line 7 by line 6 and enter the result here. This is the additional annual withholding needed . . . | **8** $ _____ |
| 9 | Divide line 8 by the number of pay periods remaining in 2018. For example, divide by 18 if you're paid every 2 weeks and you complete this form on a date in late April when there are 18 pay periods remaining in 2018. Enter the result here and on Form W-4, line 6, page 1. This is the additional amount to be withheld from each paycheck . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** $ _____ |

| Table 1 | | | | Table 2 | | | |
|---|---|---|---|---|---|---|---|
| **Married Filing Jointly** | | **All Others** | | **Married Filing Jointly** | | **All Others** | |
| If wages from LOWEST paying job are— | Enter on line 2 above | If wages from LOWEST paying job are— | Enter on line 2 above | If wages from HIGHEST paying job are— | Enter on line 7 above | If wages from HIGHEST paying job are— | Enter on line 7 above |
| $0 – $5,000 | 0 | $0 – $7,000 | 0 | $0 – $24,375 | $420 | $0 – $7,000 | $420 |
| 5,001 – 9,500 | 1 | 7,001 – 12,500 | 1 | 24,376 – 82,725 | 500 | 7,001 – 36,175 | 500 |
| 9,501 – 19,000 | 2 | 12,501 – 24,500 | 2 | 82,726 – 170,325 | 910 | 36,176 – 79,975 | 910 |
| 19,001 – 26,500 | 3 | 24,501 – 31,500 | 3 | 170,326 – 320,325 | 1,000 | 79,976 – 154,975 | 1,000 |
| 26,501 – 37,000 | 4 | 31,501 – 39,000 | 4 | 320,326 – 405,325 | 1,330 | 154,976 – 197,475 | 1,330 |
| 37,001 – 43,500 | 5 | 39,001 – 55,000 | 5 | 405,326 – 605,325 | 1,450 | 197,476 – 497,475 | 1,450 |
| 43,501 – 55,000 | 6 | 55,001 – 70,000 | 6 | 605,326 and over | 1,540 | 497,476 and over | 1,540 |
| 55,001 – 60,000 | 7 | 70,001 – 85,000 | 7 | | | | |
| 60,001 – 70,000 | 8 | 85,001 – 90,000 | 8 | | | | |
| 70,001 – 75,000 | 9 | 90,001 – 100,000 | 9 | | | | |
| 75,001 – 85,000 | 10 | 100,001 – 105,000 | 10 | | | | |
| 85,001 – 95,000 | 11 | 105,001 – 115,000 | 11 | | | | |
| 95,001 – 130,000 | 12 | 115,001 – 120,000 | 12 | | | | |
| 130,001 – 150,000 | 13 | 120,001 – 130,000 | 13 | | | | |
| 150,001 – 160,000 | 14 | 130,001 – 145,000 | 14 | | | | |
| 160,001 – 170,000 | 15 | 145,001 – 155,000 | 15 | | | | |
| 170,001 – 180,000 | 16 | 155,001 – 165,000 | 16 | | | | |
| 180,001 – 190,000 | 17 | 185,001 and over | 17 | | | | |
| 190,001 – 200,000 | 18 | | | | | | |
| 200,001 and over | 19 | | | | | | |

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. Internal Revenue Code sections 3402(f)(2) and 6109 and their regulations require you to provide this information; your employer uses it to determine your federal income tax withholding. Failure to provide a properly completed form will result in your being treated as a single person who claims no withholding allowances; providing fraudulent information may subject you to penalties. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation; to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws; and to the Department of Health and Human Services for use in the National Directory of New Hires. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You aren't required to provide the information requested on a form that's subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Exhibit 2(a)
1082

38

000056



**Employment Eligibility Verification**
Department of Homeland Security
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**
OMB No. 1615-0047
Expires 08/31/2019

▶ **START HERE:** Read instructions carefully before completing this form. The instructions must be available, either in paper or electronically, during completion of this form. Employers are liable for errors in the completion of this form.

**ANTI-DISCRIMINATION NOTICE:** It is illegal to discriminate against work-authorized individuals. Employers **CANNOT** specify which document(s) an employee may present to establish employment authorization and identity. The refusal to hire or continue to employ an individual because the documentation presented has a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Attestation** *(Employees must complete and sign Section 1 of Form I-9 no later than the **first day of employment**, but not before accepting a job offer.)*

| Last Name *(Family Name)* | First Name *(Given Name)* | Middle Initial | Other Last Names Used *(if any)* |
|---|---|---|---|
| Ledesma | Jonathan | R | |

| Address *(Street Number and Name)* | Apt. Number | City or Town | State | ZIP Code |
|---|---|---|---|---|
| ▮ | | Los Angeles | CA | ▮ |

| Date of Birth *(mm/dd/yyyy)* | U.S. Social Security Number | Employee's E-mail Address | Employee's Telephone Number |
|---|---|---|---|
| 984 | ▮ | | (323) 835-3170 |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following boxes):

- [✓] 1. A citizen of the United States
- [ ] 2. A noncitizen national of the United States *(See instructions)*
- [ ] 3. A lawful permanent resident    (Alien Registration Number/USCIS Number): _____
- [ ] 4. An alien authorized to work    until (expiration date, if applicable, mm/dd/yyyy): _____
   Some aliens may write "N/A" in the expiration date field. *(See instructions)*

*Aliens authorized to work must provide only one of the following document numbers to complete Form I-9:*
*An Alien Registration Number/USCIS Number OR Form I-94 Admission Number OR Foreign Passport Number.*

1. Alien Registration Number/USCIS Number: _____
   · OR
2. Form I-94 Admission Number: _____
   OR
3. Foreign Passport Number: _____
   Country of Issuance: _____

QR Code - Section 1
Do Not Write In This Space

| Signature of Employee | Today's Date *(mm/dd/yyyy)* |
|---|---|
| *[signature]* | 07/24/2018 |

**Preparer and/or Translator Certification (check one):**
[✓] I did not use a preparer or translator.   [ ] A preparer(s) and/or translator(s) assisted the employee in completing Section 1.
*(Fields below must be completed and signed when preparers and/or translators assist an employee in completing Section 1.)*

I attest, under penalty of perjury, that I have assisted in the completion of Section 1 of this form and that to the best of my knowledge the information is true and correct.

| Signature of Preparer or Translator | Today's Date *(mm/dd/yyyy)* |
|---|---|
| | |

| Last Name *(Family Name)* | First Name *(Given Name)* |
|---|---|
| | |

| Address *(Street Number and Name)* | City or Town | State | ZIP Code |
|---|---|---|---|
| | | | |

 *Employer Completes Next Page* 

Form I-9  11/14/2016 N

Page 1 of 3

Exhibit 2(a)
1083                                    39                                    000057



**Employment Eligibility Verification**
**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**
OMB No. 1615-0047
Expires 08/31/2019

## Section 2. Employer or Authorized Representative Review and Verification

(Employers or their authorized representative must complete and sign Section 2 within 3 business days of the employee's first day of employment. You must physically examine one document from List A OR a combination of one document from List B and one document from List C as listed on the "Lists of Acceptable Documents.")

| Employee Info from Section 1 | Last Name (Family Name) Ledesma | First Name (Given Name) Jonathan | M.I. R | Citizenship/Immigration Status U.S Citizen |
|---|---|---|---|---|

| List A Identity and Employment Authorization | OR | List B Identity | AND | List C Employment Authorization |
|---|---|---|---|---|
| Document Title | | Document Title Driver License | | Document Title Social Security |
| Issuing Authority | | Issuing Authority California | | Issuing Authority California |
| Document Number | | Document Number ▉ | | Document Number ▉ |
| Expiration Date (if any)(mm/dd/yyyy) | | Expiration Date (if any)(mm/dd/yyyy) 07/31/2020 | | Expiration Date (if any)(mm/dd/yyyy) |
| Document Title | | | | |
| Issuing Authority | | Additional Information | | QR Code - Sections 2 & 3 Do Not Write In This Space |
| Document Number | | | | |
| Expiration Date (if any)(mm/dd/yyyy) | | | | |
| Document Title | | | | |
| Issuing Authority | | | | |
| Document Number | | | | |
| Expiration Date (if any)(mm/dd/yyyy) | | | | |

**Certification:** I attest, under penalty of perjury, that (1) I have examined the document(s) presented by the above-named employee, (2) the above-listed document(s) appear to be genuine and to relate to the employee named, and (3) to the best of my knowledge the employee is authorized to work in the United States.

**The employee's first day of employment (mm/dd/yyyy):** 07/24/2018 (See instructions for exemptions)

| Signature of Employer or Authorized Representative | Today's Date (mm/dd/yyyy) 07/24/2018 | Title of Employer or Authorized Representative Recruiter |
|---|---|---|
| Last Name of Employer or Authorized Representative Velasco | First Name of Employer or Authorized Representative Javier | Employer's Business or Organization Name Universal Intermodal |
| Employer's Business or Organization Address (Street Number and Name) 2035 E Vista Bella Way | City or Town Rancho Dominguez | State CA | ZIP Code 90220 |

## Section 3. Reverification and Rehires (To be completed and signed by employer or authorized representative.)

| A. New Name (if applicable) | | | B. Date of Rehire (if applicable) |
|---|---|---|---|
| Last Name (Family Name) | First Name (Given Name) | Middle Initial | Date (mm/dd/yyyy) |

C. If the employee's previous grant of employment authorization has expired, provide the information for the document or receipt that establishes continuing employment authorization in the space provided below.

| Document Title | Document Number | Expiration Date (if any) (mm/dd/yyyy) |
|---|---|---|

I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Today's Date (mm/dd/yyyy) | Name of Employer or Authorized Representative |
|---|---|---|

Form I-9  11/14/2016 N

Page 2 of 3

Exhibit 2(a)
1084

40

000058

# RECORD OF ROAD TEST

Driver's Name  Jonathon R Ledesma          Address ▪▪▪▪▪▪▪ Los Angeles, CA          Truck  Tractor 7222          Trailer K K F V 7 8 5 S O S - 3

License No. ▪▪▪▪▪▪          State  CA          Equipment Driven          

Checked From          To          Date  07-24-18

For those items that apply, checkmark (✓) if driver's performance is satisfactory, mark with an X if driver's performance is unsatisfactory. Explain unsatisfactory items under Remarks. Use not applicable (NA) for items that do not apply.

**PART 1 – PRE-TRIP INSPECTION AND EMERGENCY EQUIPMENT**
Checks general condition approaching unit
Looks for leakage of coolants, fuel, lubricants
Checks under hood - oil, water, general condition of engine compartment, steering
Checks around unit - tires, lights, trailer hookup, brake and light lines, body, doors, horn, windshield wipers
Tests brake action, tractor protection valve, and parking (hand) brake
Checks horn, windshield wipers, mirrors, emergency equipment; reflectors, flares, fuses, tire chains (if necessary), fire extinguisher
Checks instruments for normal readings
Checks dashboard warning lights for proper functioning
Cleans windshield, windows, mirrors, lights, reflectors
Reviews and signs previous report

**PART 2 - COUPLING AND UNCOUPLING**
Lines up units
Connects glad hands to trailer to apply trailer brakes before coupling
Connects glad hands and light line properly
Couples without difficulty
Raises landing gear fully after coupling
Visually checks king pin assembly to be certain of proper coupling
Checks coupling by applying hand valve or tractor-protection valve (trailer air supply valve) and gently applying pressure by trying to pull away from trailer
Assure that surface will support trailer before uncoupling

**PART 3 - PLACING VEHICLE IN MOTION AND USE OF CONTROLS**
A. ENGINE
Places transmission in neutral before starting engine
Starts engine without difficulty
Allows proper warm-up
Understands gauges on instrument panel
Maintains proper engine speed (rpm) while driving
Does not abuse motor

**B. CLUTCH AND TRANSMISSION**
Starts loaded unit smoothly
Uses clutch properly
Times gearshifts properly
Shifts gears smoothly
Uses proper gear sequence

**C. BRAKES**
Knows proper use of tractor protection valve
Understands low air warning
Tests service brakes
Builds full air pressure before moving

**D. STEERING**
Controls steering wheel
Good driving posture and good grip on wheel

**E. LIGHTS**
Knows lighting regulations
Uses proper headlight beam
Dim lights when meeting or following other traffic
Adjusts speed to range of headlights
Proper use of auxiliary lights

**PART 4 - BACKING AND PARKING**
A. BACKING
Gets out and checks before backing
Looks back as well as uses mirror
Gets out and rechecks conditions on long back
Avoids backing from blind side
Signals when backing
Controls speed and direction properly while backing

C. PARKING (City)
Does not hit nearby vehicles or stationary objects
Parks proper distance from curb
Sets parking brake, puts in gear, chocks wheels, shuts off motor
Checks traffic conditions and signals when pulling out from parked position
Parks in legal and safe location

C. PARKING (Road)
Parks off pavement
Avoids parking on soft shoulder
Uses emergency warning signals when required
Secures unit properly

13F 652
(Rev. 5/02)

Exhibit 2(a)          41          000059
1085

**PART 5 - SLOWING AND STOPPING**
Uses gears properly ascending
Gears down properly descending
Stops and restarts without rolling back
Tests brakes before descending grades
Uses brakes properly on grades
Uses mirrors to check traffic to rear
Signals following traffic
Avoids sudden stops
Stops smoothly without excessive fanning
Stops before crossing sidewalk when coming out of
    driveway or alley
Stops clear of pedestrian crosswalks

**PART 6 - OPERATING IN TRAFFIC PASSING AND TURNING**
A. TURNING
Signals intention to turn well in advance
Gets into proper lane well in advance of turn
Checks traffic conditions and turns only
    when intersection is clear
Restricts traffic from passing on right when
    preparing to complete right-hand turn
Completes turn promptly and safely and does not
    impede other traffic

B. TRAFFIC SIGNS AND SIGNALS
Approaches signal prepared to stop if necessary
Obeys traffic signal
Uses good judgement on yellow light
Starts smoothly on green
Notices and heeds traffic signs
Obeys "Stop" signs

C. INTERSECTIONS
Adjusts speed to permit stopping if necessary
Checks for cross traffic regardless of traffic controls
Yields right-of-way for safety

D. GRADE CROSSINGS
Adjusts speed to conditions
Makes safe stop, if required
Selects proper gear and does not shift gears while crossing
Knows and understands federal and state rules
    governing grade crossing

E. PASSING
Passes with sufficient clear space ahead
Does not pass in unsafe location: hill, curve, intersection
Signals change of lanes
Warns driver being passed
Pulls out and back with certainty
Does not tailgate
Does not block traffic with slow pass
Allows enough room when returning to right lane

**REMARKS:** Passed

**F. SPEED**
Speed consistent with basic ability
Adjusts speed properly to road, weather,
    traffic conditions, legal limits
Slows down for rough roads
Slows down in advance of curves, intersections, etc.
Maintains consistent speed

G. COURTESY AND SAFETY
Uses defensive driving techniques
Yields right-of-way for safety
Goes ahead when given right-of-way by others
Does not crowd other drivers or force way through traffic
Allows faster traffic to pass
Keeps right and in own lane
Uses horn only when necessary
Generally courteous and uses proper conduct

**PART 7 - MISCELLANEOUS**

A. GENERAL DRIVING ABILITY AND HABITS
Consistently alert and attentive
Adjusts driving to meet changing conditions
Performs routine functions without taking eyes from road
Checks instruments regularly while driving
Willing to take instructions and suggestions
Adequate self-confidence in driving
Is not easily angered
Positive attitude
Good personal appearance, manner, cleanliness
Good physical stamina

B. HANDLING OF FREIGHT
Checks freight properly
Handles and loads freight properly
Handles bills properly
Breaks down load as required

C. RULES AND REGULATIONS
Knowledge of company rules
Knowledge of regulations: federal, state, local
Knowledge of special truck routes

D. USE OF SPECIAL EQUIPMENT (Specify)

GENERAL PERFORMANCE:  Satisfactory _____   Needs Training _____   Unsatisfactory _____

QUALIFIED FOR:   Truck _____   Tractor-Semitrailer _____   Other _____
                                                                  (Specify)

13F 652
(REV. 5/02)

Signature of Examiner _____

**CERTIFICATION OF ROAD TEST**

Instructions to Carrier: If the road test is successfully completed, the person who gave it must complete the following certification in duplicate. The original of the signed road test form and the original of the Certification of Road Test shall be retained in the driver qualification file of the person who was examined, and duplicate copies provided to the person examined. Section 391.31 (e)(f)(g)(1)(2) of the Federal Motor Carrier Safety Regulations.

Driver's Name  Jonathon R Ledesma                    Type of Power Unit _____
Social Security No. _____                          Type of Trailer(s) _____
Operator's or Chauffeur's Lic. No.  D4017308   State CA   If Passenger Carrier, Type of Bus _____

This is to certify that the above-named driver was given a road test under my supervision on _____ 20___ consisting of approximately _____ miles of driving. It is my considered opinion that this driver possesses sufficient driving skill to operate safely the type of commercial motor vehicle listed above.

Signature of examiner _____                        Organization  Universal Intermodal
Title  Recruiting                                    Address of examiner 2035 E Vista Bella Way, Rancho Dominguez, CA

DB 276(rev. 5/02)

© Copyright 2002 J. KELLER & ASSOCIATES, INC., Neenah, WI · USA · (800) 327-6868 · www.jjkeller.com · Printed in the United States

Exhibit 2(a)
1086                                  42                                  000060



Exhibit 2(a)                                          43                                          000061
1087



**EDD**
Employment
Development
Department
State of California

| This form can be used to manually compute your withholding allowances, or you can electronically compute them at www.taxes.ca.gov/de4.pdf. |

## EMPLOYEE'S WITHHOLDING ALLOWANCE CERTIFICATE

| Type or Print Your Full Name  Jonathan R. Ledesma | Your Social Security Number ▇▇▇▇▇ |

Home Address (Number and Street or Rural Route) ▇▇▇▇

| Filing Status Withholding Allowances |
| ☐ SINGLE or MARRIED (with two or more incomes) |
| ☒ MARRIED (one income) |
| ☐ HEAD OF HOUSEHOLD |

City, State, and ZIP Code
Los Angeles, CA ▇▇▇

1. Number of allowances for Regular Withholding Allowances, Worksheet A        4

   Number of allowances from the Estimated Deductions, Worksheet B
   Total Number of Allowances (A + B) when using the California
   Withholding Schedules for 2018
                        OR

2. Additional amount of state income tax to be withheld each pay period (if employer agrees), Worksheet C
                        OR

3. I certify under penalty of perjury that I am not subject to California withholding. I meet the conditions set forth under
   the Service Member Civil Relief Act, as amended by the Military Spouses Residency Relief Act.        (Check box here) ☐

*Under the penalties of perjury, I certify that the number of withholding allowances claimed on this certificate does not exceed the*
*number to which I am entitled or, if claiming exemption from withholding, that I am entitled to claim the exempt status.*

Signature *Jonathan Ledesma*                                   Date 7/24/18

| Employer's Name and Address | California Employer Payroll Tax Account Number |

- - - - - - - - - - - - - - - - - - - - - - - - - - - cut here - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Give the top portion of this page to your employer and keep the remainder for your records.

YOUR CALIFORNIA PERSONAL INCOME **TAX MAY BE UNDERWITHHELD** IF YOU DO NOT FILE THIS DE 4 FORM.

*IF YOU RELY ON THE FEDERAL FORM W-4 FOR YOUR CALIFORNIA WITHHOLDING ALLOWANCES, YOUR CALIFORNIA STATE*
*PERSONAL INCOME TAX MAY BE UNDERWITHHELD AND YOU MAY OWE MONEY AT THE END OF THE YEAR.*

**PURPOSE**: This certificate, DE 4, is for **California Personal Income Tax (PIT) withholding** purposes only. The DE 4 is used to compute the amount of taxes to be withheld from your wages, by your employer, to accurately reflect your state tax withholding obligation.

You should complete this form if either:

(1) You claim a different marital status, number of regular allowances, or different additional dollar amount to be withheld for California PIT withholding than you claim for federal income tax withholding or,

(2) You claim additional allowances for estimated deductions.

THIS FORM WILL NOT CHANGE YOUR FEDERAL WITHHOLDING ALLOWANCES.

The federal Form W-4 is applicable for California withholding purposes if you wish to claim the same marital status, number of regular allowances, and/or the same additional dollar amount to be withheld for state and federal purposes. However, federal tax brackets and withholding methods do not reflect state PIT withholding tables. **If you rely on the number of withholding allowances you claim on your Form W-4 withholding allowance**

certificate for your state income tax withholding, you may be **significantly underwithheld.** This is particularly true if your household income is derived from more than one source.

**CHECK YOUR WITHHOLDING:** After your Form W-4 and/or DE 4 takes effect, compare the state income tax withheld with your estimated total annual tax. For state withholding, use the worksheets on this form.

**EXEMPTION FROM WITHHOLDING:** If you wish to claim exempt, complete the federal Form W-4. You may claim exempt from withholding California income tax if you did not owe any federal income tax last year and you do not expect to owe any federal income tax this year. The exemption is good for one year. If you continue to qualify for the exempt filing status, a new Form W-4 designating EXEMPT must be submitted by February 15 each year to continue your exemption. If you are not having federal income tax withheld this year but expect to have a tax liability next year, you are required to give your employer a new Form W-4 by December 1.

Exhibit 2(a)                    44                    000062
1088

**EXEMPTION FROM WITHHOLDING** (continued): Under the Service Member Civil Relief Act, as amended by the Military Spouses Residency Relief Act, you may be exempt from California income tax on your wages if (i) your spouse is a member of the armed forces present in California in compliance with military orders; (ii) you are present in California solely to be with your spouse; and (iii) you maintain your domicile in another state. If you claim exemption under this act, check the box on Line 3. You may be required to provide proof of exemption upon request.

---

**IF YOU NEED MORE DETAILED INFORMATION, SEE THE INSTRUCTIONS THAT CAME WITH YOUR LAST CALIFORNIA RESIDENT INCOME TAX RETURN OR CALL THE FRANCHISE TAX BOARD (FTB).**

IF YOU ARE CALLING FROM WITHIN THE UNITED STATES         1-800-852-5711 (voice)
                                                         1-800-822-6268 (TTY)

IF YOU ARE CALLING FROM OUTSIDE THE UNITED STATES  (Not Toll Free)    1-916-845-6500

The *California Employer's Guide*, DE 44, provides the income tax withholding tables. This publication may be found on the Employment Development Department (EDD) website at **www.edd.ca.gov/Payroll_Taxes/Forms_and_Publications.htm**. To assist you in calculating your tax liability, please visit the FTB website at **www.ftb.ca.gov/individuals/index.shtml**.

**NOTIFICATION:** If the IRS instructs your employer to withhold federal income tax based on a certain withholding status, your employer is required to use the same withholding status for state income tax withholding.

The burden of proof rests with the employee to show the correct California Income Tax Withholding. Pursuant to Section 4340-1(e) of Title 22, California Code of Regulations (CCR), the FTB or the EDD may, by special direction in writing, require an employer to submit a Form W-4 or DE 4 when such forms are necessary for the administration of the withholding tax programs.

**PENALTY:** You may be fined $500 if you file, with no reasonable basis, a DE 4 that results in less tax being withheld than is properly allowable. In addition, criminal penalties apply for willfully supplying false or fraudulent information or failing to supply information requiring an increase in withholding. This is provided by Section 13101 of the California Unemployment Insurance Code and Section 19176 of the Revenue and Taxation Code.

Exhibit 2(a)                    45                    000063
1089

## INSTRUCTIONS — 1 — ALLOWANCES*

When determining your withholding allowances, you must consider your personal situation:
— Do you claim allowances for dependents or blindness?
— Will you itemize your deductions?
— Do you have more than one income coming into the household?

**TWO-EARNERS/MULTIPLE INCOMES:** When earnings are derived from more than one source, underwithholding may occur. If you have a working spouse or more than one job, it is best to check the box "SINGLE or MARRIED (with two or more incomes)." Figure the total number of allowances you are entitled to claim on all jobs using only one DE 4 form. Claim allowances with **one** employer. Do **not** claim the same allowances with more than one employer. Your withholding will usually be most accurate when all allowances are claimed on the DE 4 or Form W-4 filed for the highest paying job and zero allowances are claimed for the others.

**MARRIED BUT NOT LIVING WITH YOUR SPOUSE:** You may check the "Head of Household" marital status box if you meet all of the following tests:
(1)   Your spouse will not live with you **at any time** during the year;
(2)   You will furnish over half of the cost of maintaining a home for the entire year for yourself and your child or stepchild who qualifies as your dependent; **and**
(3)   You will file a separate return for the year.

**HEAD OF HOUSEHOLD:** To qualify, you must be unmarried or legally separated from your spouse and pay more than 50% of the costs of maintaining a home for the **entire** year for yourself and your dependent(s) or other qualifying individuals. Cost of maintaining the home includes such items as rent, property insurance, property taxes, mortgage interest, repairs, utilities, and cost of food. It does not include the individual's personal expenses or any amount which represents value of services performed by a member of the household of the taxpayer.

| WORKSHEET A | REGULAR WITHHOLDING ALLOWANCES | |
|---|---|---|
| (A)   Allowance for yourself — enter 1 | (A) | |
| (B)   Allowance for your spouse (if not separately claimed by your spouse) — enter 1 | (B) | |
| (C)   Allowance for blindness — yourself — enter 1 | (C) | |
| (D)   Allowance for blindness — your spouse (if not separately claimed by your spouse) — enter 1 | (D) | |
| (E)   Allowance(s) for dependent(s) — do not include yourself or your spouse | (E) | |
| (F)   Total — add lines (A) through (E) above | (F) | |

## INSTRUCTIONS — 2 — ADDITIONAL WITHHOLDING ALLOWANCES

If you expect to itemize deductions on your California income tax return, you can claim additional withholding allowances. Use Worksheet B to determine whether your expected estimated deductions may entitle you to claim one or more additional withholding allowances. Use last year's FTB Form 540 as a model to calculate this year's withholding amounts.

Do not include deferred compensation, qualified pension payments, or flexible benefits, etc., that are deducted from your gross pay but are not taxed on this worksheet.

You may reduce the amount of tax withheld from your wages by claiming one additional withholding allowance for each $1,000, or fraction of $1,000, by which you expect your estimated deductions for the year to exceed your allowable standard deduction.

| WORKSHEET B | ESTIMATED DEDUCTIONS | | |
|---|---|---|---|
| 1.   Enter an estimate of your itemized deductions for California taxes for this tax year as listed in the schedules in the FTB Form 540 | | 1. | |
| 2.   Enter $8,472 if married filing joint with two or more allowances, unmarried head of household, or qualifying widow(er) with dependent(s) or $4,236 if single or married filing separately, dual income married, or married with multiple employers | − | 2. | |
| 3.   Subtract line 2 from line 1, enter difference | = | 3. | |
| 4.   Enter an estimate of your adjustments to income (alimony payments, IRA deposits) | + | 4. | |
| 5.   Add line 4 to line 3, enter sum | = | 5. | |
| 6.   Enter an estimate of your nonwage income (dividends, interest income, alimony receipts) | − | 6. | |
| 7.   If line 5 is greater than line 6 (if less, see below); Subtract line 6 from line 5, enter difference | = | 7. | |
| 8.   Divide the amount on line 7 by $1,000, round any fraction to the nearest whole number. Enter this number on line 1 of the DE 4. Complete Worksheet C, if needed. | | 8. | |
| 9.   If line 6 is greater than line 5; Enter amount from line 6 (nonwage income) | | 9. | |
| 10.   Enter amount from line 5 (deductions) | | 10. | |
| 11.   Subtract line 10 from line 9, enter difference Complete Worksheet C | | 11. | |

*Wages paid to registered domestic partners will be treated the same for state income tax purposes as wages paid to spouses for California PIT withholding and PIT wages. This law does not impact federal income tax law. A registered domestic partner means an individual partner in a domestic partner relationship within the meaning of Section 297 of the Family Code. For more information, please call our Taxpayer Assistance Center at 1-888-745-3886.

Exhibit 2(a)                         46                              000064
1090

**WORKSHEET C**                    TAX WITHHOLDING AND ESTIMATED TAX

1.  Enter estimate of total wages for tax year 2018 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1. _____

2.  Enter estimate of nonwage income (line 6 of Worksheet B) . . . . . . . . . . . . . . . . . . . . . . . . . 2. _____

3.  Add line 1 and line 2. Enter sum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3. _____

4.  Enter itemized deductions or standard deduction (line 1 or 2 of Worksheet B, whichever is largest) . . . . . . 4. _____

5.  Enter adjustments to income (line 4 of Worksheet B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5. _____

6.  Add line 4 and line 5. Enter sum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6. _____

7.  Subtract line 6 from line 3. Enter difference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7. _____

8.  Figure your tax liability for the amount on line 7 by using the 2018 tax rate schedules below . . . . . . . . 8. _____

9.  Enter personal exemptions (line F of Worksheet A x $125.40) . . . . . . . . . . . . . . . . . . . . . . . . . 9. _____

10. Subtract line 9 from line 8. Enter difference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10. _____

11. Enter any tax credits. (See FTB Form 540) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11. _____

12. Subtract line 11 from line 10. Enter difference. This is your total tax liability . . . . . . . . . . . . . . . . 12. _____

13. Calculate the tax withheld and estimated to be withheld during 2018. Contact your employer to
    request the amount that will be withheld on your wages based on the marital status and number of
    withholding allowances you will claim for 2018. Multiply the estimated amount to be withheld by
    the number of pay periods left in the year. Add the total to the amount already withheld for 2018 . . . . . . . 13. _____

14. Subtract line 13 from line 12. Enter difference. If this is less than zero, you do not need to have additional
    taxes withheld . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14. _____

15. Divide line 14 by the number of pay periods remaining in the year. Enter this figure on line 2 of the DE 4 . . . 15. _____

**NOTE:** Your employer is not required to withhold the additional amount requested on line 2 of your DE 4. If your employer does not agree to withhold the additional amount, you may increase your withholdings as much as possible by using the "single" status with "zero" allowances. If the amount withheld still results in an underpayment of state income taxes, you may need to file quarterly estimates on Form 540-ES with the FTB to avoid a penalty.

*THESE TABLES ARE FOR CALCULATING WORKSHEET C AND FOR 2018 ONLY*

| SINGLE PERSONS, DUAL INCOME MARRIED WITH MULTIPLE EMPLOYERS | | | |
| IF THE TAXABLE INCOME IS | | COMPUTED TAX IS | |
| OVER | BUT NOT OVER | OF AMOUNT OVER . . . | PLUS |
|---|---|---|---|
| $0 | $8,223 ... | 1.100% | $0 | $0.00 |
| $8,223 | $19,495 ... | 2.200% | $8,223 | $90.45 |
| $19,495 | $30,769 ... | 4.400% | $19,495 | $338.43 |
| $30,769 | $42,711 ... | 6.600% | $30,769 | $834.49 |
| $42,711 | $53,980 ... | 8.800% | $42,711 | $1,622.66 |
| $53,980 | $275,738 ... | 10.230% | $53,980 | $2,614.33 |
| $275,738 | $330,884 ... | 11.330% | $275,738 | $25,300.17 |
| $330,884 | $551,473 ... | 12.430% | $330,884 | $31,548.21 |
| $551,473 | $1,000,000 ... | 13.530% | $551,473 | $58,967.42 |
| $1,000,000 | and over... | 14.630% | $1,000,000 | $119,653.12 |

| MARRIED FILING JOINT OR QUALIFYING WIDOW(ER) TAXPAYERS | | | |
| IF THE TAXABLE INCOME IS | | COMPUTED TAX IS | |
| OVER | BUT NOT OVER | OF AMOUNT OVER . . . | PLUS |
|---|---|---|---|
| $0 | $16,446 ... | 1.100% | $0 | $0.00 |
| $16,446 | $38,990 ... | 2.200% | $16,446 | $180.91 |
| $38,990 | $61,538 ... | 4.400% | $38,990 | $676.88 |
| $61,538 | $85,422 ... | 6.600% | $61,538 | $1,668.99 |
| $85,422 | $107,960 ... | 8.800% | $85,422 | $3,245.33 |
| $107,960 | $551,476 ... | 10.230% | $107,960 | $5,228.67 |
| $551,476 | $661,768 ... | 11.330% | $551,476 | $50,600.36 |
| $661,768 | $1,000,000 ... | 12.430% | $661,768 | $63,096.44 |
| $1,000,000 | $1,102,946 ... | 13.530% | $1,000,000 | $105,138.68 |
| $1,102,946 | and over | 14.630% | $1,102,946 | $119,067.26 |

| UNMARRIED HEAD OF HOUSEHOLD | | | |
| IF THE TAXABLE INCOME IS | | COMPUTED TAX IS | |
| OVER | BUT NOT OVER | OF AMOUNT OVER . . . | PLUS |
|---|---|---|---|
| $0 | $16,457 ... | 1.100% | $0 | $0.00 |
| $16,457 | $38,991 ... | 2.200% | $16,457 | $181.03 |
| $38,991 | $50,264 ... | 4.400% | $38,991 | $676.78 |
| $50,264 | $62,206 ... | 6.600% | $50,264 | $1,172.79 |
| $62,206 | $73,477 ... | 8.800% | $62,206 | $1,960.96 |
| $73,477 | $375,002 ... | 10.230% | $73,477 | $2,952.81 |
| $375,002 | $450,003 ... | 11.330% | $375,002 | $33,798.82 |
| $450,003 | $750,003 ... | 12.430% | $450,003 | $42,296.43 |
| $750,003 | $1,000,000 ... | 13.530% | $750,003 | $79,586.43 |
| $1,000,000 | and over | 14.630% | $1,000,000 | $113,411.02 |

IF YOU NEED MORE DETAILED INFORMATION, SEE THE INSTRUCTIONS THAT
CAME WITH YOUR LAST CALIFORNIA RESIDENT INCOME TAX RETURN OR
CALL THE FTB:

IF YOU ARE CALLING FROM WITHIN THE UNITED STATES          1-800-852-5711 (voice)
                                                          1-800-822-6268 (TTY)

IF YOU ARE CALLING FROM OUTSIDE THE UNITED STATES
(Not Toll Free)                                           1-916-845-6500

The DE 4 information is collected for purposes of administering the PIT law and under the authority of Title 22, CCR, Section 4340-1, and the California Revenue and Taxation Code, including Section 18624. The Information Practices Act of 1977 requires that individuals be notified of how information they provide may be used. Further information is contained in the instructions that came with your last California resident income tax return.

DE 4 Rev. 46 (12-17) (INTERNET)                    Page 4 of 4

Exhibit 2(a)                    47                    000065
1091



November 27, 2019

VIA: Certified Mail, U.S. Mail
Mr. Jonathon Ledesma

Los Angeles, CA

RE: Letter of Termination

Dear Mr. Ledesma,

You were suspended pending a safety investigation on November 25, 2019. Based on the outcome of that investigation, this letter will confirm your discharge from employment with Universal Intermodal Services, Inc. effective November 27, 2019 for violation of Federal Motor Carrier Safety Regulations (FMCSR) licensing requirements.

Please be advised that we will respond to all reference checks from prospective employers with simply your dates of employment and position held.

If you have any questions, please feel free to contact me at 310-609-1684 ext 3560.

Sincerely,

Joe Lugo – General Manager
Universal Intermodal Services – Rancho Dominguez Operation

CC: Richard Silverwood – Corporate Labor
Dennis Glackin – Corporate Labor

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

LOS ANGELES, CA 90001

| | |
|---|---|
| Certified Mail Fee | $3.50 |
| | $2.80 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.55 |
| Total Postage and Fees | $6.85 |

Postmark Here

USPS 11/27/2019

Sent To  Jonathan  Ledesma
Street and Apt. No., or PO Box No.
City, State, ZIP+4®  Los  Angeles. CA

PS Form 3800, April 2015  PSN 7530-02-000-9047  See Reverse for Instructions

7019 1640 0001 8340 4899

Universal Intermodal Ser
2035 Vista Bella V
Rancho Dominguez, CA 90220

Exhibit 2(a)
1092

000066
**JX 4(b)**

```
              JT4B                      XX
EXHIBIT NO._____  RECEIVED _____ REJECTED _____


        21-CA-252500, et al.        MASON-DIXON INTERMODAL
CASE NO _____ CASE NAME _____


              2              6/15/21            T. RAY
NO OF PAGES _____ DATE: _____ REPORTER: _____
```

Exhibit 2(a)
1093

# APPLICATION FOR EMPLOYMENT

# Universal Intermodal Services, Inc.

| LAST NAME | FIRST NAME | MIDDLE | DATE | POSITION |
|-----------|-----------|--------|------|----------|
| MALLARD | Romel | C | 5/2/18 | DRIVER |

Recruiter  Javier Velasco
Phone  586-582-2457
Email  jvelasco@universalintermodal.com

Page 1 of 11

Exhibit 2(a)
1094

1

**JX 5(a)**

000067

JT5A                    XX
**EXHIBIT NO.**_____ **RECEIVED** _____ **REJECTED** _____


     21-CA-252500, et al.        MASON-DIXON INTERMODAL
**CASE NO** _____ **CASE NAME** _____


      51            6/15/21          T. RAY
**NO OF PAGES** _____ **DATE:** _____ **REPORTER:** _____

Exhibit 2(a)
1095

Recruiter-
Javier Velasco

**UNIVERSAL INTERMODAL SERVICES, INC.**
12755 E. Nine Mile Warren, MI 48089
Driver Application

TO BE READ AND SIGNED PRIOR TO COMPLETING THE APPLICATION

**PLEASE READ CAREFULLY:** This company is an equal opportunity employer and seeks to employ and promote the most qualified personnel and to do this in such a manner that will not discriminate against any individual because of: race, color, gender, religion, age, veteran status, disability, or any other category protected by federal, state, and local laws. This commitment applies to all aspects of the employment relationship including hiring, promotion, training, compensation, discipline, discharge and any term or condition of employment. Those applicants requiring accommodation for the application and/or interview process should notify a representative of this company for assistance. This application is valid for consideration of employment for six months only.

**Please complete this application and all fields completely with the understanding that any incorrect or false statement or misinformation furnished, intended or otherwise, will subject the applicant to discharge at any time.**

"I understand that information I provide regarding current and/or previous employers may be used, and those employer(s) will be contacted, for the purpose of investigating my safety performance history as required by 49 CFR 391.23 (d) & (e). I understand that I have the right to:

◆   Review information provided by current / previous employers;

◆   Have errors in the information corrected by previous employers and for those previous employers to re-send the corrected information to the prospective employer; and

◆   Have a rebuttal statement attached to the alleged erroneous information, if the previous employer(s) and I cannot agree on the accuracy of the information."

Signature: _[signature]_                                    Date: 5/2/18

*Do not leave any questions blank. If "none" or "not applicable" indicate as such.*

## PERSONAL DATA

NAME: MALLARD (Last)   ROMEL (First)   CHRISTOPHER (Middle)   Date of Birth: ▓▓▓ 1977

Social Security Number: ▓▓▓▓▓▓

Have you worked or attended school under any other name: ☐ YES ☒ NO   If yes, list name(s) _____

Home Phone: _____   Cell Phone: (323) 437-8029

Email Address: romel-mallard@aol.com

PRESENT ADDRESS: ▓▓▓▓▓▓▓▓ (Street)   PARAMOUNT (City)   CA (State)   ▓▓▓ (Zip)   How Long? 2 yrs

*Within last 10 years:*

Previous  Address: ▓▓▓▓ (Street)   ▓▓▓ (City)   HAWTHORNE (City)   CA (State)   ▓▓▓ (Zip)   How Long? 5 yr 5

Previous  Address: _____ (Street)   _____ (City)   _____ (State)   _____ (Zip)   How Long? _____

Have you ever applied for a job with us before? ☐ YES ☒ NO   "If Yes"  When _____   Where _____

How were you referred? INDEED / ADvertisment

List any friends working for us: NONE   Relatives: NONE

Emergency Contact Name: JUDY DAVIS

Cell Phone Number: (562) 704-0315   Home Phone Number: _____

## EDUCATION

| INSTITUTION | NAME AND ADDRESS | # OF YEARS COMPLETED |
|---|---|---|
| Secondary School | Downey High School | 3 yrs.  PARAMOUNT / DIPLOMA |
| University | | |
| Other Training | School of Advanced Trucking | 1 yr  YARUPA VALLEY CA |

Exhibit 2(a)
1096                                    2                                    000068

Have you taken any truck driving courses? (If yes, when and where): _CRST   Riverside   CA   2014_

Do you hold any safe driving awards and from whom? ____NONE____

## CHARACTER REFERENCES

References should be other than relatives and employees of this company.  If you have been self-employed at any time in the preceding five years, list person(s) who can verify this self-employment.

1. Name ANTHONY  YATES   Occupation OWNER  OP   Place Employed US POSTAL SERVICE
   Address ▓▓▓▓▓▓   City GARDENA   State C A   Phone 323 667-4968

2. Name BERNARD  MOORE   Occupation CLASS A CDL DRIVER Place Employed PAYNE TRUCKING
   Address _____   City LOS ANGELES   State C A   Phone 213 265-5311

## DRUG AND ALCOHOL TESTING

| | | |
|---|---|---|
| Did a DOT alcohol test, conducted within the past two years, confirm a BAC (breath alcohol concentration) of 0.04 or greater? | ☐ YES | ☒ NO |
| Did a DOT Controlled Substance (drug) test within the past 2 years result in a confirmed "Positive" result? | ☐ YES | ☒ NO |
| Did the Applicant refuse to be tested as required by the DOT regulations? | ☐ YES | ☒ NO |

If **YES** to any of the above, complete the following section:   N/A

Date of Positive test or refusal: _____   Type of test ☐ Alcohol   ☐ Controlled Substance   ☐ Both

Did you return to duty with your organization following evaluation by a Substance Abuse Professional (SAP)? ☐ YES   ☐ NO

SAP's Name _____   SAP's Phone _____

Was follow up testing required and performed? ☐ YES   ☐ NO

## LICENSE INFORMATION

Section 383.21 FMCSR states "No person who operates a commercial vehicle shall at any time have more than one driver's license" I verify that I do not have more than one motor vehicle license, the information for which is listed below.

License Number ▓▓▓▓▓▓   State C.A.

Endorsements X-TANKER / DOUBLE-TRIPLE TRAILER   Expiration Date 07/01/2019

| | | |
|---|---|---|
| Have you ever been denied a license, permit, or privilege to operate a motor vehicle? | ☐ YES | ☒ NO |
| If Yes, give details _____ | | |
| Has any license, permit or privilege ever been suspended or revoked? | ☐ YES | ☒ NO |
| If yes, give details _____ | | |
| Have you ever been convicted of reckless/unsafe driving or DUI/DWI? | ☐ YES | ☒ NO |
| If yes, give details _____ | | |

## MILITARY EXPERIENCE

Have you served in the U.S Military:   ☐ YES   ☒ NO   Dates of Service: _____

Which Branch: _____   Detail experience gained: _____

Exhibit 2(a)   3   000069
1097

## ACCIDENT INFORMATION

List any motor vehicle accidents you have had within the preceding FIVE years regardless of whether you were issued a ticket.
*(For both commercial and personal vehicles)*     *(IF NO ACCIDENTS LIST "NONE")*

| DATE | CITY | STATE | NUMBER OF FATALITIES | NUMBER OF INJURIES | WERE YOU DRIVING A TRUCK? | DID YOUR COMPANY HOLD YOU RESPONSIBLE? | DESCRIBE THE ACCIDENT |
|------|------|-------|------|------|------|------|------|
| | NONE | | | | | | |
| | | | | | | | |

## TRAFFIC CONVICTIONS & FORFEITURES

List any violations of motor vehicle laws or ordinances of which you were convicted or forfeited bond or collateral within the preceding FIVE years. *(For both commercial and personal vehicles)*     *(IF NO CONVICTIONS OR FORFEITURES YOU MUST LIST "NONE")*

| DATE | CITY | STATE | MOVING VIOLATION DESCRIPTION | POINTS | PENALTY |
|------|------|-------|------|------|------|
| | NONE | | | | |
| | | | | | |
| | | | | | |

Have you ever been discharged from an employer or contract services?     ☐ YES   ☐ NO     If yes, when and why: _____

## DRIVING EXPERIENCE

Please complete the following driving experience you have had in the preceding 10 years:

| CLASS OF EQUIPMENT | TYPE OF EQUIPMENT (CIRCLE ALL THAT APPLY) | OVER THE ROAD (CIRCLE ONE) | TYPE OF MATERIALS HAULED | NUMBER OF YEARS & MONTHS | APPROX MILES |
|------|------|------|------|------|------|
| STRAIGHT TRUCK | VAN / REEFER / TANK / FLAT / OD | YES OR NO | | | |
| TRACTOR & SEMI-TRAILER | (VAN) (REEFER) / TANK / (FLAT) OD | (YES) OR NO | GENERAL FREIGHT Fixed Construction Mat | 3'6 mos | |
| TRACTOR – TWO TRAILERS | VAN / REEFER / TANK / FLAT / OD | YES OR NO | | | |
| TRACTOR – THREE TRAILERS | VAN / REEFER / TANK / FLAT / OD | YES OR NO | | | |
| OTHER: _____ | VAN / REEFER / TANK / FLAT / OD | YES OR NO | | | |

## WORK HISTORY:

Give a *COMPLETE* and consecutive history of your employment for the last 10 years, starting with the present or most recent employer. Please account for all months. REMEMBER- AN INCOMPLETE DATA SHEET WILL PREVENT PROCESSING

**MOST RECENT EMPLOYER:**

Company Centerline Drivers Inc.   Phone (866) 213-1453   Contact Regina Frank

City & State SANTA ANA   CA   Dates 10/2017   To 2/2018

Position DRIVER   Reason for leaving _____

Tractor Trailer? ☒ Yes ☐ No   Type of Trailer DRY VAN / Reefer   OTR or Local? LOCAL DRIVER

Were you subject to FMCSRs while employed? ☒ Yes ☐ No
Was your job designated as a safety –sensitive function in any DOT-regulated mode subject to the drug and alcohol testing requirements of 49 CFR Part 40?   ☒ Yes   ☐ No
ACCOUNT FOR ANY PERIOD BETWEEN JOBS- Include dates (month & year) and reason _____

Company PAYNE TRUCKING   Phone (323) 286-8391   Contact JEFFREY PAYNE

City & State LOS ANGELES   CA.   Dates 2/2016   To _____

Position DRIVER   Reason for leaving _____

Tractor Trailer? ☒ Yes ☐ No   Type of Trailer DRY VAN   OTR or Local? OTR
Were you subject to FMCSRs while employed? ☒ Yes ☐ No
Was your job designated as a safety –sensitive function in any DOT-regulated mode subject to the drug and alcohol testing requirements of 49 CFR Part 40?   ☒ Yes   ☐ No
ACCOUNT FOR ANY PERIOD BETWEEN JOBS- Include dates (month & year) and reason _____

Page 4 of 11

Exhibit 2(a)          4          000070
1098

Company _C T _____ Phone (323) 667-4968 Contact ANTHONY Yates
City & State GARDENA  CA. Dates 7/2014 To 9/2017
Position DRIVER  Reason for leaving complications with STAFF
Tractor Trailer? ☑Yes ☐ No  Type of Trailer DRY VAN 53ft OTR or Local? OTR
Were you subject to FMCSRs while employed? ☑ Yes ☐ No
Was your job designated as a safety –sensitive function in any DOT-regulated mode subject to the drug and alcohol testing requirements of 49 CFR Part 40? ☑ Yes ☐ No
ACCOUNT FOR ANY PERIOD BETWEEN JOBS- Include dates (month & year) and reason _____

Company FLAGSHIP CHILDRENS CTR Phone (310) 644-8776 Contact DEIDRE NORTON
City & State HAWTHORNE  CA. Dates 6/2015 To 12/2015
Position DRIVER  Reason for leaving LAID OFF
Tractor Trailer? ☐ Yes ☑ No  Type of Trailer PASSENGER VEHICLE OTR or Local? LOCAL
Were you subject to FMCSRs while employed? ☐ Yes ☑ No
Was your job designated as a safety –sensitive function in any DOT-regulated mode subject to the drug and alcohol testing requirements of 49 CFR Part 40? ☐ Yes ☑ No
ACCOUNT FOR ANY PERIOD BETWEEN JOBS- Include dates (month & year) and reason _____

Company C R ST EXPEDITE Phone (951) 218-5557 Contact ALVIN HOGGARD
City & State RIVERSIDE  CA. Dates 7/2014 To 6/2015
Position DRIVER  Reason for leaving LOW PAY LIMIT INV WFE
Tractor Trailer? ☑Yes ☐ No  Type of Trailer DRY VAN 53ft OTR or Local? OTR
Were you subject to FMCSRs while employed? ☑ Yes ☐ No
Was your job designated as a safety –sensitive function in any DOT-regulated mode subject to the drug and alcohol testing requirements of 49 CFR Part 40? ☑ Yes ☐ No
ACCOUNT FOR ANY PERIOD BETWEEN JOBS- Include dates (month & year) and reason _____

Company AMR STAFFING Phone (310) 417-3991 Contact MARIA ROXAS
City & State BELL FLOWER  CA. Dates 1/2013 To 11/2013
Position FORK LIFT OPERATOR Reason for leaving LAID OFF
Tractor Trailer? ☐ Yes ☑ No  Type of Trailer FORK LIFT OTR or Local? _____
Were you subject to FMCSRs while employed? ☐ Yes ☐ No
Was your job designated as a safety –sensitive function in any DOT-regulated mode subject to the drug and alcohol testing requirements of 49 CFR Part 40? ☐ Yes ☑ No
ACCOUNT FOR ANY PERIOD BETWEEN JOBS- Include dates (month & year) and reason _____

Company _____ Phone (___) _____ Contact _____
City & State _____ Dates _____ To _____
Position _____ Reason for leaving _____
Tractor Trailer? ☐ Yes ☐ No  Type of Trailer _____ OTR or Local? _____
Were you subject to FMCSRs while employed? ☐ Yes ☐ No
Was your job designated as a safety –sensitive function in any DOT-regulated mode subject to the drug and alcohol testing requirements of 49 CFR Part 40? ☐ Yes ☐ No
ACCOUNT FOR ANY PERIOD BETWEEN JOBS- Include dates (month & year) and reason _____

Page 5 of 11

Exhibit 2(a)
1099
5
000071

12755 E. Nine Mile
WARREN, MI  48089

AUTHORIZATION FOR CRIMINAL BACKGROUND INVESTIGATION

**(PLEASE PRINT CLEARLY)**

Have you ever been convicted of a crime or do you have any criminal charges pending against you?  ☐Yes  ☒No

If "Yes", must provide specific information (dates/detail) of the circumstances of all incidents: _____

_____

_____

*(Only answer "Yes" if the crime indicated has not been sealed, expunged, dismissed, or annulled by a court)*
*(Answering "Yes" to this question will not necessarily disqualify an applicant from employment)*

**Please make sure your full name is entered exactly as it appears on your government-issued identification.**

First Name: R O M E L

Middle Name: C H R I S T O P H E R

Last Name: M A L L A R D

Current Home
Street Address: ███████████████████████

City: PARAMOUNT   State: CA   Zip: ████████

Phone: (323) 437 - 8029

**I certify that all information above has been answered truthfully, accurately and completely to the best of my knowledge. Furthermore, I understand that any incorrect or false statement or misinformation furnished by me, intended or otherwise, may subject me to discharge at any time.**

Applicant Signature _____   Date _____

*For California, Minnesota, or Oklahoma applicants Only:*

☒ I request a copy of my consumer report be sent to the home address listed above.

Page 9 of 11

Exhibit 2(a)
1100

## Meal Breaks - 2nd Unpaid Meal Breaks Waiver

Waiving 2nd Unpaid Meal Breaks

My position and duties may require me to work shifts which are more than 10 hours long.
Employees are relieved of all duties during 30 minute Meal Breaks and such breaks are UNPAID.
I may waive my 2nd Unpaid Meal Break only under the following conditions:

- o   When my shift is between 10 and 12 hours long.
- o   If I did NOT waive the 1st Unpaid Meal Break for that particular shift.

In order for this waiver to be valid, an authorized Company official must authorize this waiver by
marking this it as "Approved" and signing in the space provided.

Revoking the 2nd Unpaid Meal Break Waiver

I may revoke my 2nd Unpaid Meal Break Waiver as needed, provided that...

- o   The revocation is in writing;
- o   Written revocation includes the specific date or dates for the 2nd Unpaid Meal Break; and
- o   The written revocation is received, and signed by an authorized Company representative BEFORE actually taking the 2nd Unpaid Meal Break(s).

I, the undersigned employee, acknowledge receiving a copy of the Meal and Break Policy and hereby
voluntarily agree to waive my 2nd Unpaid Meal Breaks as described in this 2nd Unpaid Meal Breaks Waiver.


_____          _5/17/18___
Employee Signature                                Date

_ROMEL   MALLARD_____
Employee Name (*Please Print*)


*Meal & Rest Breaks Policy & Waiver (HR) REV: 11.2016*

Exhibit 2(a)
1101                                          7                                    000073

## Meal and Rest Break Policy
### California

The Company complies with applicable federal and state meal and rest break laws. Operative and hourly employees are provided with meal and rest breaks, the number of which is determined by how many hours an employee works during a shift.

### Meal Break

A meal break is a 30 minute period when an employee is relieved of all work duties and responsibilities. Employees are free to leave the premises for their meal break or employees may take their meal breaks at their work station but should not perform any work tasks during the meal break. Because a meal break is unpaid, employees must clock out for the duration of their meal break and clock back in when working resumes.

Employees are required to take a meal break before the end of their fifth hour on duty. A second meal break is provided before the end of the tenth hour of work when an employee works more than 10 hours in a shift. The second meal break may be waived through written mutual employer/employee consent provided the first meal period was not waived and the employee will not work more than 12 hours during that shift.

### Rest Break

A rest break is a net 10-minute period of paid time when the employee is relieved of all work duties and responsibilities. A rest break is taken for every four hours worked or major fraction thereof. An example of breaks required to be taken is as follows:

| Shift Length | Required Rest Break Periods |
|---|---|
| 3.5 - 6 hours | 1st 10-minute break |
| 6 - 10 hours | 2nd 10-minute break |
| 10 - 14 hours | 3rd 10-minute break |

- Employees must remain on Company premises (drivers should stay with their vehicle) during rest breaks
  Employees must schedule rest breaks at their discretion consistent with the above parameters
- Employees should take rest breaks so far as is practicable in the middle of each four hour work period or major fraction thereof
- Rest breaks cannot be combined together
- Rest breaks cannot be added on to meal breaks
- Rest breaks cannot be taken at the very beginning or very end of a shift

Unless notified by the employee, the Company considers all meal and rest breaks to have been provided to the employee in compliance with this policy. If you have questions about this policy or believe that you have not been provided a meal or rest break that complies with this policy, please contact your immediate supervisor, human resources, or you can call the H.R. Hotline at (866) 691-5307.

*Meal & Rest Breaks Policy & Waiver (HR) REV: 11.2016*

Exhibit 2(a)
1102                                    8                                    000074

## Meal Breaks - 2nd Unpaid Meal Breaks Waiver

Waiving 2nd Unpaid Meal Breaks

- My position and duties may require me to work shifts which are more than 10 hours long.
- Employees are relieved of all duties during 30 minute Meal Breaks and such breaks are UNPAID.
- I may waive my 2nd Unpaid Meal Break only under the following conditions:
    - o   When my shift is between 10 and 12 hours long.
    - o   If I did NOT waive the 1st Unpaid Meal Break for that particular shift.

In order for this waiver to be valid, an authorized Company official must authorize this waiver by marking this it as "Approved" and signing in the space provided.

Revoking the 2nd Unpaid Meal Break Waiver

- I may revoke my 2nd Unpaid Meal Break Waiver as needed, provided that...
    - o   The revocation is in writing;
    - o   Written revocation includes the specific date or dates for the 2nd Unpaid Meal Break; and
    - o   The written revocation is received, and signed by an authorized Company representative BEFORE actually taking the 2nd Unpaid Meal Break(s).

I, the undersigned employee, acknowledge receiving a copy of the Meal and Break Policy and hereby voluntarily agree to waive my 2nd Unpaid Meal Breaks as described in this 2nd Unpaid Meal Breaks Waiver.

_____          _____
Employee Signature                                       Date   5/17/18

ROMEL   MALLARD
Employee Name (Please Print)

Meal & Rest Breaks Policy & Waiver (HR) REV: 11.2016

Exhibit 2(a)                    9                    000075
1103

To:     State of California Employees
RE:     California Paid Sick Leave Policy

In compliance with California Labor Code AB1522, an employee working in the State of California is entitled to Paid Sick Leave ("PSL"). Effective January 1st, every employees PSL balance will be reset to 3 days (24 hours). PSL may be used for the diagnosis, care, preventative care, or treatment of a health condition for the employee or the employee's family members (see below for definition of "family member"). PSL can also be used for employees who are victims of domestic violence, sexual assault, or stalking.  The guidelines for usage of PSL are set forth below.

PAID SICK LEAVE Usage:

- Newly hired employees working in the State of California will be granted 3 days (24 hours) of PSL upon hire but are prohibited from utilizing PSL until their 90th day of employment.
- Existing employees working in the State of California (if employed 90 days or more) are awarded 24 hours of PSL on January 1 of each calendar year, which does not carry over from year to year.
- PSL may be used for the diagnosis, care, preventative care, or treatment of a health condition for the employee or the employee's family members, including a biological, adoptive, foster, or stepchild, a legal ward, or a child to whom the employee stands in loco parentis; a biological, adoptive, foster, or stepparent; the legal guardian of an employee or the employee's spouse or registered domestic partner; or a person who stood in loco parentis when the employee was a minor child; an employee's spouse or registered domestic partner; an employee's grandparent; an employee's grandchild; or an employee's sibling.
- PSL may also be used for employees who are victims of domestic violence, sexual assault, or stalking.
- When used, PSL will be paid at the employee's regular rate of pay at the time it is utilized. Employees who have more than one rate of pay in the 90-day period preceding the use of PSL (e.g. base rate and overtime), PSL will be paid at the average hourly rate during the preceding 90-day period (i.e., total wages paid divided by the total hours worked during the 90-day period).
- PSL may be taken in increments of no less than 2 hours.
- When absent full days, PSL will be paid based on the number of hours of PSL an employee requests to use, so long as the amount requested does not exceed the most hours worked by employee in a given day during the previous 90 days. If employee does not request to use a specific number of hours of PSL for a full-day absence, then the amount of PSL to be used for a full-day absence will be calculated based on the number of hours that an employee typically works per day. If the number of hours that an employee works per day varies, a full day of PSL will be based on the average number of hours per day that the employee worked during the previous 90 days.
- If the need for PSL is foreseeable, an employee must provide reasonable advance notice, which we request to be no less than two hours before your scheduled shift. If the need for PSL is not foreseeable, such as in the event of an emergency, an employee must provide notice as soon as practicable under the circumstances.
- PSL days that remain unused at the end of the calendar year will be paid out to the employee. Employees must be employed for at least 90 days to be eligible for unused PSL payout.
- If an employee resigns or is terminated, they will be paid for all unused PSL. Employees must be employed for at least 90 days to be eligible for unused PSL payout.
- Should an employee qualify for and utilize Family Medical Leave under FMLA or CFRA (approved through HR-1), available PSL will be applied by default during that time. All employees requesting medical leave must contact HR-1 (x2358).

I hereby acknowledge receipt of the California Paid Sick Leave Policy, which I have read and understand.

_Homul  M_                              _5/17/18_
Employee Signature                        Date

_ROMEL  MALLARD_
Employee Name (Please Print)

Please return this signed Policy to HR-1, Your Service Provider, Attention: CA PSL.

CA - Paid Sick Leave Policy (MHHR) Rev: 01.03.2017

Exhibit 2(a)                              10                              000076
1104

## LIFE INSURANCE BENEFICIARY ASSIGNMENT

Life insurance coverage is provided by your employer at no cost to you. This applies whether or not you elect medical or dental coverage. Please complete and return this form at your earliest convenience. If not returned, we will accept this as you declining this coverage.

_Romel   Maillard_
Print name of Insured

_____
Social Security Number

_UNIVERSAL Logistics INC_
Company Name

Beneficiary Designation* (Example: Mary A. Doe, not Mrs. J. Doe)

_EBONY_
First Name

_S_
Middle Initial

_LYNK_
Last Name

_Emite_
Relationship

Address of Beneficiary if different than Insured's                    _PARAMOUNT  CA._

_5/17/18_
Date Signed

_1411_
Date of Birth

_Romel M_
Signature of Insured

## *Instructions for Beneficiary Assignment

| | |
|---|---|
| **To designate one person** | Insert the name and relationship in the spaces provided. If your beneficiary is not related to you, show relationship as "Friend." |
| **"Estate"** | If you wish to name your estate, insert "Estate" on that line. |
| **Member of religious order** | To show a member of religious order do the following: Mary I. Jones, niece, known in religious life as Sister Mary Agnes |
| **More than one beneficiary** | See the following examples: |
| **Two** | John J. Jones, father and Mary R. Jones, mother |
| **Three or more** | James O. Jones, brother; Peter I. Jones, brother; and Martha N. Jones, sister |
| **Unnamed children** | My children, living at my death, from my marriage to Lois P. Jones |
| **One contingent beneficiary** | Lois P. Jones, wife, if living; otherwise Herbert I. Jones, son |
| **More than one contingent** | Lois P. Jones, wife, if living; otherwise Herbert I. Jones, son, Alice B. Jones, daughter, and Ann Y. Jones, daughter |
| **Unnamed children as contingent beneficiaries** | Lois P. Jones, wife if living; otherwise my children living at my death from my marriage to said wife |

It is inadvisable to name a beneficiary who is a permanent resident of a foreign country. If such a person is named, furnish full address.

If none of the above is suitable, explain in the blank space what is desired, or attach a note. If you name more than one beneficiary, settlement will be made in equal shares to the designated beneficiary(ies) that survive you, unless otherwise provided in the designation. If no named beneficiary survives you, settlement will be made to your estate, unless otherwise provided in the Group Policy.

**DO NOT SUBMIT FORM THAT HAS BEEN ALTERED WITH CORRECTION FLUID OR CROSS OUT, REQUEST NEW FORM. MAKE A COPY OF COMPLETED FORM TO RETAIN IN YOUR RECORDS FOR REVIEW AND INFORMATION. NOTIFY INSURED'S HUMAN RESOURCES DEPARTMENT FOR QUESTIONS OR IF NEW FORM IS NEEDED FOR UPDATE.**

RETURN COMPLETED FORMS TO HUMAN RESOURCES-ATTN: KRISTEN ULFIG, 12225 STEPHENS, WARREN, MI 48089

Exhibit 2(a)
1105

11

000077

2018 LSHV Enrollment/Change Form



Blue Cross Blue Shield



# Cherokee Insurance Company

2018 Enrollment/Change Application

Page 1 of 2

DENTEMAX

## Employee Information

To be filled out by applicant. Please complete this form in its entirety, incomplete forms will be returned. Social Security Number is required for the applicant, spouse and dependent.

| Last Name: | Legal First Name: | Middle Initial: | | DOB: | Male ☒ |
|---|---|---|---|---|---|
| Mallard | Romel | C. | | 1/77 | Female ☐ |

| Address: | Apt.: | City: | State: | Zip: | Social Security Number: |
|---|---|---|---|---|---|
| | | PARAMOUNT | C.A. | | |

## Enrollment/Change Reason

Your employer sponsors medical and dental insurance to participating full time employees. An employee is only able to enroll on or change employer sponsored insurance during the first 90 days of full time employment (effective on 91 day), the open enrollment period (effective Jan 1), or within 30 days of a qualifying event (loss of spousal or parental coverage, new dependents through birth/adoption/marriage). You may also use this form to terminate your coverage at any time.

### 1. Enrollment/Change Reason

☒ New Hire
☐ Voluntarily waive participation in the employee health insurance plan
☐ Change in employment status
☐ Drop Coverage; indicate the coverage you want to drop ☐ Medical   ☐ Dental
☐ Drop Spouse and/or Dependent
☐ Rehire/Transfer  Date:_____
☐ Qualifying life event; check the box in Section 2. Indicate name of person who incurred the event:_____

### 2. Qualifying life event (supporting documentation is required)*

☐ Marriage
☐ Divorce/Legal Separation
☐ Birth, Adoption, Guardianship
☐ Death of a Dependent

## Benefit Plan Elections

| Medical (BCBS PPO) | | Dental (Dentemax) | |
|---|---|---|---|
| **Plan** | **Coverage Level** | **Plan** | **Coverage Level** |
| ☐ Low Plan | ☒ Single | ☒ Enroll | ☒ Single |
| ☒ Standard Plan | ☐ Double | ☐ Waive Dental Coverage | ☐ Double |
| ☐ High Plan | ☐ Family | | ☐ Family |
| ☐ Value HDHP Plan | | | |
| ☐ Waive Medical Coverage | | | |

## Other Insurance Info

| Does anyone being enrolled have other health care coverage? If yes, complete the following: | Have you or any of your dependents previously been a Cherokee Insurance member? ☐ Yes ☐ No | Are you to provide medical coverage for a child(ren) listed on this application according to a qualified medical child support order (QMSCO)? ☐ Yes ☐ No If yes, please attach document. |
|---|---|---|
| ☒ Self ☐ Spouse ☐ Dependent | Name _____ | |
| Type of coverage ☐ BCBS ☐ Other _____ | Former Number _____ | Does a qualified medical child support order (QMSCO) exist for and dependent child(ren) listed on this application? ☐ Yes ☐ No |
| Medicare Number _____ | Name/# _____ | |
| Effective Date for Part A _____ | Name/# _____ | If yes, please attach document. |
| Effective Date for Part B _____ | Name/# _____ | |

Exhibit 2(a)
1106
12
000078

2018 LSI IV Enrollment/Change Form



## Cherokee Insurance Company
### 2018 Enrollment/Change Application
Page 2 of 2

DENTEMAX

| Employee Last Name | First Name | MI | Social Security Number |
|---|---|---|---|
| Mallard | Romel | C | |

### Dependent Information

Important: List family members you are covering. Legal first name, middle initial and last name.

If last name is different from yours, include a copy of Marriage Certificate (Spouse) or Birth Certificate (Child). Failure to provide the proper documents will result in their enrollment being rejected. You must complete the following section for everyone you are enrolling. Incomplete forms will be returned.

| Action | Name (First, MI, Last) | Relationship* | Date of Birth | Social Security Number | Sex | Coverage |
|---|---|---|---|---|---|---|
| ☒ Add ☐ Drop | Romel C. Mallard | SELF | 7/1/77 | | ☒ Male ☐ Female | ☒ Medical ☒ Dental |
| ☐ Add ☐ Drop | | | | | ☐ Male ☐ Female | ☐ Medical ☐ Dental |
| ☐ Add ☐ Drop | | | | | ☐ Male ☐ Female | ☐ Medical ☐ Dental |
| ☐ Add ☐ Drop | | | | | ☐ Male ☐ Female | ☐ Medical ☐ Dental |
| ☐ Add ☐ Drop | | | | | ☐ Male ☐ Female | ☐ Medical ☐ Dental |
| ☐ Add ☐ Drop | | | | | ☐ Male ☐ Female | ☐ Medical ☐ Dental |

*Relationship Codes: 0: Subscriber  1: Spouse  2: Son (Dependent)  3: Daughter (Dependent)  4: Step Son (Dependent)  5: Step Daughter (Dependent)

☒ PARTICIPATION: I hereby request the coverage indicated on this form, and authorize my employer to deduct the contributions upon the applicable date. All of the information I have given in this application is true and complete. I know that if I give any false or misleading information on purpose my enrollment may be rejected or my enrollment may be terminated back to the date of the application. I know that if I leave out important information on this form my enrollment may be rejected or my enrollment may be terminated back to the date of the application. I know that I must also give true and complete information for my dependents (such as children, spouse or partner) or their enrollment may be rejected or terminated back to the date of the application.

☐ NON-PARTICIPATION: I am voluntarily waiving participation in the employee benefit plan. I understand that this agreement is irrevocable through December 31 unless I experience a qualified life or family change (marriage, divorce, death of a spouse or change in my spouse's employment) and I must elect this coverage within 30 days of the family status change.

Signature of Employee: _Romel Mallard_    Date: 5/17/18

### SEND THIS FORM TO HR-1 BENEFIT ELECTIONS

| Please submit this form with you required documentation to HR-1 Benefit Elections by one of the three methods listed to the right. | Fax: (586) 819-0035 Mail: 12225 Stephens Rd Ste 100, Warren, MI 48089 Email: HRBenefitElections@hr-1.net |
|---|---|

| CHEROKEE USE ONLY | | | |
|---|---|---|---|
| EMP ID: | HIRE DATE: | EFF DATE: | DIV: |

Exhibit 2(a)
1107                                    13                                    000079

### Communication Devices Agreement

CARRIER has provided certain Devices or Equipment ("Devices") to the undersigned party ("DRIVER") under one or more of the following circumstances:

- Devices provided to DRIVER for use in DRIVER's vehicle;
- Devices installed in CARRIER's vehicles operating in interstate commerce as mandated by FMCSA
- Devices for use as required to meet business requirements.

This Agreement is in place to protect CARRIER's interest rights in certain devices as well as to establish notice of Consent to Conduct Business Using Electronic Methods for information received from said devices.

DRIVER shall be responsible for the timely return of each such device or to ensure each such device and/or equipment is accounted for in its original conditions upon entering/leaving any CARRIER's vehicle.

If the device is lost, damaged, not returned timely, or requires replacement; and proper investigation shows DRIVER as the last known responsible party, DRIVER agrees to reimburse CARRIER the entire cost incurred by CARRIER in repairing or replacing the device and/or components, together with all collection costs, including attorneys' fees (if applicable). Full cost for non-return or damaged device not in original condition will be the amount of $518 to be deducted from DRIVER'S next paycheck subject to state requirements.

TYPE OF DEVICE

Handheld Tablet $250   Protective Case $18   Connector Cable $50
Mounting Device $60   Electronic Logging Device $140

DRIVER to have HOS profile. Name _Romel C. Mallard_

Domiciled Location: _RANCHO DOMINGUEZ, CA_   Location Number: _9004_
                City/State

### Consent to Conduct Business Using Electronic Methods

Pursuant to Regulatory Guidance Concerning Electronic Signatures and Documents, 74 Fed. Reg. 411 (Jan. 4, 2011), issued by the Federal Motor Carrier Safety Administration ("FMCSA"), CARRIER and DRIVER hereby consent and agree to conduct business using the following electronic method(s): email, fax and other electronic means. This consent encompasses the use of electronic methods to transmit and effect the signature of any document, including, without limitation, any supplement, modification, amendment, notice, consent and/or waiver, required by the Agreement or required by FMCSA regulations to be generated and maintained (or exchanged by private parties), including, without limitation, applications, driver histories and other qualification records, leases formed under 49 C.F.R. Part 376, driver-vehicle inspection reports, and records of duty status. DRIVER agrees that the above electronic method, which CARRIER has adopted to effect electronic signatures: (1) identifies and authenticates DRIVER as the source of the electronic communication; (2) indicates DRIVER's approval of the information contained in the electronic communication; and (3) produces an electronic document with the same integrity, accuracy, and accessibility as a paper document or handwritten signature. The PARTIES may elect, with respect to any document, to use a manual/hardcopy signature, provided that such election shall not preclude the other PARTY from applying an electronic signature to the same document.

DRIVER acknowledges that it  has been issued or has responsibility for a  vehicle equipped with the Devices  noted above.  Should DRIVER separate from CARRIER, for any reason, this equipment must be returned or examined  by appropriate company representative and deemed in original condition.  DRIVER has read and understands the information above and agrees with the terms presented by CARRIER.

| CARRIER | DRIVER |
|---|---|
| By: | By: _Romel M_ |
| Printed: _Universal Intermodal_ | Printed: _Romel Mallard_ |
| Dated: _5-17-2018_ | Dated: _5/17/18_ |

Exhibit 2(a)
1108
14
000080

## EMPLOYEE DIRECT DEPOSIT ENROLLMENT FORM

☒ New Hire                   ☐ Update/Change                   ☐ Cancel

I hereby authorize HR-1, Corp ("HR-1"), in its capacity as payroll administrator, to deposit amounts owed to me, as instructed by my employer, by initiating credit entries to my account at the financial institution(s) indicated on this form. In case of erroneous credit of funds to which I am not entitled, I further authorize HR-1 to debit the account. This authorization is to remain in full force and effect until HR-1 has received written notice from me of my intention to change and/or terminate direct deposit in such time and in such manner as to afford HR-1 reasonable opportunity to act on it.

**Direct Deposit Enrollment Information**

1. For direct deposit you must attach either a voided personal check or bank letter from your financial institution.
2. Return completed authorization form to your HR-1 Representative. Please note, it can take up to three pay periods for direct deposit to begin. Until then, you will be paid by check. Once enrollment is complete, pay will deposit directly into identified account(s).

_Romel M_                                          5/17/18
Employee Signature                               Date

| First Name *(Please Print Clearly)* | Middle Int. | Last Name *(Please Print Clearly)* |
|---|---|---|
| ROMEL | C. | MALLARD |

| Social Security/Social Ins. No. | With this Direct Deposit Enrollment Form, I am attaching either: |
|---|---|
| ▇▇▇▇▇▇▇ | ☒ Voided Check (attach voided check below) ☐ Bank Letter (include with this enrollment form as a separate page) |

Bank Name:          WELLSFARGO                              ☒ Checking  |  ☐ Savings  |  ☐ Other
Account No.:             8203
Routing No. (USA):    ▇▇▇▇▇▇                    RM   ☒ Entire Amount
Institution No. (Canada):                                          $_____ | ☐ %_____
Transit No. (Canada):

*Only complete information below if deposits are to be made to more than one account/financial institution.*

Bank Name:                                                        ☐ Checking  |  ☐ Savings  |  ☐ Other
Account No.:
Routing No. (USA):
Institution No. (Canada):                                  ☐ $_____ | ☐ %_____
Transit No. (Canada):

## WELLS FARGO BANK                                              1001

SANTA FE SPRINGS   11701 TELEGRAPH RD   SANTA FE SPRINGS, CA 90670

                                                    DATE                          11-4288/1210

PAY TO THE ORDER OF _____ VOID _____  $ VOID

                                                                          DOLLARS

ROMEL C MALLARD
PARAMOUNT  CA  ▇▇▇▇▇

                                  VOID  ▇▇▇▇ VOID

▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Facility: _____   Div: _____   EID: _____   Dept: _____

Direct Deposit (PR) Rev. 4.2018

Exhibit 2(a)                          15                          000081
1109



## Request for C-TPAT Badge

All employees are required to carry a C-TPAT identification badge

To obtain a badge, log on to:

http://www.universalintermodal.com/operations/request-c-tpat-id/

- Fill in the requested information and upload a photo of the new employee
- Once completed hit the "submit" button
- The request will be received at the corporate office
- The badge will be processed at the corporate office and sent to the terminal

I, _____ (Terminal Manager / Depot Manager) verify
that the above process has been completed for:
Romel C. Mallard (New Hire) on 05 / 17 / 20) 8
MM   DD   YY

Exhibit 2(a)
1110                                    16                                    000082

REV. 05.09.2014



## Container Sales Policy

This policy is to clarify any misunderstanding on container sales from customers of Universal Intermodal Services Inc. ("UISI") to any UISI or Universal employees.

It has always been our Company Policy that employees were not to purchase any containers or chassis from our depot customers located in any UISI depot or city. We believe that this practice is a conflict of interest (when an employee takes action or has interests in personal gain from our customer base). This practice may make it difficult to perform his or her work objectively and effectively with the interests of UISI/Universal.

Please acknowledge your understanding of this policy by your signature.

_____    5/17/18
Employee Signature              Date

POMEL  MALLARD
Employee Name (Please Print)

Exhibit 2(a)                    17                    000083
1111

CALL OFF PROCEDURE AND POLICY

To be successful, you need to be at work and on time every day! This is very important to our company and customers.

We realize circumstances may arise which make it difficult to be at work. If at any time you are unable to report for work it is your responsibility to call your Supervisor or Manager.

Email alone is not an accepted form of communication with regard to calling off work.

Unless an employee is able to provide medical documentation of their inability to report the absence, an instance where notification is not received by your Supervisor or Manager will be considered a No Call No Show. A No Call No Show is unacceptable, and subject to management review for disciplinary measures up to and including termination. On the 3rd consecutive No Call/No Show day your employment will be terminated as a "voluntary quit".

Similarly, if you are going to be late for your scheduled hours, you must call your Supervisor or Manager before the time is missed or as soon as possible.   Again, email is not an accepted form of communication when an employee will be late for work.

In either case, should you reach your Supervisor's or Manager's voice mail, please leave a message with the following information:

1.  Your first and last name
2.  Reason for absence or tardiness
3.  Expected duration of absence/tardiness
4.  Phone number where you may be reached

If employee is out three or more days due to illness, a doctor's note releasing the employee back to work will be required to return to work and must be received on or before the employee returns to work. It is the employee's responsibility to obtain the doctor's release.

I have received, read and understand the Company's Call Off Procedure and Policy.

ROMEL MALLARD
Employee Name (Print)

_Romul M_
Employee Signature

5/17/18
Date

Exhibit 2(a)
1112                                    18                                    000084

## PERSONNEL CONDUCT STANDARDS
*Universal Intermodal Services, Inc.*

There are some uniform standards of conduct of employees that must be maintained.
The following rules are in effect for employees.

I.    Violation of the following may be considered just cause for discharge:

    a.  Immoral, indecent, or violent conduct, including fighting or using threatening or abusive language to company officials and co-workers.

    b.  Falsifying work or attendance records, employment application or falsely claiming sick leave.

    c.  Leaving place of employment during work hours without permission.

    d.  Entering place of employment outside of work hours without permission.

    e.  Theft or dishonesty.

    f.  Intoxication or drinking of any alcoholic beverage during working hours. Refusal to take sobriety test shall establish a presumption of intoxication.

    g.  Being in the possession of or under the influence of any controlled substance either while on duty or on company property.

    h.  Permitting unauthorized riders in company trucks.

    i.  Proven carelessness or negligence, resulting in serious injury.

    j.  Any inbound or outbound parcels may be subject to examination by management.

    k.  Performing work or service for self or any other person other than directed by supervision during working hours.

    l.  Carrying or possession of firearms or weapons of any kind while on duty, or on company property.

    m.  Sleeping during scheduled work hours.

II.   Violation of the following shall result in the penalties as outlined below:

| | |
|---|---|
| First infraction | Written warning |
| Second infraction | Three days suspension without pay |
| Third infraction | Immediate discharge |

Letter of disciplinary action on the first or second infraction shall remain in effect for a period of one year.

a.  Willful idleness

b.  Unauthorized stopping on service trips

c.  Negligence or carelessness

d.  Gambling while on company property

e.  Using trucks or company equipment for personal use without permission

f.  Refusal or failure to obey specific working instructions of the supervisor. (First offense- three days suspension)

g.  Failure to protect work shift without reasonable excuse, or failure to notify supervisor of absence prior to start of work shift, by at least one hour

h.  Employees must obtain prior approval from supervisor for absences for personal reasons

i.  When requested, an employee must furnish a doctor's certificate for time off for illness or injury

j.  Horse playing wrestling, teasing, throwing materials, etc

Signature _____     Date 5/17/16

Exhibit 2(a)
1113                                             19                                             000085

**Procedure for Reporting Complaints for Accounting, Internal Accounting Controls or Auditing Matters in Accordance with Universal Truckload Services, Inc.'s Whistleblower Policy**

Congress and the U.S. Securities and Exchange Commission have adopted laws and regulations designed to improve corporate governance in public companies, assist companies in accurately recording and reporting their financial condition, and encourage appropriate behavior.

In order to comply with these laws and regulations, and to improve our ability to confirm the accuracy of the financial and other information we report, we have adopted improvements to our internal control system. In addition, the Audit Committee of our Board of Directors has adopted new procedures for reporting complaints about accounting, internal accounting controls and auditing matters. Under these procedures you may submit complaints regarding these matters on a confidential, anonymous basis. Our Audit Committee and management have selected Ethicspoint, Inc. to help us administer this program, and make it easier to submit complaints on a confidential and anonymous basis. Ethicspoint offers this type of service for a number of public companies.

**Process for Accounting / Finance related complaints**

The process will work as follows:

- A person has a complaint about accounting, internal accounting controls or auditing matters.

- The person contacts Ethicspoint by telephone at 1-866-384-4277, or email at www.ethicspoint.com and files a confidential and anonymous report.

- Ethicspoint issues a file number for future reference. (The person and the company refer to the file number in correspondence.)

- Ethicspoint forwards the report to the Audit Committee.

- The Audit Committee reviews the report and takes action, which may include objectively researching facts, obtaining independent auditor confirmation, or addressing the issue with the appropriate level of management.

- If appropriate, the Audit Committee will respond back to Ethicspoint with the file number and resolution for subsequent communication by Ethicspoint to the person who made the report.

As an alternative, persons may submit signed complaints regarding accounting, internal accounting controls or auditing matters to the Audit Committee on a non-confidential basis. These signed, non-confidential reports should be submitted to the Audit Committee by delivering them to Nicole Kopinez at our office at 12755 East Nine Mile Rd. Warren, MI 48089, who will forward them to the Audit Committee. The Audit Committee will review these complaints and take such action as the Audit Committee deems appropriate.

_[signature]_
Signature

5/17/18
Date

Exhibit 2(a)                    20                    000086
1114

CODE OF BUSINESS CONDUCT AND ETHICS
OF
UNIVERSAL LOGISTICS HOLDINGS, INC.

I.   OVERVIEW

A.   This Code of Business Conduct and Ethics (the "Code") sets forth the guiding principles by which we intend to operate our company and conduct our daily business with our shareholders, customers, vendors and with each other, including:

1.   honest and ethical conduct, including the ethical handling of actual or apparent conflicts of interest between personal and professional relationships;

2.   full, fair, accurate, timely and understandable disclosure in the periodic reports required to be filed by the Company;

3.   compliance with applicable governmental rules and regulations;

4.   prompt internal reporting of Code violations to the appropriate persons identified in the Code; and

5.   accountability for adherence to the Code.

B.   These principles apply to all of the directors, officers and employees of Universal Logistics Holdings, Inc. and all of its subsidiaries ("Universal").

II.   PRINCIPLES

A.   **Complying with Laws, Rules, Regulations, Policies and Procedures**

1.   All directors, officers and employees of Universal are expected to understand, respect and comply with the laws, rules, regulations, policies and procedures, including state and local laws in the areas in which Universal operates, that apply to them in their position with Universal. Employees are responsible for talking to their managers or compliance officer, or with Universal's legal department, to determine which laws, rules, regulations and policies apply to their position and what training is necessary to understand and comply with them.

2.   If a law conflicts with a policy in this Code, employees, officers and directors must comply with the law. If a local custom or policy conflicts with a policy in this Code, employees, officers and directors must comply with this Code.

B   **Insider Trading**

1.   Universal has a securities trading policy and all employees, officers and directors must sign a certification acknowledging that they have reviewed this

Exhibit 2(a)
1115
21
000087

policy and agree to be bound by its terms. This policy, among other things, provides that employees, officers and directors may not buy or sell stock in Universal when they are in possession of material, non- public information. They also are prohibited from passing on such information to others who might make an investment decision based on it.

2.      Employees, officers and directors also may not trade in stocks of other companies about which they learn material, non-public information through the course of their employment or service. Any questions as to whether information is material or has been adequately disclosed should be directed to Universal's legal department.

C.      **Conflicts of Interest**

1.      All directors, officers and employees of Universal shall act and perform their duties ethically and honestly. Honest conduct refers to conduct that is free from fraud or deception. Ethical conduct refers to conduct that conforms to accepted professional standards of conduct, including the unbiased handling of actual or apparent conflicts of interest between personal and professional relationships

2.      All directors, officers and employees of Universal should avoid any actions or interests that conflict or give the appearance of a conflict with Universal's interests. A "conflict of interest" exists whenever an individual's private interests interfere or conflict (or appear to interfere or conflict) with the interests of Universal. A conflict situation can arise when an employee, officer or director takes action or has interests that may make it difficult to perform his or her work for Universal objectively and effectively. Conflicts of interest may also arise when a director, officer, or employee or a member of his or her family receives improper personal benefits as a result of his or her position with Universal, whether from a third party or from Universal.

3.      Conflicts of interest may not always be clear-cut, so if a question arises, an officer or employee should consult with their supervisor or manager. Any employee, officer or director who becomes aware of a material transaction or relationship that is a conflict of interest or potential conflict of interest, or who has a question about whether a conflict or interest exists, should bring it to the attention of a supervisor, manager or other appropriate personnel, such as Universal's legal department, and take reasonable steps to handle the conflict of interest in an ethical manner that avoids the conflict from having an adverse effect on Universal.

4.      Conflicts of interests are prohibited as a matter of corporate policy unless they have been approved by Universal. In certain limited cases, activities giving rise to potential conflicts of interest may be permitted if they are determined not to be harmful to Universal.

D.      **Corporate Opportunity**

Exhibit 2(a)
1116

22

000088

1. Directors, officers and employees are prohibited from (i) taking for themselves personally opportunities that properly belong to Universal or are discovered through the use of corporate property, information, or position; (ii) using corporate property, information or position for personal gain; and (iii) competing with Universal. Directors, officers and employees owe a duty to Universal to advance its legitimate interests when the opportunity to do so arises.

E. Confidentiality

1. Directors, officers and employees must maintain the confidentiality of confidential information entrusted to them by Universal, except when disclosure is specifically required by laws, regulations or legal proceedings, or when such disclosure is specifically authorized. Confidential information includes all non-public information that might be of use to competitors of Universal or its customers, or their employees if disclosed. Directors, officers and employees, in the course of their work for Universal may also receive confidential information from Universal's customers or suppliers. This information should also be treated as confidential information, and not disclosed outside of Universal.

2. This obligation to protect confidential information does not end when an employee, officer or director leaves Universal. Any questions about whether information is confidential should be directed to Universal's legal department.

F. Fair Dealing

1. Universal seeks to outperform its competition fairly and honestly. It seeks competitive advantages through superior and diligent performance, never through unethical or illegal business practices. Stealing proprietary information, possessing or utilizing trade secret information that was obtained without the owner's consent or inducing such disclosures by past or present employees of other companies is prohibited.

2. Each director, officer and employee is expected to deal fairly with Universal's customers, suppliers, competitors, officers and employees. No one should take unfair advantage of anyone through manipulations, concealment, abuse of privileged information, misrepresentation of material facts or any other unfair dealing.

G. Protection and Proper Use of Assets

1. All of Universal's assets should be used for legitimate business purposes. Directors, officers and employees who use Universal's assets are expected to use them in a reasonable manner, and to avoid wasting Universal's assets.

2. Universal's assets include intellectual property such as trademarks, business and marketing plans, salary information and any unpublished financial

Exhibit 2(a)                                   23                                   000089
1117

data and reports.    Unauthorized use or distribution of this information is a violation of Universal's company policy.

H.    **Public Company Reporting**

1.    As a public company, it is important that Universal's filings with the Securities and Exchange Commission (the "SEC") and other public communications be accurate and timely. Depending on his or her position with Universal, an employee, officer or director may be called upon to provide necessary information to assist Universal in making its public reports and other public communications complete, fair and understandable.

2.    Universal expects its employees, officers and directors to take this responsibility seriously and to provide prompt accurate answers to Universal's inquiries related to its public disclosure requirements. In that regard, such employees, officers and directors shall take such action as is reasonably appropriate to:

a.    establish and maintain effective disclosure controls and procedures and internal control over financial reporting;

b.    ensure that the Company's periodic reports are timely filed with the SEC and comply with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended (the "Exchange Act"); and

c.    ensure that information contained in the Company's periodic reports and financial statements fairly presents in all material respects the financial condition and results of operations of the Company.

3.    In addition, such employees, officers and directors shall not knowingly:

a.    make, or permit or direct another to make, materially false or misleading entries in the Company's financial statements or records;

b.    fail to correct materially false and misleading financial statements or records;

c.    sign, or permit another to sign, a document containing materially false and misleading information;

d.    falsely respond, or fail to respond, to specific inquiries of the Company's independent auditor or outside legal counsel; or

e.    take any action which has the effect of overriding Universal's financial controls.

I.    **Financial Statements and Other Records**

Universal's books, records, accounts and financial statements should be maintained in reasonable detail, appropriately reflect Universal's transactions and conform to applicable legal requirements. Unrecorded or "off the books" funds or assets

Exhibit 2(a)                                      24                                      000090
1118

should not be maintained unless permitted by applicable law or regulation. Records should be retained or destroyed according to Universal's record retention policies.

### III. REPORTING ILLEGAL OR UNETHICAL BEHAVIOR & ACCOUNTING COMPLAINTS

#### A. Reporting

Employees, officers and directors who suspect or know of violations of this Code or illegal or unethical business or workplace conduct by employees, officers or directors have an obligation to promptly contact either their supervisor or superiors or Universal's Chief Financial Officer. If the individuals to whom such information is conveyed are not responsive, or if there is a reason to believe that reporting to such individuals is inappropriate in particular cases, then the employee, officer or director should report the information to an executive officer of Universal. If the employee, officer or director is still not satisfied with the response, he or she should contact the Audit Committee of the Board of Directors. If concerns or complaints relate to accounting, internal accounting controls or auditing matters, they may be reported on a confidential and anonymous basis using the procedures established by the Audit Committee for that purpose.

#### B. Non-Retaliation

Universal prohibits retaliation of any kind against individuals who have made good faith reports or complaints of violation of this Code or other known or suspected illegal or unethical conduct.

### IV. ACCOUNTABILITY

The principles and responsibilities set forth in the Code are important to Universal and must be taken seriously. Each employee, officer or director has a duty to ensure that his or her actions adhere to the requirements of the Code. Any violation of the Code may result in disciplinary action, including termination of employment with Universal, and, if warranted, legal proceedings against the violating party.

### V. AMENDMENT, MODIFICATION AND WAIVER

This Code shall be reviewed annually by the Board of Directors and may be amended or modified by the Board of Directors at any time. Waivers of the Code for directors or executive officers may only be granted by the Board of Directors. Waivers of this Code that relate to Universal's principal executive officer, principal financial officer, principal accounting officer or controller, or persons performing similar functions, or to directors or other executive officers, of the Company will be promptly disclosed to the shareholders and in Universal's public filings, with the reasons for the waiver, to the extent required by the Exchange Act, and the rules and regulations promulgated thereunder, and the applicable rules of The Nasdaq Stock Market.

Exhibit 2(a)                                        25                                        000091
1119

## Company Code of Business Conduct and Ethics Acknowledgement

Employee acknowledges that the Company's Code of Business Conduct and Ethics (the "Code") prohibits disclosure of the Company's confidential information, including its trade secrets, both during and after the term of Employee's employment. Notwithstanding anything to the contrary in the Code, Employee will not be held criminally or civilly liable under any federal or state trade secret law for any disclosure of a trade secret that: (i) is made: (A) in confidence to a federal, state, or local government official, either directly or indirectly, or to an attorney; and (B) solely for the purpose of reporting or investigating a suspected violation of law; or (ii) is made in a complaint or other document that is filed under seal in a lawsuit or other proceeding. If Employee files a lawsuit for retaliation by the Company for reporting a suspected violation of law, Employee may disclose the Company's trade secrets to Employee's attorney and use the trade secret information in the court proceeding if Employee: (i) files any document containing the trade secret under seal; and (ii) does not disclose the trade secret, except pursuant to court order.

_____
Employee Signature

5/17/18
Date

ROMEL MALLARD
Employee Name (Please Print)

Exhibit 2(a)
1120

26

000092



# ACCIDENT AND INCIDENT REPORTING

All accidents and incidents must be reported immediately to operations and local offices.  Universal Intermodal Services, Inc. (the "Company") provides accident cards which provide a 24 hour/7 day a week accident and incident reporting phone number to be used if after hours and local offices cannot be contacted.  The accident and incident reporting phone number is (800) 854-3636 x1244.  Call the report number until you are in contact and speak with a person directly.

An accident is defined by an undesirable or unfortunate happening that occurs unintentionally and usually results in harm, injury, or loss; casualty; and/or mishap.

Do not leave the scene of an accident or incident before reporting it.  If there is an injury subsequent of the accident or incident, do not continue work before the accident or incident is reported and the injury field is completed on the handwritten accident report.

For Contractors: Failure to report an accident or incident will cause immediate cancellation of contract with full separation from the Company.

For Employees:  an employee who fails to report an accident or incident will be subject to corrective counseling up to and including termination.

If involved in an incident, immediately ask these 3 questions to determine severity of accident which are governed by federal regulations:

1.  Were there any injuries/fatalities requiring transportation away from the scene?
2.  Was there any disabling damage to any vehicles requiring a tow?
3.  Were any citations issued to you?

If any of the answers to the above questions are yes, then you may be required or asked to do post accident drug and alcohol testing.  If testing is needed then by law you must proceed directly for testing after being released from the scene.  With regulated time constraints it's very important the Company is involved in this process.

There are steps that should be taken at the scene to ensure all needed information is collected:

1.  Take pictures of the scene: each vehicle, road, area view, signs, tire marks, etc.
2.  Gather the other driver and passenger's information including licenses, vehicle, plates and insurance.
3.  Gather any witness's and get contact information.
4.  Write down responding emergency officials: i.e. Police, Patrol, Sherriff, etc.

Additional forms will be required as soon as you are able to fill them out.  No matter what the event may be, a written accident report must be filled out completely and accurately.  The report must be written and signed by you only.  This is your statement which will be used through the whole investigation and processing of the incident.

We cannot impress upon you how important it is to report every incident no matter how small or insignificant you or someone feels it is.  We cannot protect you or the Company without being fully informed.

This document is only valid when issued directly by an authorized representative of Universal Logistics Holdings, Inc. (the "Company"). Exhibit 2(a) ...ent is comprised of confidential information proprietary to the Company.  Unauthorized copies or distribution is strictly prohibited. 000093
1121
Owner: Intermodal Safety Director                    Approver: VP of Safety                    Controller: SASM

Universal Intermodal Services, Inc.
(UISI)
12755 East Nine Mile Rd • Warren, MI 48089 • 1-866-938-1598

Terminal Location – Universal Intermodal – Los Angeles (9004)
2035 Vista Bella Way, Rancho Dominguez, CA 90220 • 310-609-1684

| Wage and Benefits | Workers Compensation |
|---|---|
| **Wages:**<br>• Rate of pay is $24.00 per hour for night shift differential<br>• When employee works 12 or more compensable hours in a shift, employee will be paid an additional hour of wages at their regular rate of pay.<br><br>**Holidays**<br>Six Paid Holidays: New Year's Day, Memorial Day, 4th of July, Labor Day, Thanksgiving, and Christmas.<br><br>**Vacation**<br>UISI provides full time employees with Vacation days. The days provided can be used as sick or vacation days. Full time employees will be eligible for 2 Vacation days during their first full calendar year of employment and 7 Vacation days during their second full calendar year of employment and every calendar year thereafter. Employees accrue 2 vacation days every 8 calendar weeks. A vacation day cannot be scheduled until after it has been accrued.<br><br>**California Paid Sick Leave**<br>Employees in the State of California are entitled to Paid Sick Leave under state Labor Code § 245 which provides that an employee: (a) May accrue or be provided with up to 3 days or 24 hours of Paid Sick Leave per year; (b) May not be terminated or retaliated against for using or requesting the use of Paid Sick Leave; and (c) Has the right to file a complaint against an employer who retaliates or discriminates against an employee for (1) Requesting or using available Paid Sick Leave; (2) Attempting to exercise the right to use available Paid Sick Leave; (3) Filing a complaint or alleging a violation of California Labor Code; (4) Cooperating in an investigation or prosecution of an alleged violation of California Labor Code or practice or act that is prohibited by California Labor Code.<br><br>The Company provides 3 days (24 hours) of Paid Sick Leave upon hire and prohibits the use of Paid Sick Leave until the 90th day of employment. Please refer to the California Paid Sick Leave Policy for more information.<br><br>**Additional Information**<br>Employees will receive payroll via direct deposit or check every Friday, beginning their 2nd Friday of employment. | **Insured by:**<br>Cherokee Insurance Co.<br><br>**Claims Administrator:**<br>Cherokee Insurance<br><br>**Address:**<br>P.O. Box 159<br>Warren, MI 48089<br><br>**Telephone Number:**<br>800-201-0450<br>Ext. 3447 or 3411<br><br>**Policy No:** WC180002 |

**Acknowledgement of Receipt**
Employee understands that this notice is part of the Company's recordkeeping requirements as indicated by CA Labor Code section 2810.5(b) Furthermore, employee's signature acknowledges the receipt of this wage-related notice.

_____     5/17/ 18
**Employee Signature**                Date

ROMEL    Mallard
**Employee Name (Please Print)**

Exhibit 2(a)                    28                    000094
1122



Exhibit 2(a)
1123

29

000095

INTERIM COMMERCIAL DRIVER LICENSE

██████████        CLASS A      --T X

ISSUED:07-01-19    498    E5/      EXPIRES:08-29-19

ROMEL CHRISTOPHER MALLARD                SEX:M    HAIR:BLK    EYES:BRN
                                         HT:6-03  WT:330      DOB:████-77
PARAMOUNT        CA    ████

                                         RSTR: 46-SEE OVER

THIS LICENSE IS ISSUED AS A LICENSE TO DRIVE A MOTOR VEHICLE;
IT DOES NOT ESTABLISH ELIGIBILITY FOR EMPLOYMENT, VOTER
REGISTRATION, OR PUBLIC BENEFITS.

Exhibit 2(a)                      30                        000096
1124



Exhibit 2(a)
1125

## EEO/OFCCP Compliance Self-Identification Form

Any information you provide will be kept confidential and may only be used in accordance with the provisions of applicable laws, executive orders, and regulations, including those that require the information to be summarized and reported to the federal government for civil rights enforcement purposes. When reported, data will not identify any specific individual.

EMPLOYEE NAME: ROMEL MALLARD

CO #/EE ID:

Birth Date: 1977

Please check ALL of the following as it applies to you:

### Gender

☐ I choose not to self-identify    ☒ Male       ☐ Female

### Citizenship

☐ I choose not to self-identify    ☒ US    ☐ Canada    ☐ Mexico    ☐ Other

### Ethnicity (U.S. only) required for EEOC compliance

☐ I choose not to self-identify    ☐ Pacific Islander
☐ White                           ☐ Asian
☒ Black                           ☐ American Indian
☐ Hispanic                        ☐ Two or More Races

### Canadian Only:

Do you consider yourself to be a visible minority?    ☐ I choose not to self-identify    ☐ Yes    ☐ No
Do you consider yourself to have a disability?         ☐ I choose not to self-identify    ☐ Yes    ☐ No

### Veteran Status (U.S. only)

☐ I choose not to self-identify
☒ Non-Veteran                   Please complete the field below if you have checked any of the
☐ Vietnam Veteran               applicable boxes to the left:
☐ Other Veteran
☐ Disabled Veteran              Discharge Date
☐ Special Disabled Veteran
☐ Armed Forces Service Medal Veteran

### Person with a Disability

The term "disability" means, with respect to the Rehabilitation Act of 1973 and the Americans with Disabilities Act, refers to an individual who has:

   (A) a physical or mental impairment that substantially limits one or more of the major life activities of such individual;
   (B) a record of such an impairment; or
   (C) being regarded as having such an impairment.

☐ I choose not to self-identify    ☒ Not Disabled    ☐ Disabled

If disabled, do you require reasonable accommodation to perform your job?   ☐ Yes  ☐ No

If Yes, please explain: _____

1.7.11

Exhibit 2(a)                                32                                000098
1126

## Employee Information

EMPLOYEE NAME: Romel Mallard

LOCATION NAME:

CD o/PL ID:

Address:

City/State/Province: Paramount CA.

Zip/Postal Code:

Professional Memberships or Training

Home Phone:

Cell Phone: 323)437-8029

Home Email: romel_mallard@aol.com

**Do you have a Driver's License?**

☑ yes   ☐ no

Driver's License number:

State of Issue: C.A.

Expiration Date: 07/01/2019

**Person to Notify in Case of Emergency**

Name: Judy Davis

Address:

City, State/Province: Hawthorne CA.

Zip/Postal Code:

Home Phone:

Work Phone:

Cell Phone: 562)704-4315

## Formal Education

**Undergraduate**

Institution Name: Downey High School

City, State/Province: Downey CA

Degree Type: Diploma

Major:

Degree Date: 7/95   Grade Pt Ave:

**Graduate**

Institution Name:

City, State/Province:

Degree Type:

Major:

Degree Date:   Grade Pt Ave:

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

1.7.11

Exhibit 2(a)
1127
33
000099

## Employee Information

**EMPLOYEE NAME:** Romel Mallard

**LOCATION NAME:**

**CO #/EE ID:**

Address:

City/State/Province: Paramount CA.

Zip/Postal Code:

Home Phone:

Cell Phone: 323) 437-8029

Home Email: romel_mallard@gmail.com

**Professional Memberships or Training**

---

**Do you have a Driver's License?**

☑ yes   ☐ no

Driver's License number:

State of Issue: C.A.

Expiration Date: 07/01/2019

**Person to Notify in Case of Emergency**

Name: JUDY DAVIS

Address:

City, State/Province: HAWTHORNE CA.

Zip/Postal Code:

Home Phone:

Work Phone:

Cell Phone: 562) 704-4315

### Formal Education

Undergraduate

Institution Name: DOWNEY HIGH School

City, State/Province: DOWNEY CA

Degree Type: DIPLOMA

Major:

Degree Date: 7/95   Grade Pt Ave:

Graduate

Institution Name:

City, State/Province:

Degree Type:

Major:

Degree Date:   Grade Pt Ave:

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |

1.7.11

Exhibit 2(a)
1128
34
000100

# Form W-4 (2018)

**Future developments.** For the latest information about any future developments related to Form W-4, such as legislation enacted after it was published, go to www.irs.gov/FormW4.

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** You may claim exemption from withholding for 2018 if both of the following apply.

• For 2017 you had a right to a refund of all federal income tax withheld because you had no tax liability, and

• For 2018 you expect a refund of all federal income tax withheld because you expect to have no tax liability.

If you're exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2018 expires February 15, 2019. See Pub. 505, Tax Withholding and Estimated Tax, to learn more about whether you qualify for exemption from withholding.

## General Instructions

If you aren't exempt, follow the rest of these instructions to determine the number of withholding allowances you should claim for withholding for 2018 and any additional amount of tax to have withheld. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

You can also use the calculator at www.irs.gov/W4App to determine your tax withholding more accurately. Consider using this calculator if you have a more complicated tax situation, such as if you have a working spouse, more than one job, or a large amount of nonwage income outside of your job. After your Form W-4 takes effect, you can also use this calculator to see how the amount of tax you're having withheld compares to your projected total tax for 2018. If you use the calculator, you don't need to complete any of the worksheets for Form W-4.

Note that if you have too much tax withheld, you will receive a refund when you file your tax return. If you have too little tax withheld, you will owe tax when you file your tax return, and you might owe a penalty.

**Filers with multiple jobs or working spouses.** If you have more than one job at a time, or if you're married and your spouse is also working, read all of the instructions including the instructions for the Two-Earners/Multiple Jobs Worksheet before beginning.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you might owe additional tax. Or, you can use the Deductions, Adjustments, and Other Income Worksheet on page 3 or the calculator at www.irs.gov/W4App to make sure you have enough tax withheld from your paycheck. If you have pension or annuity income, see Pub. 505 or use the calculator at www.irs.gov/W4App to find out if you should adjust your withholding on Form W-4 or W-4P.

**Nonresident alien.** If you're a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

## Specific Instructions

### Personal Allowances Worksheet

Complete this worksheet on page 3 first to determine the number of withholding allowances to claim.

**Line C. Head of household please note:** Generally, you can claim head of household filing status on your tax return only if you're unmarried and pay more than 50% of the costs of keeping up a home for yourself and a qualifying individual. See Pub. 501 for more information about filing status.

**Line E. Child tax credit.** When you file your tax return, you might be eligible to claim a credit for each of your qualifying children. To qualify, the child must be under age 17 as of December 31 and must be your dependent who lives with you for more than half the year. To learn more about this credit, see Pub. 972, Child Tax Credit. To reduce the tax withheld from your pay by taking this credit into account, follow the instructions on the worksheet. On the worksheet you will be asked about your total income. For this purpose, total income includes all of your wages and other income, including income earned by a spouse, during the year.

**Line F. Credit for other dependents.** When you file your tax return, you might be eligible to claim a credit for each of your dependents that don't qualify for the child tax credit, such as any dependent children age 17 and older. To learn more about this credit, see Pub. 505. To reduce the tax withheld from your pay by taking this credit into account, follow the instructions on line F of the worksheet. On the worksheet, you will be asked about your total income. For this purpose, total income includes all of

---

Separate here and give Form W-4 to your employer. Keep the worksheet(s) for your records.

| Form **W-4** | | **Employee's Withholding Allowance Certificate** | OMB No. 1545-0074 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | ► Whether you're entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS. | | **2018** |

| 1  Your first name and middle initial   ROMEL   C. | Last name   MALLARD | | 2  Your social security number |
|---|---|---|---|
| City or town, state, and ZIP code   PARAMOUNT   CA- | | 3 ☒ Single  ☐ Married  ☐ Married, but withhold at higher Single rate. Note: If married filing separately, check "Married, but withhold at higher Single rate." | |
| | | 4  If your last name differs from that shown on your social security card, check here. You must call 800-772-1213 for a replacement card. ► ☐ | |

| 5 | Total number of allowances you're claiming (from the applicable worksheet on the following pages) | | 5 | O |
|---|---|---|---|---|
| 6 | Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . | | 6 | $ O |
| 7 | I claim exemption from withholding for 2018, and I certify that I meet both of the following conditions for exemption. | | | |
| | • Last year I had a right to a refund of all federal income tax withheld because I had no tax liability, and | | | |
| | • This year I expect a refund of all federal income tax withheld because I expect to have no tax liability. | | | |
| | If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . . ► | 7 | 1 | |

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

| Employee's signature (This form is not valid unless you sign it.) ► Romal M. | | | Date ► 5/17/18 |
|---|---|---|---|
| 8  Employer's name and address (Employer: Complete boxes 8 and 10 if sending to IRS and complete boxes 8, 9, and 10 if sending to State Directory of New Hires.) | | 9  First date of employment | 10  Employer identification number (EIN) |

For Privacy Act and Paperwork Reduction Act Notice, see page 4.     Cat. No. 10220Q     Form **W-4** (2018)

Exhibit 2(a)
1129

35

000101

# Form W-4 (2018)

**Future developments.** For the latest information about any future developments related to Form W-4, such as legislation enacted after it was published, go to *www.irs.gov/FormW4.*

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** You may claim exemption from withholding for 2018 if **both** of the following apply.

• For 2017 you had a right to a refund of **all** federal income tax withheld because you had **no** tax liability, **and**

• For 2018 you expect a refund of **all** federal income tax withheld because you expect to have **no** tax liability.

If you're exempt, complete **only** lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2018 expires February 15, 2019. See Pub. 505, Tax Withholding and Estimated Tax, to learn more about whether you qualify for exemption from withholding.

## General Instructions

If you aren't exempt, follow the rest of these instructions to determine the number of withholding allowances you should claim for withholding for 2018 and any additional amount of tax to have withheld. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

You can also use the calculator at *www.irs.gov/W4App* to determine your tax withholding more accurately. Consider using this calculator if you have a more complicated tax situation, such as if you have a working spouse, more than one job, or a large amount of nonwage income outside of your job. After your Form W-4 takes effect, you can also use this calculator to see how the amount of tax you're having withheld compares to your projected total tax for 2018. If you use the calculator, you don't need to complete any of the worksheets for Form W-4.

Note that if you have too much tax withheld, you will receive a refund when you file your tax return. If you have too little tax withheld, you will owe tax when you file your tax return, and you might owe a penalty.

**Filers with multiple jobs or working spouses.** If you have more than one job at a time, or if you're married and your spouse is also working, read all of the instructions including the instructions for the Two-Earners/Multiple Jobs Worksheet before beginning.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you might owe additional tax. Or, you can use the Deductions, Adjustments, and Other Income Worksheet on page 3 or the calculator at *www.irs.gov/W4App* to make sure you have enough tax withheld from your paycheck. If you have pension or annuity income, see Pub. 505 or use the calculator at *www.irs.gov/W4App* to find out if you should adjust your withholding on Form W-4 or W-4P.

**Nonresident alien.** If you're a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

## Specific Instructions

### Personal Allowances Worksheet

Complete this worksheet on page 3 first to determine the number of withholding allowances to claim.

**Line C. *Head of household please note:*** Generally, you can claim head of household filing status on your tax return only if you're unmarried and pay more than 50% of the costs of keeping up a home for yourself and a qualifying individual. See Pub. 501 for more information about filing status.

**Line E. Child tax credit.** When you file your tax return, you might be eligible to claim a credit for each of your qualifying children. To qualify, the child must be under age 17 as of December 31 and must be your dependent who lives with you for more than half the year. To learn more about this credit, see Pub. 972, Child Tax Credit. To reduce the tax withheld from your pay by taking this credit into account, follow the instructions on line E of the worksheet. On the worksheet you will be asked about your total income. For this purpose, total income includes all of your wages and other income, including income earned by a spouse, during the year.

**Line F. Credit for other dependents.** When you file your tax return, you might be eligible to claim a credit for each of your dependents that don't qualify for the child tax credit, such as any dependent children age 17 and older. To learn more about this credit, see Pub. 505. To reduce the tax withheld from your pay by taking this credit into account, follow the instructions on line F of the worksheet. On the worksheet, you will be asked about your total income. For this purpose, total income includes all of

---

Separate here and give Form W-4 to your employer. Keep the worksheet(s) for your records.

---

## Form W-4 — Employee's Withholding Allowance Certificate

Department of the Treasury
Internal Revenue Service

► Whether you're entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0074

**2018**

| 1 Your first name and middle initial | Last name | 2 Your social security number |
|---|---|---|
| ROMEL   C | MALLARD | |

3  ☑ Single   ☐ Married   ☐ Married, but withhold at higher Single rate.
Note: If married filing separately, check "Married, but withhold at higher Single rate."

City or town, state, and ZIP code
PARAMOUNT  CA

4 If your last name differs from that shown on your social security card, check here. You must call 800-772-1213 for a replacement card.   ► ☐

| 5 | Total number of allowances you're claiming (from the applicable worksheet on the following pages) . . . | 5 | 8 |
|---|---|---|---|
| 6 | Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . | 6 | $ |

7  I claim exemption from withholding for 2018, and I certify that I meet **both** of the following conditions for exemption.
• Last year I had a right to a refund of **all** federal income tax withheld because I had **no** tax liability, **and**
• This year I expect a refund of **all** federal income tax withheld because I expect to have **no** tax liability.
If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . . ► | 7 |

Under penalties of perjury, I declare that I have examined this certificate and, to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature
(This form is not valid unless you sign it.) ►  *Romel Mallard*     Date ► 6 • 15 • 18

| 8 Employer's name and address (Employer: Complete boxes 8 and 10 if sending to IRS and complete boxes 8, 9, and 10 if sending to State Directory of New Hires.) | 9 First date of employment | 10 Employer identification number (EIN) |
|---|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 4.     Cat. No. 10220Q     Form **W-4** (2018)

Exhibit 2(a)
1130     36     000102

Form W-4 (2018)                                                                                                                                      Page **3**

## Personal Allowances Worksheet (Keep for your records.)

| | | |
|---|---|---|
| A | Enter "1" for yourself . . . . . . . . . . . . . . . . . . . . . . . . . . . . | A |
| B | Enter "1" if you will file as married filing jointly . . . . . . . . . . . . . . . . . . . . . | B |
| C | Enter "1" if you will file as head of household . . . . . . . . . . . . . . . . . . . . . | C |

D  Enter "1" if:
  • You're single, or married filing separately, and have only one job; or
  • You're married filing jointly, have only one job, and your spouse doesn't work; or  } **D**
  • Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less.

E  **Child tax credit.** See Pub. 972, Child Tax Credit, for more information.
  • If your total income will be less than $69,801 ($101,401 if married filing jointly), enter "4" for each eligible child.
  • If your total income will be from $69,801 to $175,550 ($101,401 to $339,000 if married filing jointly), enter "2" for each eligible child.
  • If your total income will be from $175,551 to $200,000 ($339,001 to $400,000 if married filing jointly), enter "1" for each eligible child.
  • If your total income will be higher than $200,000 ($400,000 if married filing jointly), enter "-0-" . . . . . . . .   **E**

F  **Credit for other dependents.**
  • If your total income will be less than $69,801 ($101,401 if married filing jointly), enter "1" for each eligible dependent.
  • If your total income will be from $69,801 to $175,550 ($101,401 to $339,000 if married filing jointly), enter "1" for every two dependents (for example, "-0-" for one dependent, "1" if you have two or three dependents, and "2" if you have four dependents).
  • If your total income will be higher than $175,550 ($339,000 if married filing jointly), enter "-0-" . . . . . . . .   **F**

G  Other credits. If you have other credits, see Worksheet 1-6 of Pub. 505 and enter the amount from that worksheet here . .   **G**

H  Add lines A through G and enter the total here . . . . . . . . . . . . . . . . . . . . . ▶ **H**

For accuracy, complete all worksheets that apply.
  • If you plan to **itemize** or **claim adjustments to income** and want to reduce your withholding, or if you have a large amount of nonwage income and want to increase your withholding, see the **Deductions, Adjustments, and Additional Income Worksheet** below.
  • If you have **more than one job at a time** or are **married filing jointly and you and your spouse both work,** and the combined earnings from all jobs exceed $52,000 ($24,000 if married filing jointly), see the **Two-Earners/Multiple Jobs Worksheet** on page 4 to avoid having too little tax withheld.
  • If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 above.

## Deductions, Adjustments, and Additional Income Worksheet

**Note:** Use this worksheet *only* if you plan to itemize deductions, claim certain adjustments to income, or have a large amount of nonwage income.

| | | |
|---|---|---|
| 1 | Enter an estimate of your 2018 itemized deductions. These include qualifying home mortgage interest, charitable contributions, state and local taxes (up to $10,000), and medical expenses in excess of 7.5% of your income. See Pub. 505 for details . . . . . . . . . . . . . . . . . . . . . | 1 $ |
| 2 | Enter: { $24,000 if you're married filing jointly or qualifying widow(er) <br> $18,000 if you're head of household <br> $12,000 if you're single or married filing separately } . . . . . . . . . | 2 $ |
| 3 | Subtract line 2 from line 1. If zero or less, enter "-0-" . . . . . . . . . . . . . . . | 3 $ |
| 4 | Enter an estimate of your 2018 adjustments to income and any additional standard deduction for age or blindness (see Pub. 505 for information about these items) . . . . . . . . . . . . . . | 4 $ |
| 5 | Add lines 3 and 4 and enter the total . . . . . . . . . . . . . . . . . . . . | 5 $ |
| 6 | Enter an estimate of your 2018 nonwage income (such as dividends or interest) . . . . . . . . | 6 $ |
| 7 | Subtract line 6 from line 5. If zero, enter "-0-". If less than zero, enter the amount in parentheses . . . | 7 $ |
| 8 | **Divide** the amount on line 7 by $4,150 and enter the result here. If a negative amount, enter in parentheses. Drop any fraction . . . . . . . . . . . . . . . . . . . . . . . . . | 8 |
| 9 | Enter the number from the **Personal Allowances Worksheet**, line H above . . . . . . . . . | 9 |
| 10 | Add lines 8 and 9 and enter the total here. If zero or less, enter "-0-". If you plan to use the **Two-Earners/ Multiple Jobs Worksheet**, also enter this total on line 1, page 4. Otherwise, **stop here** and enter this total on Form W-4, line 5, page 1 . . . . . . . . . . . . . . . . . . . . . . . | 10 |

Exhibit 2(a)                                                             37                                                                    000103
1131

Form W-4 (2018)

Page **4**

## Two-Earners/Multiple Jobs Worksheet

**Note:** Use this worksheet *only* if the instructions under line H from the **Personal Allowances Worksheet** direct you here.

| | | |
|---|---|---|
| 1 | Enter the number from the **Personal Allowances Worksheet**, line H, page 3 (or, if you used the **Deductions, Adjustments, and Additional Income Worksheet** on page 3, the number from line 10 of that worksheet) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 _____ |
| 2 | Find the number in **Table 1** below that applies to the **LOWEST** paying job and enter it here. **However,** if you're married filing jointly and wages from the highest paying job are $75,000 or less and the combined wages for you and your spouse are $107,000 or less, don't enter more than "3" . . . . . . . . . . . . . . | 2 _____ |
| 3 | If line 1 is **more than or equal** to line 2, subtract line 2 from line 1. Enter the result here (if zero, enter "-0-") and on Form W-4, line 5, page 1. **Do not** use the rest of this worksheet . . . . . . . . . . . . . | 3 _____ |

**Note:** If line 1 is **less than** line 2, enter "-0-" on Form W-4, line 5, page 1. Complete lines 4 through 9 below to figure the additional withholding amount necessary to avoid a year-end tax bill.

| | | | |
|---|---|---|---|
| 4 | Enter the number from line 2 of this worksheet . . . . . . . . . . . | 4 _____ | |
| 5 | Enter the number from line 1 of this worksheet . . . . . . . . . . . | 5 _____ | |
| 6 | **Subtract** line 5 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . | | 6 _____ |
| 7 | Find the amount in **Table 2** below that applies to the **HIGHEST** paying job and enter it here . . . . . . | 7 $ _____ |
| 8 | **Multiply** line 7 by line 6 and enter the result here. This is the additional annual withholding needed . . . | 8 $ _____ |
| 9 | **Divide** line 8 by the number of pay periods remaining in 2018. For example, divide by 18 if you're paid every 2 weeks and you complete this form on a date in late April when there are 18 pay periods remaining in 2018. Enter the result here and on Form W-4, line 6, page 1. This is the additional amount to be withheld from each paycheck . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 $ _____ |

| Table 1 | | | | Table 2 | | | |
|---|---|---|---|---|---|---|---|
| **Married Filing Jointly** | | **All Others** | | **Married Filing Jointly** | | **All Others** | |
| If wages from **LOWEST** paying job are— | Enter on line 2 above | If wages from **LOWEST** paying job are— | Enter on line 2 above | If wages from **HIGHEST** paying job are— | Enter on line 7 above | If wages from **HIGHEST** paying job are— | Enter on line 7 above |
| $0 – $5,000 | 0 | $0 – $7,000 | 0 | $0 – $24,375 | $420 | $0 – $7,000 | $420 |
| 5,001 – 9,500 | 1 | 7,001 – 12,500 | 1 | 24,376 – 82,725 | 500 | 7,001 – 36,175 | 500 |
| 9,501 – 19,000 | 2 | 12,501 – 24,500 | 2 | 82,726 – 170,325 | 910 | 36,176 – 79,975 | 910 |
| 19,001 – 26,500 | 3 | 24,501 – 31,500 | 3 | 170,326 – 320,325 | 1,000 | 79,976 – 154,975 | 1,000 |
| 26,501 – 37,000 | 4 | 31,501 – 39,000 | 4 | 320,326 – 405,325 | 1,330 | 154,976 – 197,475 | 1,330 |
| 37,001 – 43,500 | 5 | 39,001 – 55,000 | 5 | 405,326 – 605,325 | 1,450 | 197,476 – 497,475 | 1,450 |
| 43,501 – 55,000 | 6 | 55,001 – 70,000 | 6 | 605,326 and over | 1,540 | 497,476 and over | 1,540 |
| 55,001 – 60,000 | 7 | 70,001 – 85,000 | 7 | | | | |
| 60,001 – 70,000 | 8 | 85,001 – 90,000 | 8 | | | | |
| 70,001 – 75,000 | 9 | 90,001 – 100,000 | 9 | | | | |
| 75,001 – 85,000 | 10 | 100,001 – 105,000 | 10 | | | | |
| 85,001 – 95,000 | 11 | 105,001 – 115,000 | 11 | | | | |
| 95,001 – 130,000 | 12 | 115,001 – 120,000 | 12 | | | | |
| 130,001 – 150,000 | 13 | 120,001 – 130,000 | 13 | | | | |
| 150,001 – 160,000 | 14 | 130,001 – 145,000 | 14 | | | | |
| 160,001 – 170,000 | 15 | 145,001 – 155,000 | 15 | | | | |
| 170,001 – 180,000 | 16 | 155,001 – 185,000 | 16 | | | | |
| 180,001 – 190,000 | 17 | 185,001 and over | 17 | | | | |
| 190,001 – 200,000 | 18 | | | | | | |
| 200,001 and over | 19 | | | | | | |

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States. Internal Revenue Code sections 3402(f)(2) and 6109 and their regulations require you to provide this information; your employer uses it to determine your federal income tax withholding. Failure to provide a properly completed form will result in your being treated as a single person who claims no withholding allowances; providing fraudulent information may subject you to penalties. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation; to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws; and to the Department of Health and Human Services for use in the National Directory of New Hires. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You aren't required to provide the information requested on a form that's subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Exhibit 2(a)
1132

38

000104



Employment Eligibility Verification
Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form I-9
OMB No. 1615-0047
Expires 08/31/2019

▶ START HERE: Read instructions carefully before completing this form. The instructions must be available, either in paper or electronically, during completion of this form. Employers are liable for errors in the completion of this form.

ANTI-DISCRIMINATION NOTICE: It is illegal to discriminate against work-authorized individuals. Employers CANNOT specify which document(s) an employee may present to establish employment authorization and identity. The refusal to hire or continue to employ an individual because the documentation presented has a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Attestation** (Employees must complete and sign Section 1 of Form I-9 no later than the first day of employment, but not before accepting a job offer.)

| Last Name (Family Name) | First Name (Given Name) | Middle Initial | Other Last Names Used (if any) |
|---|---|---|---|
| Mallard | Romel | C | N/A |

| Address (Street Number and Name) | Apt. Number | City or Town | State |
|---|---|---|---|
| | | PARAMOUNT | CA |

| Date of Birth (mm/dd/yyyy) | U.S. Social Security Number | Employee's E-mail Address | Employee's Telephone Number |
|---|---|---|---|
| 977 | | | (305) 437-8029 |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following boxes):

☒ 1. A citizen of the United States

☐ 2. A noncitizen national of the United States (See instructions)

☐ 3. A lawful permanent resident   (Alien Registration Number/USCIS Number): _____

☐ 4. An alien authorized to work   until (expiration date, if applicable, mm/dd/yyyy): _____
Some aliens may write "N/A" in the expiration date field. (See instructions)

Aliens authorized to work must provide only one of the following document numbers to complete Form I-9:
An Alien Registration Number/USCIS Number OR Form I-94 Admission Number OR Foreign Passport Number.

1. Alien Registration Number/USCIS Number: _____
OR
2. Form I-94 Admission Number: _____
OR
3. Foreign Passport Number: _____

Country of Issuance: _____

QR Code - Section 1
Do Not Write In This Space

| Signature of Employee | Today's Date (mm/dd/yyyy) |
|---|---|
| Romel M | 05/17/2018 |

**Preparer and/or Translator Certification** (check one)
☐ I did not use a preparer or translator. ☐ A preparer(s) and/or translator(s) assisted the employee in completing Section 1.
(Fields below must be completed and signed when preparers and/or translators assist an employee in completing Section 1.)

I attest, under penalty of perjury, that I have assisted in the completion of Section 1 of this form and that to the best of my knowledge the information is true and correct.

| Signature of Preparer or Translator | | Today's Date (mm/dd/yyyy) |
|---|---|---|
| | | |

| Last Name (Family Name) | First Name (Given Name) |
|---|---|
| | |

| Address (Street Number and Name) | City or Town | State | ZIP Code |
|---|---|---|---|

Form I-9 11/14/2016 N

Exhibit 2(a)
1133

39

000105



Employment Eligibility Verification
Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form I-9
OMB No. 1615-0047
Expires 08/31/2019

**Section 2. Employer or Authorized Representative Review and Verification**

| Employee Info from Section 1 | Last Name (Family Name) | First Name (Given Name) | M.I. | Citizenship/Immigration Status |
|---|---|---|---|---|
| | MALLARD | ROMEL | C | US |

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Identity and Employment Authorization | | Identity | | Employment Authorization |

| Document Title | | Document Title | Document Title |
|---|---|---|---|
| | | Drivers License | SSN |
| Issuing Authority | | Issuing Authority | Issuing Authority |
| | | CALifornia | Social Security Admin |
| Document Number | | Document Number | Document Number |
| | | | |
| Expiration Date (if any)(mm/dd/yyyy) | | Expiration Date (if any)(mm/dd/yyyy) | Expiration Date (if any)(mm/dd/yyyy) |
| | | 7-1-2019 | |

| Document Title | |
|---|---|
| | Additional Information |
| Issuing Authority | |
| Document Number | |
| Expiration Date (if any)(mm/dd/yyyy) | |
| Document Title | |
| Issuing Authority | |
| Document Number | |
| Expiration Date (if any)(mm/dd/yyyy) | |

QR Code - Sections 2 & 3
Do Not Write In This Space

**Certification:** I attest, under penalty of perjury, that (1) I have examined the document(s) presented by the above-named employee,
(2) the above-listed document(s) appear to be genuine and to relate to the employee named, and (3) to the best of my knowledge the
employee is authorized to work in the United States.

The employee's first day of employment (mm/dd/yyyy): **5-17-18**   (See instructions for exemptions)

| Signature of Employer or Authorized Representative | Today's Date (mm/dd/yyyy) | Title of Employer or Authorized Representative |
|---|---|---|
| | | |

| Last Name of Employer or Authorized Representative | First Name of Employer or Authorized Representative | Employer's Business or Organization Name |
|---|---|---|
| BOGARIN | FERNANDO | Universal Intermodal |

| Employer's Business or Organization Address (Street Number and Name) | City or Town | State | ZIP Code |
|---|---|---|---|
| 2035 E. Vista Bellaway | RANCHO Dominguez | CA | 90220 |

**Section 3. Reverification and Rehires** (To be completed and signed by employer or authorized representative.)

| A. New Name (if applicable) | | | B. Date of Rehire (if applicable) |
|---|---|---|---|
| Last Name (Family Name) | First Name (Given Name) | Middle Initial | Date (mm/dd/yyyy) |

| C. If the employee's previous grant of employment authorization has expired, provide the information for the document or receipt that establishes continuing employment authorization in the space provided below. | | | |
|---|---|---|---|
| Document Title | Document Number | | Expiration Date (if any) (mm/dd/yyyy) |

I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if
the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Today's Date (mm/dd/yyyy) | Name of Employer or Authorized Representative |
|---|---|---|
| | | |

Form I-9   11/14/2016 N

Page 2 of 3

Exhibit 2(a)
1134

40

000106

# RECORD OF ROAD TEST

Driver's Name **ROMEL C. MAIIUKU** Address _____ PARAMOUNT C A

License No. _____ State **CA** Equipment Driver: Truck Tractor **1 1 0** Trailer _____

Checked From **Rancho Dominguez** To **Long Beach** Date **May 11**

For those items that apply, checkmark ( ✓ ) if driver's performance is satisfactory, mark with an X if driver's performance is unsatisfactory.
Explain unsatisfactory items under Remarks. Use not applicable (NA) for items that do not apply.

**PART 1 - PRE-TRIP INSPECTION AND EMERGENCY EQUIPMENT**

| | |
|---|---|
| Checks general condition approaching unit | ✓ |
| Looks for leakage of coolants, fuel, lubricants | X |
| Checks under hood - oil, water, general condition of engine compartment, steering | X |
| Checks around unit - tires, lights, trailer hookup, brake and light lines, body, doors, horn, windshield wipers | X |
| Tests brake action, tractor protection valve, and parking (hand) brake | X |
| Checks horn, windshield wipers, mirrors, emergency equipment; reflectors, flares, fuses, tire chains (if necessary), fire extinguisher | X |
| Checks instruments for normal readings | X |
| Checks dashboard warning lights for proper functioning | X |
| Cleans windshield, windows, mirrors, lights, reflectors | X |
| Reviews and signs previous report | X |

**PART 2 - COUPLING AND UNCOUPLING**

| | |
|---|---|
| Lines up units | X |
| Connects glad hands to trailer to apply trailer brakes before coupling | X |
| Connects glad hands and light line properly | X |
| Couples without difficulty | X |
| Raises landing gear fully after coupling | X |
| Visually checks king pin assembly to be certain of proper coupling | X |
| Checks coupling by applying hand valve or tractor-protection valve (trailer air supply valve) and gently applying pressure by trying to pull away from trailer | X |
| Assure that surface will support trailer before uncoupling | X |

**PART 3 - PLACING VEHICLE IN MOTION AND USE OF CONTROLS**

**A. ENGINE**

| | |
|---|---|
| Places transmission in neutral before starting engine | X |
| Starts engine without difficulty | X |
| Allows proper warm-up | X |
| Understands gauges on instrument panel | X |
| Maintains proper engine speed (rpm) while driving | X |
| Does not abuse motor | |

**B. CLUTCH AND TRANSMISSION**

| | |
|---|---|
| Starts loaded unit smoothly | X |
| Uses clutch properly | X |
| Times gearshifts properly | X |
| Shifts gears smoothly | X |
| Uses proper gear sequence | X |

**C. BRAKES**

| | |
|---|---|
| Knows proper use of tractor protection valve | X |
| Understands low air warning | X |
| Tests service brakes | X |
| Builds full air pressure before moving | X |

**D. STEERING**

| | |
|---|---|
| Controls steering wheel | ✓ |
| Good driving posture and good grip on wheel | ✓ |

**E. LIGHTS**

| | |
|---|---|
| Knows lighting regulations | X |
| Uses proper headlight beam | X |
| Dim lights when meeting or following other traffic | X |
| Adjusts speed to range of headlights | X |
| Proper use of auxiliary lights | X |

**PART 4 - BACKING AND PARKING**

**A. BACKING**

| | |
|---|---|
| Gets out and checks before backing | X |
| Looks back as well as uses mirror | X |
| Gets out and rechecks conditions on long back | X |
| Avoids backing from blind side | X |
| Signals when backing | X |
| Controls speed and direction properly while backing | X |

**C. PARKING (City)**

| | |
|---|---|
| Does not hit nearby vehicles or stationary objects | X |
| Parks proper distance from curb | X |
| Sets parking brake, puts in gear, chocks wheels, shuts off motor | X |
| Checks traffic conditions and signals when pulling out from parked position | X |
| Parks in legal and safe location | X |

**C. PARKING (Road)**

| | |
|---|---|
| Parks off pavement | X |
| Avoids parking on soft shoulder | X |
| Uses emergency warning signals when required | X |
| Secures unit properly | X |

13P 652
(Rev. 5/02)

Exhibit 2(a)
1135                    41                    000107

**PART 5 - SLOWING AND STOPPING**
Uses gears properly ascending
Gears down properly descending
Stops and restarts without rolling back
Tests brakes before descending grades
Uses brakes properly on grades
Uses mirrors to check traffic to rear
Signals following traffic
Avoids sudden stops
Stops smoothly without excessive fanning
Stops before crossing sidewalk when coming out of
   driveway or alley
Stops clear of pedestrian crosswalks

**PART 6 - OPERATING IN TRAFFIC PASSING AND TURNING**
A. TURNING
   Signals intention to turn well in advance
   Gets into proper lane well in advance of turn
   Checks traffic conditions and turns only
      when intersection is clear
   Restricts traffic from passing on right when
      preparing to complete right-hand turn
   Completes turn promptly and safely and does not
      impede other traffic

B. TRAFFIC SIGNS AND SIGNALS
   Approaches signal prepared to stop if necessary
   Obeys traffic signal
   Uses good judgement on yellow light
   Starts smoothly on green
   Notices and heeds traffic signs
   Obeys "Stop" signs

C. INTERSECTIONS
   Adjusts speed to permit stopping if necessary
   Checks for cross traffic regardless of traffic controls
   Yields right-of-way for safety

D. GRADE CROSSINGS
   Adjusts speed to conditions
   Makes safe stop, if required
   Selects proper gear and does not shift gears while crossing
   Knows and understands federal and state rules
      governing grade crossing

E. PASSING
   Passes with sufficient clear space ahead
   Does not pass in unsafe location: hill, curve, intersection
   Signals change of lanes
   Warns driver being passed
   Pulls out and back with certainty
   Does not tailgate
   Does not block traffic with slow pass
   Allows enough room when returning to right lane

**F. SPEED**
   Speed consistent with basic ability
   Adjusts speed properly to road, weather,
      traffic conditions, legal limits
   Slows down for rough roads
   Slows down in advance of curves, intersections, etc.
   Maintains consistent speed

G. COURTESY AND SAFETY
   Uses defensive driving techniques
   Yields right-of-way for safety
   Goes ahead when given right-of-way by others
   Does not crowd other drivers or force way through traffic
   Allows faster traffic to pass
   Keeps right and in own lane
   Uses horn only when necessary
   Generally courteous and uses proper conduct

**PART 7 - MISCELLANEOUS**

A. GENERAL DRIVING ABILITY AND HABITS
   Consistently alert and attentive
   Adjusts driving to meet changing conditions
   Performs routing functions without taking eyes from road
   Checks instruments regularly while driving
   Willing to take instructions and suggestions
   Adequate self-confidence in driving
   Is not easily angered
   Positive attitude
   Good personal appearance, manner, cleanliness
   Good physical stamina

B. HANDLING OF FREIGHT
   Checks freight properly
   Handles and loads freight properly
   Handles bills properly
   Breaks down load as required

C. RULES AND REGULATIONS
   Knowledge of company rules
   Knowledge of regulations: federal, state, local
   Knowledge of special truck routes

D. USE OF SPECIAL EQUIPMENT (Specify)
   _____
   _____
   _____

REMARKS:
_____
_____
_____

GENERAL PERFORMANCE: Satisfactory ✓   Needs Training _____   Unsatisfactory _____

QUALIFIED FOR:   Truck X   Tractor-Semitrailer X   Other _____
                                                    (Specify)

13F 652
(REV. 5/02)

Signature of Examiner

**CERTIFICATION OF ROAD TEST**

Instructions to Carrier: If the road test is successfully completed, the person who gave it must complete the following certification in duplicate. The original of the signed road test form and the original of the Certification of Road Test shall be retained in the driver qualification file of the person who was examined, and duplicate copies provided to the person examined. Section 391.31 (e)(f)(g)(1)(2) of the Federal Motor Carrier Safety Regulations

Driver's Name ROMEL MALLARD          Type of Power Unit _____
Social Security No. _____     Type of Trailer(s) _____
Operator's or Chauffeur's Lic. No. _____   State _____   If Passenger Carrier, Type of Bus _____

This is to certify that the above-named driver was given a road test under my supervision on _____ 20_____ consisting of approximately _____ miles of driving. It is my considered opinion that this driver possesses sufficient driving skill to operate safely the type of commercial motor vehicle listed above.

Signature of examiner _____   Organization Universal Informada
Title _____                  Address of examiner _____

© Copyright 2002 J.J. KELLER & ASSOCIATES, INC., Neenah, WI · USA · (800) 327-6868 · www.jjkeller.com · Printed in the United States

8B 278(rev. 5/02)

Exhibit 2(a)
1136

42

000108



Exhibit 2(a)
1137

43

000109

**EDD** Employment
Development
Department
State of California

This form can be used to manually compute your withholding allowances, or you can electronically compute them at www.taxes.ca.gov/de4.pdf.

EMPLOYEE'S WITHHOLDING ALLOWANCE CERTIFICATE

State or Print Your Full Name
ROMEL CHRISTOPHER Mailard

Your Social Security Number

City, State, and ZIP Code
PARAMOUNT   CA   90723

Filing Status Withholding Allowances

☒ SINGLE or MARRIED (with two or more incomes)
☐ MARRIED (one income)
☐ HEAD OF HOUSEHOLD

1. Number of allowances for Regular Withholding Allowances, Worksheet A
   Number of allowances from the Estimated Deductions, Worksheet B
   Total Number of Allowances (A + B) when using the California
   Withholding Schedules for 2016                                        0

OR

2. Additional amount of state income tax to be withheld each pay period (if employer agrees), Worksheet C    0

OR

3. I certify under penalty of perjury that I am not subject to California withholding. I meet the conditions set forth under
   the Service Member Civil Relief Act, as amended by the Military Spouses Residency Relief Act.   (Check box here) ☐

Under the penalties of perjury, I certify that the number of withholding allowances claimed on this certificate does not exceed the number to which I am entitled or, if claiming exemption from withholding, that I am entitled to claim the exempt status.

Signature Romel M                                     Date 5/17/18

Employer's Name and Address Romel  Maillard          California Employer Account Number
                            PARAMOUNT CA



----------------------------- cut here -----------------------------

Give the top portion of this page to your employer and keep the remainder for your records.

**YOUR CALIFORNIA PERSONAL INCOME TAX MAY BE UNDERWITHHELD IF YOU DO NOT FILE THIS DE 4 FORM.**

**IF YOU RELY ON THE FEDERAL FORM W4 FOR YOUR CALIFORNIA WITHHOLDING ALLOWANCES, YOUR CALIFORNIA STATE PERSONAL INCOME TAX MAY BE UNDERWITHHELD AND YOU MAY OWE MONEY AT THE END OF THE YEAR.**

**PURPOSE:** This certificate, DE 4, is for California Personal Income Tax (PIT) withholding purposes only. The DE 4 is used to compute the amount of taxes to be withheld from your wages, by your employer, to accurately reflect your state tax withholding obligation.

You should complete this form if either:

(1) You claim a different marital status, number of regular allowances, or different additional dollar amount to be withheld for California PIT withholding than you claim for federal income tax withholding or,

(2) You claim additional allowances for estimated deductions.

THIS FORM WILL NOT CHANGE YOUR FEDERAL WITHHOLDING ALLOWANCES.

The federal Form W-4 is applicable for California withholding purposes if you wish to claim the same marital status, number of regular allowances, and/or the same additional dollar amount to be withheld for state and federal purposes. However, federal tax brackets and withholding methods do not reflect state PIT withholding tables. If you rely on the number of withholding allowances you claim on your Form W-4 withholding allowance

certificate for your state income tax withholding, you may be significantly underwithheld. This is particularly true if your household income is derived from more than one source.

**CHECK YOUR WITHHOLDING:** After your Form W-4 and/or DE 4 takes effect, compare the state income tax withheld with your estimated total annual tax. For state withholding, use the worksheets on this form.

EXEMPTION FROM WITHHOLDING: If you wish to claim exempt, complete the federal Form W-4. You may claim exempt from withholding California income tax if you did not owe any federal income tax last year and you do not expect to owe any federal income tax this year. The exemption is good for one year. If you continue to qualify for the exempt filing status, a new Form W-4 designating EXEMPT must be submitted by February 15 each year to continue your exemption. If you are not having federal income tax withheld this year but expect to have a tax liability next year, you are required to give your employer a new Form W-4 by December 1.

DE 4 Rev. 44 (1-16) (INTERNET)                    Page 1 of 4                         CU

Exhibit 2(a)
1138                                              44                                  000110

## Certification of
## Hazardous Materials Training

Romel Mallard

Has completed the Hazardous Materials Testing

Month / Day / Year:   06 , 18 , 2018

Alyssa Stachnik   9004

Company Representative          Terminal/Agent

Universal 12755 E 9 Mile Rd. Warren MI 48089

Company/Address

#26.03 c   6-2002

Exhibit 2(a)
1139

45

000111

J. J. Keller® Training on Demand

# *Certificate of Completion*

## **Romel Mallard**

Has completed the online, interactive training course

### **Hazmat: General Awareness Training**

And achieved a score of **100 %** on the Final Exam.

Universal
_____
Company Name

12755 E 9 Mile Rd
_____
Company Address

Warren, MI 48089
_____
City, State, Zip

6/15/2018
_____
Date of Completion

Note: It is the responsibility of the trainer and the trainer's company
(named as Company, above) to determine and verify a student's competency.
Course completion certificates do not state or imply competency on any given
subject, only that the student has completed the online training.


J. J. Keller
& Associates, Inc.®
Since 1953

Exhibit 2(a)
1140
46
000112

J. J. Keller® Training on Demand

# *Certificate of Completion*

## Romel Mallard

Has completed the online, interactive training course

**Hazmat: Highway Transportation Driver Training**

And achieved a score of  **90**  **%** on the Final Exam.

Universal
Company Name

12755 E 9 Mile Rd
Company Address

Warren, MI 48089
City, State, Zip

6/18/2018
Date of Completion

Note: It is the responsibility of the trainer and the trainer's company
(named as Company, above) to determine and verify a student's competency.
Course completion certificates do not state or imply competency on any given
subject, only that the student has completed the online training.



J. J. Keller
& Associates, Inc.
*Since 1953*

Exhibit 2(a)
1141                                        47                                        000113

J. J. Keller® Training on Demand

# *Certificate of Completion*

## Romel Mallard

Has completed the online, interactive training course

**Hazmat: Safety Training**

And achieved a score of  **90**  **%** on the Final Exam.

Universal
_____
Company Name

12755 E 9 Mile Rd
_____
Company Address

Warren, MI 48089
_____
City, State, Zip

6/18/2018
_____
Date of Completion

Note: It is the responsibility of the trainer and the trainer's company
(named as Company, above) to determine and verify a student's competency.
Course completion certificates do not state or imply competency on any given
subject, only that the student has completed the online training.



J. J. Keller
& Associates, Inc.®
*Since 1953*

Exhibit 2(a)
1142

J. J. Keller® Training on Demand

# *Certificate of Completion*

## Romel Mallard

Has completed the online, interactive training course

**Hazmat: Security Awareness Training**

And achieved a score of **100** % on the Final Exam.

Universal
_____
Company Name

12755 E 9 Mile Rd
_____
Company Address

Warren, MI 48089
_____
City, State, Zip

6/18/2018
_____
Date of Completion

Note: It is the responsibility of the trainer and the trainer's company
(named as Company, above) to determine and verify a student's competency.
Course completion certificates do not state or imply competency on any given
subject, only that the student has completed the online training


J. J. Keller
& Associates, Inc.®
**Since 1953**

Exhibit 2(a)
1143                                    49                                    000115



Exhibit 2(a)
1144

50

000116



November 26, 2019

VIA: Certified Mail, U.S. Mail
Mr. Romel Mallard

Paramount, CA

RE: Letter of Termination

Dear Mr. Mallard,

This letter will confirm your discharge from employment with Universal Intermodal Services, Inc.
effective November 26, 2019 for insubordination.

Please be advised that we will respond to all reference checks from prospective employers with simply
your dates of employment and position held.

If you have any questions, please feel free to contact me at 310-609-1684

Sincerely,


Joe Lugo - General Manager
Universal Intermodal Services – Rancho Dominguez Operation

CC: Richard Silverwood – Corporate Labor
    Dennis Glackin – Corporate Labor



Universal Intermodal Services, Inc.
2035 Vista Bella Way
Rancho Dominguez, CA 90220

Exhibit 2(a)
1145



JX 5(b)
000117

JT5B                    XX
**EXHIBIT NO.**_____  **RECEIVED** _____  **REJECTED** _____

     21-CA-252500, et al.          MASON-DIXON INTERMODAL
**CASE NO** _____ **CASE NAME** _____

        2              6/15/21              T. RAY
**NO OF PAGES** _____ **DATE:** _____ **REPORTER:** _____

Exhibit 2(a)
1146



***IMPORTANT***

TO: Compton Drivers
From: Joe Lugo

As you all are aware, Universal's lease on the Compton terminal expires on 12/31/2019, and it will not be renewed. While the company is considering its options, no decision has been made regarding the potential relocation of the Compton operations, nor has a new location been determined.

As soon as more information becomes available to me, I will share that with you.

**Universal**
INTERMODAL

*COMPANY MEMO*

Date: July 2, 2019

To: Intermodal Terminals, Agents, & Drivers

From: Chris VanZant

CC: Phil Canady, Jeff Hinkle, Don Taylor

RE: Passengers & Firearms

Team,

Just a reminder to all of our staff, agents, and drivers of the passenger and firearms policies Universal has in place. There is "zero tolerance" for unauthorized passengers and/or possession of firearms. Either offence can lead to cancellation of contract or termination of a company employee.

Universal Team

RE: Uptick in Rear En...

We have seen an upt...
combination of speed...
often produce bodily...
avoided by doing the...

• Keep at least...
• Consult your...
• Look ahead a...
• Avoid freque...
• When stopped...
• Be cautious i...
• Avoid sudden...
• If a vehicle cu...
• Avoid distrac...
• Follow poste...
• Keep your w...

65 MPH
65 MPH
55 MPH
55 MPH
40 MPH
40 MPH

The above...

JX 6(a)

Exhibit 2(a)
1147

000118

JT6A

XX

**EXHIBIT NO.**_____ **RECEIVED** _____ **REJECTED** _____

21-CA-252500, et al.          MASON-DIXON INTERMODAL

**CASE NO** _____ **CASE NAME** _____

2          6/15/21          T. RAY

**NO OF PAGES** _____ **DATE:** _____ **REPORTER:** _____

Exhibit 2(a)
1148





December 20, 2019

Dear Driver,

You were previously made aware by both a posting at the facility on November 22, 2019 and in a meeting on November 25, 2019 that Universal Intermodal Services' lease on the Compton terminal located at 2035 Vista Bella Way, Compton, CA expires on December 31, 2019. The Company has not found a suitable location to relocate the Compton operations. The lease expiration combined with a weakening in the truckload and intermodal sectors has forced Universal Intermodal Services to make the painful decision to discontinue operations in Compton, CA.

Included with this letter is your final paycheck, including any other monies owed you. Please direct all questions to Michael Vagts, at mvagts@universallogistics.com or 586.920.0259.

Sincerely,

Joe Lugo - General Manager
Universal Intermodal Services – Rancho Dominguez Operation

**JX 6(b)**

Exhibit 2(a)
1149

000119

JT6B                    XX
**EXHIBIT NO.**_____ **RECEIVED** _____ **REJECTED** _____

      21-CA-252500, et al.          MASON-DIXON INTERMODAL
**CASE NO** _____ **CASE NAME** _____

      2              6/15/21              T. RAY
**NO OF PAGES** _____ **DATE:** _____ **REPORTER:** _____

Exhibit 2(a)
1150

December 18, 2019

TO: All Truckload CA Company Drivers

FM: Universal Management

RE: Workforce Reduction

Soft freight conditions in 2019 have necessitated that we evaluate our current staffing levels heading into the New Year 2020, as a result with much consideration, we regret to inform you that Universal Truckload, Inc. is reducing all company driver positions effective Friday, December 20, 2019.  Final pay will be processed in accordance to Friday, December 20, 2019.

If you have any questions or want additional information concerning this matter, please contact your local management or Michael Vagts, Sr. HR Manager, at 586-920-0100.

– Universal Management

**JX 6(c)**

Exhibit 2(c)

JT6C                          XX
EXHIBIT NO._____  RECEIVED _____ REJECTED _____

      21-CA-252500, et al.         MASON-DIXON INTERMODAL
CASE NO _____ CASE NAME _____

         2              6/15/21            T. RAY
NO OF PAGES _____ DATE: _____ REPORTER: _____

Exhibit 2(a)
1152



December 18, 2019

TO: All Roadrunner CA Company Drivers

FM: Roadrunner Management

RE: Workforce Reduction

Soft freight conditions in 2019 have necessitated that we evaluate our current staffing levels heading into the New Year 2020, as a result with much consideration, we regret to inform you that Roadrunner Intermodal Services is reducing all company driver positions effective Friday, December 20, 2019. Final pay will be processed in accordance to Friday, December 20, 2019.

If you have any questions or want additional information concerning this matter, please contact your local management or Michael Vagts, Sr. HR Manager, at 586-920-0100.

– Roadrunner Management

Exhibit 2(a)
1153

**JX 6(d)**

000121

JT6D     XX
**EXHIBIT NO.**_____ **RECEIVED** _____ **REJECTED** _____

21-CA-252500, et al.  MASON-DIXON INTERMODAL
**CASE NO** _____ **CASE NAME** _____

2   6/15/21   T. RAY
**NO OF PAGES** _____ **DATE:** _____ **REPORTER:** _____

Exhibit 2(a)
1154

# BUSH GOTTLIEB
## A Law Corporation

David E. Ahdoot
Robert A. Bush
Hector De Haro
Lisa C. Demidovich#
Erica Deutsch
Peter S. Dickinson+
Ira L. Gottlieb*
Julie Gutman Dickinson
Joseph A. Kohanski*

* Also admitted in New York
+ Also admitted in Nevada
# Also admitted in Washington DC
~ Admitted in Washington DC

801 North Brand Boulevard, Suite 950
Glendale, California 91203
Telephone (818) 973-3200
Facsimile (818) 973-3201
www.bushgottlieb.com

January 18, 2020

Adam Kornetsky~
Dana S. Martinez
Garrett A. McCoy
Kirk M. Prestegard
Dexter Rappleye
Estephanie Villalpando
Jason Wojciechowski
Vanessa C. Wright

11135-29006

Direct Dial: (818) 973-3228
jgutmandickinson@bushgottlieb.com

**VIA E-MAIL, FAX, AND U.S. MAIL**

Tony Milles
Mason-Dixon International d/b/a Universal
Intermodal Services
9515 10th Ave South
Seattle, CA 98108
P: 206 762 6100
F: 586 467 0904
tmilles@universalintermodal.com

John S. Ferrer
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1909 K Street NW, Suite 1000
Washington, D.C. 20006
P: 202 263 0173
F: 202 887 0866
john.ferrer@ogletree.com

Re:     Union's Demand to Bargain and Request for Information

Dear Mr. Milles and Mr. Ferrer:

As you are aware, on January 8, 2020, the International Brotherhood of Teamsters (the "Union") was certified as the exclusive bargaining representative for "All full-time and regular part-time port drivers employed by the Employer working or dispatched out of the Employer's facility currently located at 2035 Vista Bella Way, Compton, California," with the Employer being Mason-Dixon Intermodal d/b/a Universal Intermodal Services. This letter is to demand bargaining over the terms and conditions of employment for those employees. Please immediately provide your availability for bargaining sessions in January and February 2020.

The Union has also become aware that after employees voted to unionize, the Employer, without giving notice to the Union, unilaterally terminated all bargaining unit employees and closed the Compton facility, assigning the work previously done by those bargaining unit employees to non-union employees at other locations. In addition to constituting unlawful discrimination and retaliation, these actions are clear violations of the Employer's duty to bargain with the Union. Accordingly, the Union demands that the Employer  restore the status quo by reinstating all unlawfully terminated employees, and bargain with the Union over the  decision to close the facility and relocate unit work. In addition to bargaining over the decision itself, the Union demands the Employer bargain over the effects of these decisions on the bargaining unit.

JT7                          XX
EXHIBIT NO._____ RECEIVED _____ REJECTED _____

       21-CA-252500, et al.        MASON-DIXON INTERMODAL
CASE NO _____ CASE NAME _____

         499          6/15/21          T. RAY
NO OF PAGES _____ DATE: _____ REPORTER: _____

Exhibit 2(a)
1156

VIA E-MAIL AND U.S. MAIL
Universal
January 17, 2020
Page 2

In preparation for our upcoming contract negotiations, the Union needs certain information in order to develop proposals and prepare for productive negotiations. Because we hope to arrive at a collective bargaining agreement expeditiously, please provide this information as soon as possible, and by no later than Friday, January 31, 2020.  Please identify any information that is not readily available, and provide a timeline of when that information will be made available to the Union so that we can plan accordingly. In addition, please identify any portion of this request for which the Employer does not maintain information, or where information is otherwise not available.

1.  **Employee specific information:** A list of all bargaining unit employees containing the following information in excel spreadsheet format. "Bargaining unit employees" includes any and all employees who were terminated at any point from October 2019 through the present. Unless indicated otherwise, these requests should be construed as asking for the information for the 12-month period from January 17, 2019 through the present. For each individual employee please include the following information:

    a.  name;

    b.  sex or gender;

    c.  race;

    d.  employee number or social security number;

    e.  address;

    f.  date of birth;

    g.  phone number;

    h.  job classification;

    i.  wage rate, including:

        i.  base wage rate;

        ii.  whether the employee has received a higher rate of pay because they have opted out of insurance or other benefits;

        iii.  amounts paid for any premiums or differentials, e.g. for certifications, specialties, or endorsements;

        iv.  step and or grade on pay scale;

**VIA E-MAIL AND U.S. MAIL**
Universal
January 17, 2020
Page 3

  v.  all wage increases granted in the past two years and dates on which they were granted;

 j.  status (full-time, part-time, temporary, or other);

 k.  schedule or hours worked;

 l.  date of hire;

 m.  number of hours worked and total paid, including:

  i.  number of hours and total paid as straight time

  ii.  number of overtime hours worked for which the employee received any time of overtime premium, with an indication of whether the overtime was mandatory, and total paid;

  iii.  number of hours worked and total paid for shift (night, evening and weekend) differentials.  Please specify the amount of the differential;

  iv.  number of hours spent on-call and total paid to the employee for being on on-call;

  v.  number of hours and total paid for reporting pay;

  vi.  number of hours and total paid for holidays;

  vii.  number of PTO or vacation hours used, total paid for PTO or vacation, and the remaining balance in employee leave banks;

  viii.  number of sick leave hours used, total paid for sick leave, and the remaining balance in employee leave banks;

  ix.  number of hours and total paid for bereavement leave;

 n.  number of hours missed as a result of the employee being called off or as a result of the Employer otherwise canceling that employee's scheduled shift;

 o.  total amounts paid for any hiring, recruitment, relocation or retention bonuses;

 p.  amount employee and employer contributed to all retirement plans.  Please breakout information by retirement plan and by employee/employer contribution;

 q.  amounts paid to employee for missed breaks;

**VIA E-MAIL AND U.S. MAIL**
Universal
January 17, 2020
Page 4

2.     **Fringe Benefits:** Please provide the following information for any health plans maintained by the Employer:

    a.     Plan summaries for any and all insurance plans, health and otherwise, that bargaining unit employees are eligible to participate in and copies of the plan documents and the summary plan description documents;

    b.     For any self-funded health plans, total claims paid for the last 3 plan years;

    c.     A listing of all employees currently participating in such plans, including a breakdown of coverage levels, i.e. employee, employee/children, employee/spouse, and employee/family coverage and the amounts the employer and employee pay per month for each level of coverage; and

    d.     A copy of Form 5500s for the health plans;

3.     **Fringe Benefits:** Please provide the following information for any 401(k) plans or other pension plans maintained by the Employer:

    a.     Summary plan descriptions and complete plan documents;

    b.     The three most recent IRS Form 5500s (and all schedules) filed for the 401(k) plans;

4.     **Fringe Benefits:** Copies of any other company fringe benefit plans including profit sharing, severance, stock incentive, apprenticeship, training, legal services, child care, or any other plans or benefits which relate to bargaining unit employees;

5.     **Job Descriptions:** Copies of all current bargaining unit job descriptions and any previous job descriptions in effect at any point in the preceding three years;

6.     **Employer policies:** A copy of all policies and procedures related to employment conditions and benefits, including all current work rules and a copy of all employee handbooks or manuals:

    a.     This request includes, without limitation:

        i.     company leave policies;

        ii.     attendance policies;

        iii.     policies with respect to diseases, disability or illness;

**VIA E-MAIL AND U.S. MAIL**
Universal
January 17, 2020
Page 5

      iv.    policies with respect to promotions or raises;

      v.    training programs;

      vi.    temporary help/hiring policies;

      vii.    layoff/recall policies;

      viii.    drug and alcohol policies;

      ix.    holiday gift policies.

      x.    policies with respect to the use of any bulletin boards, or other locations, where notices to employees are regularly posted;

      xi.    policies regarding the use of computer equipment to which employees have access

    b.    For any leave policy—such as sick leave, vacation leave, PTO, family leave, maternity/paternity leave, Family Medical Leave, or State leave—please include information regarding accrual rates, maximum accruals, limits on utilization, procedures for cash-out, list of employees who have utilized such leave in the past five years, a list of employees who have been denied such leave;

7.    **Health and Safety:** Any reports or logs related to injuries on the job, and/or workplace health and safety;

8.    **Discipline:** Copies of all disciplinary notices, warnings, or records of disciplinary personnel actions for the last year received by, or assessed against, bargain unit employees;

9.    **Individual Agreements:** Identify any employee with whom the Employer has any oral or written agreement, and provide a copy of such agreement if in writing, or describe the terms and conditions of the agreement;

10.    **Employee Evaluations:** Copies of any employee evaluations in the past five years;

11.    **Recent Terminations/Relocation/Layoffs/Transfer of Unit Work:** Please provide the following information related to the Employer's unilateral and unlawful decision to terminate unit members in December 2019, and relocate bargaining unit work to related facilities:

VIA E-MAIL AND U.S. MAIL
Universal
January 17, 2020
Page 6

a.   Bylaws, articles of incorporation, and corporate structure for the Employer and any parent, subsidiary, or related company;

b.   Financial statements for the last five years for the Employer and any parent, subsidiary, or related company;

c.   Copies of any reports from consultants, investment advisors, certified public accountants, or others concerning the value of the company;

d.   Audited financial statements for 2018 and 2019;

e.   Monthly financial statements from January 2018 through the present;

f.   A monthly list of all customers serviced by bargaining unit employees, from January 2018 through present, including the volume of work completed for each customer;

g.   A list of any customers or contracts lost by the Employer from January 2018 through the present, including documents showing why and when that occurred;

h.   For each customer or contract serviced by bargaining unit employees as of November 2019, a description of whether the Employer or any related company is currently completing that work;

i.   Correspondences, proposals, plans, agreements, or other documents regarding Employer's decision to layoff or terminate bargaining unit employees in December 2019;

j.   Correspondences, proposals, plans, agreements, or other documents regarding Employer's decision to relocate bargaining unit work to other facilities in December 2019;

k.   Documents supporting the Employer's contention that the terminations/layoffs/plant closure/relocation in December 2019 was economically necessary;

l.   A copy of the Employer's most recent lease for the facility located at 2035 Vista Bella Way, Compton, California;

m.   Correspondences, proposals, plans, agreements, or other documents regarding Employer's re-negotiation for the lease at 2035 Vista Bella Way, Compton, California;

**VIA E-MAIL AND U.S. MAIL**

Universal
January 17, 2020
Page 7

    n.    Correspondences, proposals, plans, agreements, or other documents regarding Employer's search or efforts to obtain a lease on another property in Southern California in 2019;

    o.    Correspondences, proposals, plans, agreements, or other documents regarding contingency plans if the Employer did not renew the lease at 2035 Vista Bella Way, Compton, California; and

    p.    Correspondences, proposals, plans, agreements, or other documents regarding new hiring of employee drivers or owner-operators by the Employer or any related entity in Southern California since October 2018.

The Union reserves the right to request additional information in the future as may be necessary to properly represent bargaining unit employees. These requests include a continuing duty to provide additional information that becomes available after these requests have been answered. The Union believes that all of these requests are valid and demands relevant information under the National Labor Relations Board's standards. Should the Employer have any concerns, the Union stands ready to negotiate over the Employer's concerns to work out a mutually agreeable resolution. We respectfully request that the information be provided in the most useable format.

We look forward to receiving this information by no later than January 31, 2020. If any information is not immediately available or cannot be provided by January 31, 2010, identify which items and provide an explanation or timeframe so that we may properly prepare.

Thank you in advance. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Bush Gottlieb
A Law Corporation

Julie Gutman Dickinson

cc: Fred Potter, Port Division Director, International Brotherhood of Teamsters
Eric Tate, Port Division International Representative, International Brotherhood of
Teamsters /Secretary-Treasurer, Teamsters Local 848