# EXHIBIT 4

Exhibit 4
2735

### OFFICIAL REPORT OF PROCEEDINGS

### BEFORE THE

### NATIONAL LABOR RELATIONS BOARD

### REGION 21

In the Matter of:

| | |
|---|---|
| MASON-DIXON INTERMODAL D/B/A UNIVERSAL INTERMODAL SERVICES, | Case Nos. |
| Respondent, | |

and

MASON-DIXON INTERMODAL D/B/A
UNIVERSAL INTERMODAL SERVICES
AND SOUTHERN COUNTIES EXPRESS,
INC.,
                   Respondent,

and

ROADRUNNER INTERMODAL
SERVICES, LLC,
                   Respondent,

and

UNIVERSAL TRUCKLOAD, INC.,
                   Respondent,

and

INTERNATIONAL BROTHERHOOD OF
TEAMSTERS,
           Charging Party.

Case Nos.
21-CA-252500
21-CA-252574
21-CA-264164
21-CA-253662
21-CA-259130
21-CA-254813
21-CA-255151

_____

_____

### RESPONDENT EXHIBITS

Place: Los Angeles, California (via Zoom Videoconference)

Dates: June 22, 2021

OFFICIAL REPORTERS
eScribers, LLC
E-Reporting and E-Transcription
7227 North 16th Street, Suite 207
Phoenix, AZ 85020
(602) 263-0885



Exhibit 4
2736

# EXHIBIT EXCLUDED

Leading Case Number:   21-CA-252500, ET AL

Leading Case Name:   MASON DIXON INTERMODAL

Exhibit Number:   R1

Description:

**The above-referenced exhibit is not included herein for the following reason:**

1. Exhibit Withdrawn:

2. Exhibit Rejected:

3. Other (Explain):   NOT OFFERED

Exhibit Retained By:   COUNSEL

TROY A. RAY

Court Reporter

**From:** Jose Torres <jrtm1970@yahoo.com>
**Sent:** Monday, June 22, 2020 10:55 AM
**To:** Mike Vagts
**Subject:** Re: Check

**EXTERNAL EMAIL**

The law for statute of limitation for pay is 3 years

El lunes, 22 de junio de 2020 08:23:46 a. m. PDT, Jose Torres escribió:

It shouldnt matter if its been 10 years. You still owe me that money. If you dont respond to this email i will take you to court.

El lunes, 22 de junio de 2020 08:06:35 a. m. PDT, Jose Torres escribió:

I got ur voice message in my phone. You stated that because its been more than 6 months you cant reimburse the fuel expense of $100. But if i sent all proof of documents showing i paid for it, why cant you pay me regardless of time? Why did it take so long to respond when i sent all proof? It took a week.

El viernes, 19 de junio de 2020 08:30:31 a. m. PDT, Jose Torres escribió:

Good morning. Its been a week and i havent heard anything regarding the reimnursement. Please contact me when you can so this can be resolved

El jueves, 18 de junio de 2020 10:48:59 a. m. PDT, Jose Torres escribió:

Hello Mike. This is José. Im waiting for your response for the reimnursement please.

R2                          XX
EXHIBIT NO._____  RECEIVED _____  REJECTED _____


        21-CA-252500, et al.            MASON-DIXON INTERMODAL
CASE NO _____ CASE NAME _____


        2              6/21/21          T. RAY
NO OF PAGES _____ DATE: _____ REPORTER: _____

Exhibit 4
2739

**From:** Jose Torres
**Sent:** Monday, June 29, 2020 11:31 AM
**To:** Mike Vagts
**Subject:** Resending reimnursement

**EXTERNAL EMAIL**

Hi Mike. Im resending the reimnursement driver manifest and supporring documents. Please call me if you have any questions at 626 230 5628. Please leave a message if i cant reply at that moment. Thx.

This message is confidential [may contain information that is privileged, confidential,] and exempt from disclosure, and is intended for use only by the person to whom it is addressed. It is privileged and protected by work product privilege. Nothing in this communication may be considered the basis of a binding agreement or contract between any of the parties hereto. If you have received this in error, please (1) do not forward, disclose, or use this information in any way; [and] (2) contact me immediately via email reply; and (3) delete immediately from all electronic records. The integrity and security of this message cannot be guaranteed on the Internet. Unless stated to the contrary, nothing in this message constitutes an electronic signature. LIMITATION OF LIABILITY for loss or damage on this shipment is applicable. See 49 U.S.C. 14706. Notwithstanding anything to the contrary herein, in no event shall CARRIER be liable for any delay, loss or damage claim, regardless of cause, in an amount greater than $100,000 per shipment unless Shipper has declared a stated value, in writing, and has paid an additional charge Fifty Cents (.50) per One Hundred Dollars ($100.00) of each stated value.

Exhibit 4
2740

**R3, Page 1 of 3**

EXHIBIT NO. R3       RECEIVED XX     REJECTED _____

CASE NO 21-CA-252500, et al.    CASE NAME MASON-DIXON INTERMODAL

NO OF PAGES 4    DATE: 6/21/21    REPORTER: T. RAY

Exhibit 4
2741



**FLYING J**

STORE 613
17047 ZACHARY AVE
BAKERSFIELD, CA 93308
(661) 392-5300
06/06/2018

SALE
Transaction #:    6637919

| Qty Name | Price | Total |
|---|---|---|
| 1 16 ft E Strap w/ Rat | 24.99 | 24.99 |
| 1 16 ft E Strap w/ Rat | 24.99 | VOID |

| | |
|---|---|
| Subtotal | 24.99 |
| Sales Tax | 1.81 |
| Gen Merch Rate | 1.81 |
| Total | 26.80 |

Received:
MC
XXXXXXXXXXXX3437    INSERTED    26.80
Approved
Auth #:  02699B

TYPE: PURCHASE
MasterCard  (C)
AID: A0000000041010
TVR: 0000008000
IAD: 0410A0401222000000000000000000000000FF
TSI: E800
ARC: Y3

IMPORTANT - Retain this copy for your
records.

CUSTOMER #ORIGINAL



VehicleID       7228

061306637919

Pos:6 Clerk:499  06/06/2018 23:18:25
COPY RECEIPT
2742

---

THE CAT SCALE GUARANTEE

guarantees that our scales will give an accurate weight. What mak
ale companies is that we back up our guarantee with cash.©

"WEIGH WHAT WE SAY OR WE PAY" ®

ine from the state AFTER one of our CAT Scales showed a legal we
cale and we will:
e cost of the overweight fine if our scale is wrong, OR
AT Scale Company will appear in court WITH the driver as an expert
s correct.

OVERWEIGHT FINE, YOU SHOULD DO THE FOLLOWING TO GET TH

st a court date.
any direct 24 hours a day at 1-877-CAT-SCALE, ext. 7 (Toll Free) or v

a copy of the citation, CAT Scale Ticket, your name, company, addre
Attn: Guarantee Department.

shown below are separate weights. The TOTAL WEIGHT was
e. AXLE WEIGHTS CAN NOT BE CERTIFIED and are NOT LEG
E COMPANY GUARANTEES THESE WEIGHTS TO BE CORRECT.



| | |
|---|---|
| STEER AXLE | 9960 |
| DRIVE AXLE | 36320 |
| TRAILER AXLE | 32280 |
| TOTAL AXLE | 78560 |

ING J
XIT 39
LD CA

**WARNING !**

NOT A CALIFORNIA WEIGHMASTER CERTIF
RADE IN THE STATE OF CALIFORNIA.

TICLE WEIGHED _____      FREIGHT AL

RSAL INTERMODAL            TRACTOR # 7228

WEIGHER SIGNATURE _____

JAMIE BARAJAS

| Employee Name | Facility | Division | Employee ID |
|---|---|---|---|
| JOSE TORRES MARISCAL | 00926 | 48 | 90060272 |

| Check Number | Pay Period Begin Date | Pay Period Ending Date | Check Date | Net Pay |
|---|---|---|---|---|
| 92648026 | 06/10/2018 | 06/16/2018 | 06/22/2018 | $874.40 |

| EARNINGS | | | | TAXES | | DEDUCTIONS/REFUNDS | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Amount | Code | Withheld | Code | Amount |
| REGULAR - HOURLY | 50.87 | | $1,220.88 | Federal | $54.30 | HEALTH - FAMILY 4 | $129.99 |
| | | | | | | DENTAL ONLY-FAMILY 4 | $36.00 |
| | | | | Social Security | $65.40 | | |
| | | | | Medicare | $15.30 | | |
| | | | | State | | | |
| | | | | CA | $34.94 | | |
| | | | | Local | | | |
| | | | | CASDI | $10.55 | | |
| Gross Wages Earned | | | $1,220.88 | Totals | $180.49 | Totals | $165.99 |

| Federal Filing Status | Exemptions | Additional W/H | Sick Hours Per Year | 24.00 |
|---|---|---|---|---|
| MAR | 4 | $0.00 | Sick Hours Available | 24.00 |

| State Filing Status | Exemptions | Additional W/H |
|---|---|---|
| Single/Married w/2 Incomes | 4 | $0.00 |

Exhibit 4
UNIVERSAL INTERMODAL SERVICES          12755 E. Nine Mile Rd, Warren, MI 48089          R3, Page 3 of 3

**From:** Jose Torres
**Sent:** Monday, June 29, 2020 11:38 AM
**To:** Mike Vagts
**Subject:** Fw: Check

**EXTERNAL EMAIL**


----- Mensaje reenviado -----
**De:** jrtm1970@yahoo.com <jrtm1970@yahoo.com>
**Para:** mvagts@universalintermodal.com <mvagts@universalintermodal.com>
**Enviado:** martes, 16 de junio de 2020 01:44:08 p. m. PDT
**Asunto:** Check


*Sent from my MetroPCS 4G LTE Android device*

This message is confidential [may contain information that is privileged, confidential,] and exempt from disclosure, and is intended for use only by the person to whom it is addressed. It is privileged and protected by work product privilege. Nothing in this communication may be considered the basis of a binding agreement or contract between any of the parties hereto. If you have received this in error, please (1) do not forward, disclose, or use this information in any way; [and] (2) contact me immediately via email reply; and (3) delete immediately from all electronic records. The integrity and security of this message cannot be guaranteed on the Internet. Unless stated to the contrary, nothing in this message constitutes an electronic signature. LIMITATION OF LIABILITY for loss or damage on this shipment is applicable. See 49 U.S.C. 14706. Notwithstanding anything to the contrary herein, in no event shall CARRIER be liable for any delay, loss or damage claim, regardless of cause, in an amount greater than $100,000 per shipment unless Shipper has declared a stated value, in writing, and has paid an additional charge Fifty Cents (.50) per One Hundred Dollars ($100.00) of each stated value.

R4                          XX
EXHIBIT NO._____   RECEIVED _____   REJECTED _____


        21-CA-252500, et al.              MASON-DIXON INTERMODAL
CASE NO _____ CASE NAME _____


        3                6/21/21            T. RAY
NO OF PAGES _____  DATE: _____  REPORTER: _____

Exhibit 4
2745

| May 28 | TARGET.COM * | 800-591-3869, MN | $21.53 |
| Jun. 2 | TARGET    00014118 | ROSEMEAD, CA | $4.77 |
| Jun. 6 | PILOT    00006130 | BAKERSFIELD, CA | $26.80 |
| Jun. 7 | TARGET.COM * | 800-591-3869, MN | $6.55 |
| Jun. 8 | BOOST MOBILE | 888-266-7848, KS | $35.00 |
| Jun. 8 | TARGET.COM * | 800-591-3869, MN | $5.62 |
| Jun. 8 | CLAIM JUMPER MONROVIA | MONROVIA, CA | $63.95 |
| Jun. 9 | TARGET    00014118 | ROSEMEAD, CA | $39.45 |
| Jun. 14 | COMMERCE TRUCK STOP | COMMERCE, CA | $100.00 |
| Jun. 14 | DOLLARPHONE RECHARGES | TEL7188891110, NY | $1.00 |
| Jun. 16 | TARGET.COM * | 800-591-3869, MN | $8.42 |
| Jun. 16 | TARGET.COM * | 800-591-3869, MN | $17.77 |
| Jun. 16 | TARGET    00014118 | ROSEMEAD, CA | $10.86 |
| Jun. 18 | DOLLARPHONE RECHARGES | TEL7188891110, NY | $1.00 |
| Jun. 19 | AMAZONPRIME MEMBERSHIP | AMZN.COM/PRME, WA | $14.22 |

**TOTAL PURCHASES AND OTHER DEBITS FOR THIS PERIOD**  $828.37

| **2018 Totals Year-to-Date** | |
| Total fees charged in 2018 | $12.00 |
| Total interest charged in 2018 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| --- | --- | --- | --- |
| Purchases | 21.74% (v) | $0.00 | $0.00 |
| Cash Advances | 24.74% (v) | $0.88 | $0.00 |

(v) = Variable Rate

There is a Minimum Charge of $1.00 for any billing period in which an interest charge is imposed.

1225435
R4.  AAM20-00051146-002-003

**From:** Jose Torres
**Sent:** Monday, June 29, 2020 11:39 AM
**To:** Mike Vagts
**Subject:** Fw: Check

**EXTERNAL EMAIL**

----- Mensaje reenviado -----
**De:** jrtm1970@yahoo.com <jrtm1970@yahoo.com>
**Para:** mvagts@universalintermodal.com <mvagts@universalintermodal.com>
**Enviado:** martes, 16 de junio de 2020 01:46:14 p. m. PDT
**Asunto:** Check

*Sent from my MetroPCS 4G LTE Android device*

This message is confidential [may contain information that is privileged, confidential,] and exempt from disclosure, and is intended for use only by the person to whom it is addressed. It is privileged and protected by work product privilege. Nothing in this communication may be considered the basis of a binding agreement or contract between any of the parties hereto. If you have received this in error, please (1) do not forward, disclose, or use this information in any way; [and] (2) contact me immediately via email reply; and (3) delete immediately from all electronic records. The integrity and security of this message cannot be guaranteed on the Internet. Unless stated to the contrary, nothing in this message constitutes an electronic signature. LIMITATION OF LIABILITY for loss or damage on this shipment is applicable. See 49 U.S.C. 14706. Notwithstanding anything to the contrary herein, in no event shall CARRIER be liable for any delay, loss or damage claim, regardless of cause, in an amount greater than $100,000 per shipment unless Shipper has declared a stated value, in writing, and has paid an additional charge Fifty Cents (.50) per One Hundred Dollars ($100.00) of each stated value.

Exhibit 4
2747

R5                          XX

**EXHIBIT NO.**_____ **RECEIVED** _____ **REJECTED** _____

21-CA-252500, et al.        MASON-DIXON INTERMODAL

**CASE NO** _____ **CASE NAME** _____

3           6/21/21         T. RAY

**NO OF PAGES** _____ **DATE:** _____ **REPORTER:** _____

Exhibit 4
2748

## Universal Intermodal Services, Inc.

Todays Date: 6-14-18

Driver: Joe Torres

Terminal: Compton

Truck Number: 7215

Start Shift: 5:00 PM

End Shift: 3:00 AM

Mileage Out: 128,272

Mileage In: 128,586

(30min) Break Start: 12:00

(30min) Break End: 12:30

Fuel Start: 7:15   End: 7:24

1st Rest: _____   2nd Rest: _____

### Drivers Daily Work Sheet

| CONTAINER | CHASSIS | FROM | TO | ARRIVE | DEPART | MANIFEST | E/ |
|-----------|---------|------|-----|--------|--------|----------|-----|
| NYKU8343284 | dclp | yard 5:00 5:48 | Shafter 10:10 10:55 | | | | |
| EITU1795250 | Evg | Shafter | yard | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Please reimburse $100.00 credit card (Fuel) | | | | | | | |
| Downtime freeway traffic on 5 south, Cal trans. | | | | | | | |
| Downtime waiting for truck key 5:00 - 5:25 | | | | | | | |

### Tractor Pre and Post Trip Inspection

R5, Page 2 of 2

| ✓ Oil Level | ✓ Steer Tires | ✓ Body Damage |
| ✓ Coolant Level | ✓ Drive Tires | ✓ Mirrors |
| ✓ Belts | ✓ Fifth Wheel | ✓ Interior |
| ✓ Lights | ✓ Brakes | ✓ Exterior |
| ✓ Markers | ✓ Seals | ✓ Scrapes |
| ✓ Turn Signal | ✓ Air Lines | ✓ Scratches |
| ✓ Windows | ✓ Reflectors | ✓ Dents |
| ✓ Horns | ✓ Mud Flaps | ✓ Bumper |

Comments: _____

_____

Drivers Signature                          6-14-18

Date

Exhibit 4
2749

**From:** Jose Torres
**Sent:** Monday, June 29, 2020 11:41 AM
**To:** Mike Vagts
**Subject:** Fw: Check

**EXTERNAL EMAIL**

----- Mensaje reenviado -----
**De:** jrtm1970@yahoo.com <jrtm1970@yahoo.com>
**Para:** mvagts@universalintermodal.com <mvagts@universalintermodal.com>
**Enviado:** martes, 16 de junio de 2020 01:46:58 p. m. PDT
**Asunto:** Check

*Sent from my MetroPCS 4G LTE Android device*

This message is confidential [may contain information that is privileged, confidential,] and exempt from disclosure, and is intended for use only by the person to whom it is addressed. It is privileged and protected by work product privilege. Nothing in this communication may be considered the basis of a binding agreement or contract between any of the parties hereto. If you have received this in error, please (1) do not forward, disclose, or use this information in any way; [and] (2) contact me immediately via email reply; and (3) delete immediately from all electronic records. The integrity and security of this message cannot be guaranteed on the Internet. Unless stated to the contrary, nothing in this message constitutes an electronic signature. LIMITATION OF LIABILITY for loss or damage on this shipment is applicable. See 49 U.S.C. 14706. Notwithstanding anything to the contrary herein, in no event shall CARRIER be liable for any delay, loss or damage claim, regardless of cause, in an amount greater than $100,000 per shipment unless Shipper has declared a stated value, in writing, and has paid an additional charge Fifty Cents (.50) per One Hundred Dollars ($100.00) of each stated value.

Exhibit 4
2750

R6, Page 1 of 2

EXHIBIT NO. R6 RECEIVED XX REJECTED _____

CASE NO 21-CA-252500, et al. CASE NAME MASON-DIXON INTERMODAL

NO OF PAGES 3 DATE: 6/21/21 REPORTER: T. RAY

Exhibit 4
2751

| Employee Name | Facility | Division | Employee ID |
|---|---|---|---|
| JOSE TORRES MARISCAL | 00926 | 48 | 90060272 |

| Check Number | Pay Period Begin Date | Pay Period Ending Date | Check Date | Net Pay |
|---|---|---|---|---|
| 92648026 | 06/10/2018 | 06/16/2018 | 06/22/2018 | $874.40 |

## EARNINGS

| Description | Rate | Hours | Amount |
|---|---|---|---|
| REGULAR - HOURLY | 50.87 | | $1,220.88 |
| **Gross Wages Earned** | | | **$1,220.88** |

## TAXES

| Code | Withheld |
|---|---|
| Federal | $54.30 |
| Social Security | $65.40 |
| Medicare | $15.30 |
| State | |
| CA | $34.94 |
| Local | |
| CASDI | $10.55 |
| **Totals** | **$180.49** |

## DEDUCTIONS/REFUNDS

| Code | Amount |
|---|---|
| HEALTH - FAMILY 4 | $129.99 |
| DENTAL ONLY-FAMILY 4 | $36.00 |
| **Totals** | **$165.99** |

| Federal Filing Status | Exemptions | Additional W/H | Sick Hours Per Year | 24.00 |
|---|---|---|---|---|
| MAR | 4 | $0.00 | Sick Hours Available | 24.00 |
| State Filing Status | Exemptions | Additional W/H | | |
| Single/Married w/2 Incomes | 4 | $0.00 | | |

Exhibit 4
UNIVERSAL INTERMODAL SERVICES

12755 E. Nine Mile Rd, Warren, MI 48089

R6, Page 2 of 2

**From:** Jose Torres
**Sent:** Monday, June 29, 2020 11:42 AM
**To:** Mike Vagts
**Subject:** Fw: Check

**EXTERNAL EMAIL**


----- Mensaje reenviado -----
**De:** jrtm1970@yahoo.com <jrtm1970@yahoo.com>
**Para:** mvagts@universalintermodal.com <mvagts@universalintermodal.com>
**Enviado:** martes, 16 de junio de 2020 01:47:38 p. m. PDT
**Asunto:** Check


*Sent from my MetroPCS 4G LTE Android device*

This message is confidential [may contain information that is privileged, confidential,] and exempt from disclosure, and is intended for use only by the person to whom it is addressed. It is privileged and protected by work product privilege. Nothing in this communication may be considered the basis of a binding agreement or contract between any of the parties hereto. If you have received this in error, please (1) do not forward, disclose, or use this information in any way; [and] (2) contact me immediately via email reply; and (3) delete immediately from all electronic records. The integrity and security of this message cannot be guaranteed on the Internet. Unless stated to the contrary, nothing in this message constitutes an electronic signature. LIMITATION OF LIABILITY for loss or damage on this shipment is applicable. See 49 U.S.C. 14706. Notwithstanding anything to the contrary herein, in no event shall CARRIER be liable for any delay, loss or damage claim, regardless of cause, in an amount greater than $100,000 per shipment unless Shipper has declared a stated value, in writing, and has paid an additional charge Fifty Cents (.50) per One Hundred Dollars ($100.00) of each stated value.

EXHIBIT NO. <u>R7</u>     RECEIVED <u>XX</u>   REJECTED _____

CASE NO <u>21-CA-252500, et al.</u> CASE NAME <u>MASON-DIXON INTERMODAL</u>

NO OF PAGES <u>3</u>   DATE: <u>6/21/21</u>   REPORTER: <u>T. RAY</u>

Exhibit 4
2754



**FLYING J**

STORE 613
17047 ZACHARY AVE
BAKERSFIELD, CA 93308
(661) 392-5300
06/06/2018

SALE
Transaction #:   6637919

| QTY Name | Price | Total |
|---|---|---|
| 1 16 ft E Strap w/ Rat | 24.99 | 24.99 |
| 1 16 ft E Strap w/ Rat | 24.99 | VOID |

| | |
|---|---|
| Subtotal | 24.99 |
| Sales Tax | 1.81 |
| Gen Merch Rate | 1.81 |
| Total | 26.80 |

Received:
  MC                                 26.80
  XXXXXXXXXXXX3437     INSERTED
  Approved
  Auth #:  02699B

TYPE: PURCHASE
MasterCard   (C)
AID: A0000000041010
TVR: 0000008000
IAD: 0410A040122200000000000000000000000FF
TSI: E800
ARC: Y3

IMPORTANT - Retain this copy for your
records.

CUSTOMER #ORIGINAL

*Jose R. Faro* (signature)

VehicleID        7228

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
061306637919

Cashier:499  06/06/2018  23:18:25
COPY RECEIPT

---

**THE CAT SCALE GUARANTEE**

guarantees that our scales will give an accurate weight. What make
ale companies is that we back up our guarantee with cash.©

**"WEIGH WHAT WE SAY OR WE PAY"** ®

fine from the state **AFTER** one of our CAT Scales showed a legal weig
scale and we will:
e cost of the overweight fine if our scale is wrong, **OR**
AT Scale Company will appear in court **WITH** the driver as an expert w
correct.

**OVERWEIGHT FINE, YOU SHOULD DO THE FOLLOWING TO GET THE**

st a court date.
pany direct 24 hours a day at 1-877-CAT-SCALE, ext. 7 (Toll Free) or vis
a copy of the citation, CAT Scale Ticket, your name, company, address
Attn: Guarantee Department.

shown below are separate weights. The TOTAL WEIGHT was we
e. **AXLE WEIGHTS CAN NOT BE CERTIFIED** and are **NOT LEGA**
E COMPANY GUARANTEES THESE WEIGHTS TO BE CORRECT.

| | |
|---|---|
| STEER AXLE | 9960 |
| DRIVE AXLE | 36320 |
| TRAILER AXLE | 32280 |
| TOTAL AXLE | 78560 |

ING J
XIT 39
LD CA

**WARNING !**

NOT A CALIFORNIA WEIGHMASTER CERTIFIC
RADE IN THE STATE OF CALIFORNIA.

ticle weighed _____                    FREIGHT ALL
ersal INTERMODAL                 TRACTOR # 7228   T

WEIGHER SIGNATURE _____                 TICK
                                                 FULL

JAMIE BARAJAS

**From:** Jose Torres
**Sent:** Monday, July 6, 2020 1:14 PM
**To:** Mike Vagts
**Subject:** Re: Emails

**EXTERNAL EMAIL**

I received your email regarding the paid sick leave last week. That is cleared already but my question is about the 2 vacation days that i never recieved. Please call me 626 230 5628. To clear that off. I called you last week and left messages also called you today but theres no response from you.

El martes, 30 de junio de 2020 10:32:56 a. m. PDT, Mike Vagts <mvagts@universalintermodal.com> escribió:

Jose here is a review of your PTO requested. The dates are below for 2019. I am still reviewing your other requests.

In 2018, he used 2 out of 3 Sick days allowed for the year. He was paid out the remaining Sick day on check dated 1/30/2019 with the other CA employee payouts.

In 2019, he used 5 out of 5 Vacation/Sick days allowed for the year (two logs in case you needed them):

Screenshot from PTO Admin:

Exhibit 4
2756

R8                          XX

**EXHIBIT NO.**_____   **RECEIVED** _____  **REJECTED** _____

21-CA-252500, et al.        MASON-DIXON INTERMODAL

**CASE NO** _____ **CASE NAME** _____

3            6/21/21         T. RAY

**NO OF PAGES** _____ **DATE:** _____ **REPORTER:** _____

Exhibit 4
2757

| 2019 PTO Used | |
|---|---|
| **Date** | **Day Of Week** |
| 01/10/2019 | Thursday |
| 01/11/2019 | Friday |
| 02/04/2019 | Monday |
| 02/18/2019 | Monday |
| 02/19/2019 | Tuesday |
| 5 | |

**From:** Jose Torres <jrtm1970@yahoo.com>
**Sent:** Monday, June 29, 2020 11:44 AM
**To:** Mike Vagts <MVagts@universalintermodal.com>
**Subject:** Emails

**EXTERNAL EMAIL**

I resent emails. Let me know if you didnt receive them or if you need any additional info.

José Torres.

**This message may contain information that is privileged, confidential, and exempt from disclosure, and is intended for use only by the person to whom it is addressed. If you have received this in error, please (1) do not forward or use this information in any way; and (2) contact me immediately. Unless stated to the contrary, nothing in this message constitutes an electronic signature. LIMITATION OF LIABILITY for loss or damage on this shipment is applicable. See 49 U.S.C. 14706. Notwithstanding anything to the contrary herein, in no event shall CARRIER be liable for any delay, loss or damage claim, regardless of cause, in an amount greater than $100,000 per shipment unless Shipper has declared a stated value, in writing, and has paid an additional charge Fifty Cents (.50) per One Hundred Dollars ($100.00) of each stated value.**

Exhibit 4
2758

R8, Page 2 of 2