WILLIAM PATE (SB # 45734)
William.pate@nlrb.gov
STEPHANIE CAHN (SB # 189277)
Stephanie.cahn@nlrb.gov
MOLLY KAGEL (SB # 304328)
Molly.kagel@nlrb.gov
National Labor Relations Board, Region 21
312 North Spring Street, 10th Floor
Los Angeles, CA 90012
Telephone:  (213) 894-6512
Facsimile:   (213) 894-2778

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM B. COWEN, Regional Director of Region 21 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>MASON-DIXON INTERMODAL D/B/A UNIVERSAL INTERMODAL SERVICES, SOUTHERN COUNTIES EXPRESS, INC., ROADRUNNER INTERMODAL SERVICES, LLC., AND UNIVERSAL TRUCKLOAD, INC.,<br><br>　　　　　　　　　　Respondents. | Case No.: 2:21-cv-05683<br><br>DECLARATION OF SERVICE |

DECLARATION OF MOLLY KAGEL

I, Molly Kagel, hereby declare that I am over 18 years old and employed in Los Angeles, California.  After obtaining written consent, attached as Exhibit 1, I served, by electronic service, a true copy of the following documents on July 16, 2021 upon Counsels for

1

Respondents Daniel Adlong at daniel.adlong@ogletreedeakins.com, Harrison Kuntz at Harrison.kuntz@ogletreedeakins, and an individual named Erin Montgomery at erin.montgomery@ogletreedeakins.com, as requested by Mr. Adlong:

1. Civil Cover Sheet CV-71(10/20);
2. Petition for Temporary Injunction Under Selection 10(j) of the National Labor Relations Act, as Amended [29 U.S.C. § 160(j)]; Exhibits 1(a) – (f), 2(a)-(b), 3(a)-(b), 4, 5, 6, 7, 8, 9, 10, and 11; Declaration of Regional Director William B. Cowen, attached thereto;
3. Notice of Pendency of Other Actions or Proceedings;
5. Notice of Related Cases.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated at Los Angeles, California, this 19th day of July, 2021

/s/ Molly Kagel
Molly Kagel