WILLIAM PATE (SB # 45734)
William.pate@nlrb.gov
STEPHANIE CAHN (SB # 189277)
Stephanie.cahn@nlrb.gov
MOLLY KAGEL (SB # 304328)
Molly.kagel@nlrb.gov
National Labor Relations Board, Region 21
312 North Spring Street, 10th Floor
Los Angeles, CA 90012
Telephone:  (213) 894-6512
Facsimile:   (213) 894-2778

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM B. COWEN, Regional Director of Region 21 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>v.<br><br>MASON-DIXON INTERMODAL D/B/A UNIVERSAL INTERMODAL SERVICES, SOUTHERN COUNTIES EXPRESS, INC., ROADRUNNER INTERMODAL SERVICES, LLC., AND UNIVERSAL TRUCKLOAD, INC.,<br><br>Respondents. | Case No.: 2:21-cv-05683<br><br>PETITIONER'S NOTICE TO THE COURT RE: COURT-DIRECTED ADR PROGRAM<br><br>Date: August 23, 2021<br>Time: 9:00 a.m.<br>Judge: Hon. Mark C. Scarsi<br>Courtroom: First Street Courthouse Courtroom 7C, 7th Floor |

A. In connection with this matter, a "Notice to Parties of Court-Directed ADR Program" was provided to the National Labor Relations Board (Petitioner) on July 20, 2021, concerning its Petition for Temporary Injunction under Section 10(j) of the National Labor Relations Act, as amended (29 U.S.C. Sec 160 (j)), filed on July 16, 2021.

  B. Petitioner respectfully submits that the matter before the Court is not appropriate for the Court-Directed ADR program for the following reasons:

   1. In the instant matter before the Court, Petitioner is seeking a temporary injunction against Mason-Dixon Intermodal d/b/a Universal Intermodal Services, Southern Counties Express, Inc., Roadrunner Intermodal Services, LLC., and Universal Truckload, Inc. (Respondents), pending final disposition of the matter at issue, which was heard by an administrative law judge of the National Labor Relations Board, from June 14, 2021 through June 22, 2021 and are scheduled to resume on July 26, 2021, continuing on consecutive days thereafter until concluded.

   2. The issue before the Court does not involve discovery or trial. Thus, Federal Rule of Civil Procedure 26(f) is not applicable.

   3. Under Local Rule 7-3, applications for preliminary injunctions are exempt from the requirement to contact opposing counsel prior to the filing of motions to discuss the substance of the motion and potential resolutions.

For all the listed reasons, Petitioner requests that the Court find that this case is not suitable for the Alternative Dispute Resolution Program.

Dated at Los Angeles, California, this 20th day of July, 2021

              Respectfully submitted,

              /s/ Molly Kagel

              Molly Kagel
              Stephanie Cahn
              William Pate
              Attorneys for Petitioner