WILLIAM PATE (SB # 45734)
William.pate@nlrb.gov
STEPHANIE CAHN (SB # 189277)
Stephanie.cahn@nlrb.gov
MOLLY KAGEL (SB # 304328)
Molly.kagel@nlrb.gov
National Labor Relations Board, Region 21
312 North Spring Street, 10th Floor
Los Angeles, CA 90012
Telephone:  (213) 894-6512
Facsimile:  (213) 894-2778

Attorneys for Petitioner

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM B. COWEN, Regional Director of Region 21 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>                      Petitioner,<br>v.<br>MASON-DIXON INTERMODAL D/B/A UNIVERSAL INTERMODAL SERVICES, SOUTHERN COUNTIES EXPRESS, INC., ROADRUNNER INTERMODAL SERVICES, LLC., AND UNIVERSAL TRUCKLOAD, INC.,<br>                      Respondents. | Case No.:  2:21-cv-5683<br><br>EX PARTE APPLICATION AND MEMORANDUM IN SUPPORT OF APPLICATION FOR LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SECTION 10(j) INJUNCTION PETITION EXCEEDING PAGE LIMITATION<br><br>Date:  None Requested |

      Pursuant to Local Rule 7-19, Petitioner respectfully submits this *ex parte* application for leave to file a Memorandum of Points and Authorities in Support of Petition for Temporary Injunction under Section 10(j) of the National Labor Relations Act, as amended (the Act), 29 U.S.C. § 160(j), exceeding 25 pages in length.

      In support of this request, Petitioner states the following:

1. This proceeding involves Petitioner's request for injunctive relief under Section 10(j) of the Act. The underlying Petition contains 10 independent unfair labor practice allegations that stem from six different unfair labor practice charges involving multiple locations. In support thereof, Petitioner has prepared a Memorandum of Points and Authorities that is 35 pages in length, analyzing the unfair labor practice allegations in applying the Section 10(j) statutory scheme for injunctive relief under the Ninth Circuit's "just and proper" framework. Due to the number of unfair labor practice allegations raised in this proceeding, Petitioner believes that it is not possible to provide the Court a complete analysis of all the allegations and the "just and proper" test with a Memorandum of Points and Authorities limited to 25 pages. The Court has previously allowed Petitioner to exceed the page limitation given a large number of unfair labor practices. *See, e.g. NLRB v. Airgras USA, LLC*, Case No 2:20-cv-10009 VAP (KSx) (13 unfair labor practice allegations, 45-page Memorandum of Points and Authorities); *NLRB v. Gardner Trucking, Inc.*, Case No. 5:17-cv-02357 JGB (SPx) (11 unfair labor practice allegations, 31-page Memorandum of Points and Authorities); *NLRB v. Vista Del Sol Health Services, Inc. dba Vista Del Sol Healthcare*, Case No. 2:14-cv-09534 MMM (FFMx) (over 30 unfair labor practice allegations, 50-page Memorandum of Points and Authorities). Here, Petitioner is respectfully requested to exceed the page limit by 10 pages.

2. Attorney for Respondents is Daniel A. Adlong. His contact information is:

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Park Tower, 695 Tower Center Drive, Fifteenth Floor, Costa Mesa, CA 92626
Office: (714)800-7997; Mobile: (714)686-0638
daniel.adlong@ogletree.com

3. Pursuant to Local Rule 7-19, on July 7, 2021, Molly Kagel, Attorney for Petitioner, contacted Respondents' counsel Daniel A. Adlong by email regarding the substance of this application and requested Respondents' position. In that email, Ms. Kagel informed Mr. Adlong that Respondents' position would be included in this application. On July 7, 2021, Mr. Adlong stated, by email, that Respondents do not have

an objection to this application. On July 19, 2021, Ms. Kagel called Mr. Adlong and left a voicemail confirming Petitioner's intent on filing this application and the substance of this application

    WHEREFORE, Petitioner respectfully moves this Court for leave to file a Memorandum of Points and Authorities in Support of Petition for Temporary Injunction under Section 10(j) of the National Labor Relations Act, as amended, 29 U.S.C. § 160(j), exceeding 25 pages in length.

Dated: July 20, 2021

    Respectfully submitted,

    /s/ *Molly Kagel*

    _____
    Molly Kagel
    Counsel for Petitioner