1  WILLIAM PATE (SB # 45734)
   William.pate@nlrb.gov
2  STEPHANIE CAHN (SB # 189277)
3  Stephanie.cahn@nlrb.gov
   MOLLY KAGEL (SB # 304328)
4  Molly.kagel@nlrb.gov
5  National Labor Relations Board, Region 21
   312 North Spring Street, 10th Floor
6  Los Angeles, CA 90012
7  Telephone:  (213) 894-6512
   Facsimile:  (213) 894-2778
8
9  Attorneys for Petitioner

10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA
12

13 | WILLIAM B. COWEN, Regional Director of Region 21 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD, | Case No.: 2:21-cv-05683 |
14 | | |
15 | | NOTICE OF MOTION RE: PETITION FOR TEMPORARY INJUNCTION UNDER SECTION 10(j) OF THE NATIONAL LABOR RELATIONS ACT, AS AMENDED |
16 | | |
17 | Petitioner, | [29 U.S.C. § 160(j)] |
18 | v. | |
19 | MASON-DIXON INTERMODAL D/B/A UNIVERSAL INTERMODAL SERVICES, SOUTHERN COUNTIES EXPRESS, INC., ROADRUNNER INTERMODAL SERVICES, LLC., AND UNIVERSAL TRUCKLOAD, INC., | Date: August 23, 2021 |
20 | | Time: 9:00 a.m. |
21 | | Courtroom: First Street Courthouse |
22 | | Courtroom 7C, 7th Floor |
23 | Respondents. | |
24

25  To Respondents Mason-Dixon Intermodal d/b/a Universal Intermodal Services, Southern
26  Counties Express, Inc., Roadrunner Intermodal Services, LLC., and Universal Truckload,
27  Inc.:
28

1    You are hereby notified that, as scheduled by the Court, on the 23rd of August
2  2021, at 9:00 a.m., or soon thereafter as counsel can be heard, Petitioner will petition the
3  Court for issuance of an Order Granting Temporary Injunction under Section 10(j) of the
4  National Labor Relations Act, as amended, against Respondent.
5    This motion is made in accordance with Local Rule 6-1 and is excepted from Local
6  Rule 7-3.

8    Dated at Los Angeles, California, this 20th day of July, 2021

10                               Respectfully submitted,

12                               /s/ Molly Kagel
13                               Molly Kagel
                                 Stephanie Cahn
14                               William Pate
15                               Attorneys for Petitioner