**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM B. COWEN, Regional Director of Region 21 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>v.<br><br>MASON-DIXON INTERNATIONAL D/B/A UNIVERSAL INTERMODAL SERVICES, SOUTHERN COUNTIES EXPRESS, INC., ROADRUNNER INTERMODAL SERVICES, LLC., AND UNIVERSAL TRUCKLOAD, INC.,<br><br>Respondents. | Case No. 2:21-cv-05683-MCS-JC<br><br>**JUDGMENT** |

1

Pursuant to the Court's Order Re: Motion for Temporary Injunction, it is hereby ordered, adjudged, and decreed that Petitioner William B. Cowen's Petition for Temporary Injunction under Section 10(j) of the National Labor Relations Act is dismissed.

**IT IS SO ORDERED.**

Dated: August 27, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE